SEALED

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>          Plaintiff,                 )<br>                                     )<br>vs.                                  )<br>                                     )<br>JAMES I. "ASSI" JARIV, and NATHAN "NATI" )<br>STOLIAR, aka NATAN STOLIAR,          )<br>                                     )<br>          Defendants.                )<br>_____)  | Case No. 2:14-cr-00006-APG-GWF<br><br>**SEALED ORDER** |

Pending before the Court is Plaintiff United States of America's Emergency Motion for Limited Unsealing of Indictment.  Docket No. 7.  The United States asks this Court to unseal the Indictment in the instant case for the limited purpose of providing a copy to legal authorities in Canada.  The United States submits that the Canadian authorities need a copy of the Indictment "in order to secure and restrain Canadian bank accounts owned by the defendants, pursuant to the United States - Canada Mutual Legal Assistance Treaty (Canadian MLAT)."  *Id.*, at 2.  Further, the United States submits that the Canadian authorities need the Indictment in order to "secure and restrain" certain bank accounts that are included in the Indictment's forfeiture allegation.  *Id.*, at 3.  Accordingly, and for good cause shown,

**IT IS HEREBY ORDERED** that the United States' Emergency Motion for Limited Unsealing of Indictment (#7) is **granted**.

**IT IS FURTHER ORDERED** that the Indictment in the instant case shall be unsealed for the limited purpose of providing it to the Canadian authorities, as required by the Canadian MLAT.

. . .

. . .

**IT IS FURTHER ORDERED** that the Indictment in the instant case shall otherwise remain sealed.

DATED this 13th day of January, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge