1

2

3

4

5

6

# SEALED

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Office of the United States Attorney
District of Nevada
Lloyd D. George Federal Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, NV 89101
(702) 388-6336

1  DANIEL G. BOGDEN
   United States Attorney
2  Nevada State Bar No. 2137
   DANIEL D. HOLLINGSWORTH
3  Assistant United States Attorney
   Nevada State Bar No. 1925
4  Lloyd D. George United States Courthouse
   333 Las Vegas Boulevard South, Suite 5000
5  Las Vegas, Nevada 89101
   Telephone: (702) 388-6336
6  Facsimile: (702) 388-6787
   Counsel for Plaintiff



7

8

9

10

11                    **UNITED STATES DISTRICT COURT**

12                        **DISTRICT OF NEVADA**

13  UNITED STATES OF AMERICA,                    )
                                                 )
14                Plaintiff,                      )
                                                 )
15        v.                                      )    2:14-CR-006-APG-(GWF)
                                                 )
16  JAMES I. "ASSI" JARIV, and                   )
    NATHAN "NATI" STOLIAR aka NATAN              )
17  STOLIAR,                                      )
                                                 )
18                Defendant.                      )

19          **MOTION TO UNSEAL POST-INDICTMENT RESTRAINING ORDER**

20          The United States of America, by and through Daniel G. Bogden, United States Attorney for

21  the District of Nevada, and Daniel D. Hollingsworth, Assistant United States Attorney, moves this

22  Honorable Court for an Order for a limited unsealing of the Post-Indictment Restraining Order in the

23  above-captioned case for the sole purpose of serving the Post-Indictment Restraining Order on James

24  "Assi" Jariv, Nathan "Nati" Stoliar aka Natan Stoliar, Jiwon Jariv, Alexander Jariv, Myungnam Jung,

25  In C. Belding, and Kazuhisa Tomioka.  Otherwise the Order will remain sealed at this time.

26  . . .

1    The basis for the limited unsealing is the above-named individuals must be served the Post-

2  Indictment Restraining Order so they are aware they are restrained from attempting to move the illegal

3  proceeds.

4    DATED this 15th day of January, 2014.

5

6                                Respectfully submitted,

7                                DANIEL G. BOGDEN
                                 United States Attorney
8

9

10                               DANIEL D. HOLLINGSWORTH
                                 Assistant United States Attorney
11

12

13

14

15                               IT IS SO ORDERED:

16

17

18                               GEORGE FOLEY, JR.
                                 United States Magistrate Judge
19

20                               DATED:   January 15, 2014

21

22

23

24

25

26

                                        2