DANIEL G. BOGDEN
United States Attorney
CRANE M. POMERANTZ
Assistant United States Attorney
Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6418
Counsel for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:14-CR-006-APG-GWF |
| JAMES I. "ASSI" JARIV, and NATHAN "NATI" STOLIAR aka NATAN STOLIAR, | ) ) ) ) |
| Defendants. | ) ) ) ) |

## **MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEYS**

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court permit United States Department of Justice Attorneys Wayne Hettenbach and Darrin McCullough to practice before this honorable Court in all matters relating to the above-captioned case, and shows as follows:

1) Wayne Hettenbach is an attorney with the United States Department of Justice, Environmental and Natural Resources Division, Environmental Crimes Section, an agency of the federal government, and is a member in good standing of the Virginia Bar (No. 35763).

The following contact information is provided to the Court:

Wayne D. Hettenbach
Senior Trial Attorney
U.S. Department of Justice, ENRD
Environmental Crimes Section
P.O. Box 23985
Washington, DC 20026-3985
t: 202-305-0213  f: 202-514-8164
Wayne.Hettenbach@usdoj.gov

2) Darrin McCullough is an attorney with the United States Department of Justice, Asset Forfeiture and Money Laundering Section, an agency of the federal government, and is a member in good standing of the Georgia Bar (No. 487011).   The following contact information is provided to the Court:

Darrin L. McCullough
Trial Attorney
U.S. Department of Justice, AFMLS
1400 New York Ave., NW
Room 10412
Washington, DC   20005
(202) 616-2255
Darrin.mccullough@usdoj.gov

Accordingly, the United States respectfully requests that an order be issued allowing Wayne Hettenbach and Darrin McCullough to practice before this honorable Court in all matters relating to the above-captioned case.

**IT IS SO ORDERED** this 29th day of January, 2014.

_____
UNITED STATES DISTRICT JUDGE

2

DATED this 29th day of January, 2014.

                                     Respectfully submitted,

                                     DANIEL G. BOGDEN
                                     United States Attorney

                                            /s/
                                   _____
                                   CRANE M. POMERANTZ
                                   Assistant United States Attorney
                                   Lloyd D. George United States Courthouse
                                   333 Las Vegas Boulevard South, Suite 5000
                                   Las Vegas, Nevada 89101
                                   Telephone: (702) 388-6336
                                   Facsimile: (702) 388-6418

                                   **IT IS SO ORDERED:**

                                   _____
                                   UNITED STATES DISTRICT JUDGE
                                   DATED: _____