DANIEL G. BOGDEN
United States Attorney
Nevada State Bar No. 2137
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada State Bar No. 1925
Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
Counsel for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:14-CR-006-APG-(GWF) |
| JAMES JARIV, and<br>NATHAN "NATI" STOLIAR,<br>aka NATAN STOLIAR, | ) |
| Defendant. | ) |

**THE UNITED STATES OF AMERICA'S UNOPPOSED MOTION TO EXTEND THE TIME FOR THE UNITED STATES TO RESPOND TO THE VERIFIED PETITION OF YAKOV J. HEFETZ FOR ANCILLARY HEARING (ECF NO. 101) AND ORDER**

The United States of America ("United States"), by and through Daniel G. Bogden, United States Attorney for the District of Nevada, and Daniel D. Hollingsworth, Assistant United States Attorney, respectfully moves this Honorable Court for an Order extending the time for the United States to respond to the Verified Petition of Yakov J. Hefetz for Ancillary Hearing Pursuant to Title 21, United States Code, Section 853(n) (ECF No. 101). There is no deadline for responding to the Verified Petition. However, "The hearing on the petition shall, to the extent practicable and consistent with the interests of justice, be held within thirty days of the filing of the petition." Title 21, United

States Code, Section 853(n)(4). The thirty day deadline is October 23, 2014. The United States requests an extension of time to December 22, 2014.

The grounds for extending the time are as follows.

This Motion is unopposed. On October 2, 2014, undersigned spoke with Hefetz's attorney, H. Stan Johnson, who agreed to this extension of time to see if the necessary information can be obtained and the issue be resolved before December 22, 2014.

This Motion is not submitted solely for the purpose of delay or for any other improper purpose.

This Court should grant an extension of time to December 22, 2014, for the United States to respond to the Verified Petition of Yakov J. Hefetz for Ancillary Hearing Pursuant to Title 21, United States Code, Section 853(n) (ECF No. 101).

DATED this 3rd day of October, 2014.

DANIEL G. BOGDEN
United States Attorney

/s/  Daniel D. Hollingsworth
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
DATED: October 6, 2014

2