DANIEL G. BOGDEN
United States Attorney
Nevada State Bar No. 2137
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada State Bar No. 1925
Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
Counsel for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiff, ) ) v. ) ) JAMES JARIV, and ) NATHAN "NATI" STOLIAR, ) aka NATAN STOLIAR, ) ) Defendant. ) | 2:14-CR-006-APG-(GWF) |

**THE UNITED STATES OF AMERICA'S UNOPPOSED MOTION TO EXTEND THE TIME FOR THE UNITED STATES TO RESPOND TO THE VERIFIED PETITION OF YAKOV J. HEFETZ FOR ANCILLARY HEARING (ECF NO. 101) AND ORDER**
**(Second Request)**

The United States of America ("United States"), by and through Daniel G. Bogden, United States Attorney for the District of Nevada, and Daniel D. Hollingsworth, Assistant United States Attorney, respectfully moves this Honorable Court for an Order extending the time for the United States to respond to the Verified Petition of Yakov J. Hefetz for Ancillary Hearing Pursuant to Title 21, United States Code, Section 853(n) (ECF No. 101). There is no deadline for responding to the Verified Petition. However, "The hearing on the petition shall, to the extent practicable and consistent

with the interests of justice, be held within thirty days of the filing of the petition." Title 21, United States Code, Section 853(n)(4). This court granted a previous extension of time to, and including, December 22, 2014. The United States requests an additional extension of time to March 23, 2015.

The grounds for extending the time are as follows.

This Motion is unopposed. On December 11, 2014, undersigned spoke with Hefetz's attorney, H. Stan Johnson, who agreed to this extension of time to, and including, March 23, 2015. Mr. Johnson indicated he would be meeting with his client this week to see if his client will sign the unopposed motion to dismiss his petition.

This Motion is not submitted solely for the purpose of delay or for any other improper purpose.

This Court should grant an extension of time to, and including, March 23, 2015, for the United States to respond to the Verified Petition of Yakov J. Hefetz for Ancillary Hearing pursuant to Title 21, United States Code, Section 853(n) (ECF No. 101).

DATED this 15th day of December, 2014.

DANIEL G. BOGDEN
United States Attorney

/s/  Daniel D. Hollingsworth
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
DATED: December 16, 2014

2