DANIEL G. BOGDEN
United States Attorney
District of Nevada
Nevada Bar No. 2137
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada Bar No. 1925
United States Attorney's Office
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: *daniel.hollingsworth@usdoj.gov*
Attorneys for the United States

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NATHAN "NATI" STOLIAR, ) <br> aka NATAN STOLIAR, ) <br> ) <br> Defendant. ) | 2:14-CR-006-APG-(GWF) |

**UNOPPOSED MOTION TO DISMISS THE VERIFIED PETITION OF YAKOV J. HEFETZ FOR ANCILLARY HEARING (ECF NO. 101)**

The United States of America ("United States"), by and through Daniel G. Bogden, United States Attorney for the District of Nevada, and Daniel D. Hollingsworth, Assistant United States Attorney, and Yakov J. Hefetz, by and through his counsel, H. Stan Johnson, Cohen-Johnson, LLC, agree to dismiss the Verified Petition of Yakov J. Hefetz for Ancillary Hearing (ECF No. 101) because the parties agree to the dismissal of the verified petition and the filing of this unopposed motion since Hefetz's $190,000 did not pay for 19645 Rosita Street, Tarzana, California 91356.

On January 9, 2015, H. Stan Johnson authorized the filing of this Unopposed Motion to Dismiss.

1 | This Court should grant this Unopposed Motion to Dismiss the Verified Petition of Yakov J. Hefetz for Ancillary Hearing (ECF No. 101).

DATED this 12th day of January, 2015.

                                            DANIEL G. BOGDEN
                                            United States Attorney

                                            */s/ Daniel D. Hollingsworth*
                                            DANIEL D. HOLLINGSWORTH
                                            Assistant United States Attorney

                                            IT IS SO ORDERED:

                                            UNITED STATES DISTRICT COURT
                                            DATED: January 26, 2015