DANIEL G. BOGDEN
United States Attorney
District of Nevada
Nevada Bar No. 2137
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada Bar No. 1925
United States Attorney's Office
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: *Daniel.Hollingsworth@usdoj.gov*
Attorneys for the United States of America

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:14-CR-006-APG-(GWF) |
| NATHAN "NATI" STOLIAR, | ) **ORDER** |
| Defendant. | ) |

**UNITED STATES OF AMERICA'S UNOPPOSED MOTION TO MODIFY THE SETTLEMENT AGREEMENT FOR ENTRY OF ORDER OF FORFEITURE AS TO THE $942,016 IN UNITED STATES CURRENCY AND ORDER**

The United States of America ("United States"), by and through its attorneys, Daniel G. Bogden, United States Attorney for the District of Nevada, and Daniel D. Hollingsworth, Assistant United States Attorney, respectfully moves this Court to modify the Settlement Agreement for Entry of Order of Forfeiture as to the $942,016 in United States Currency and Order, and to order the $471,008 in United

///

///

///

///

1  States Currency that was to be returned to Nathan "Nati" Stoliar instead be transferred from the United
2  States Marshals Service to the Clerk of the Court as payment toward restitution.
3      DATED this 10th day of April, 2015.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

 /s/ Daniel D. Hollingsworth
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: April 13, 2015

2