

FILED

APR 10 2015

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
                                 )
           Plaintiff, )
                                 )
      v.                        )    2:14-CR-006-APG-(GWF)
                                 )
NATHAN "NATI" STOLIAR, )
aka NATAN STOLIAR, )
                                 )
          Defendant. )

## FINAL ORDER OF FORFEITURE

On July 22, 2014, the United States District Court for the District of Nevada entered a

Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States

Code, Section 982(a)(1); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United

States Code, Section 2461(c); and Title 21, United States Code, Section 853(p) based upon the plea of

guilty by defendant NATHAN "NATI" STOLIAR aka NATAN STOLIAR to the criminal offenses,

forfeiting the property set forth in the Plea Memorandum, the Bill of Particulars, and the Forfeiture

Allegation of the Criminal Indictment and shown by the United States to have the requisite nexus to

the offenses to which defendant NATHAN "NATI" STOLIAR aka NATAN STOLIAR pled guilty.

Criminal Indictment, ECF No. 1; Bill of Particulars, ECF No. 63; Change of Plea, ECF No. 90;

Preliminary Order of Forfeiture, ECF No. 92; Plea Memorandum, ECF No. 93.

This Court finds the United States of America published the notice of forfeiture in accordance

with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively

from July 25, 2014, through August 23, 2014, notifying all potential third parties; and notified known third parties by personal service or by regular mail and certified mail return receipt requested of their right to petition the Court.  Notice of Filing Proof of Publication, ECF No. 98.

Michele F. Shafe, County Assessor, was personally served with the Notice and Preliminary Order of Forfeiture on August 19, 2014, by the United States Marshals Service.  Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

Steven B. Wolfson, Clark County District Attorney, was personally served with the Notice and Preliminary Order of Forfeiture on August 19, 2014, by the United States Marshals Service. Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

Debbie Conway, County Recorder, was personally served with the Notice and Preliminary Order of Forfeiture on August 19, 2014, by the United States Marshals Service.  Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

Laura B. Fitzpatrick, Clark County Treasurer, was personally served with the Notice and Preliminary Order of Forfeiture on August 19, 2014, by the United States Marshals Service.  Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

Diana Alba, Clark County Clerk, Clark County Water Reclamation District, was personally served with the Notice and Preliminary Order of Forfeiture on August 19, 2014, by the United States Marshals Service.  Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

Larry Brown, Chairman, Clark County Water Reclamation District, was personally served with the Notice and Preliminary Order of Forfeiture on August 20, 2014, by the United States Marshals Service.  Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

Diana Alba, Clark County Clerk, was personally served with the Notice and Preliminary Order of Forfeiture on August 19, 2014, by the United States Marshals Service.  Amended Notice of Filing Service of Process - Personal Service, ECF No. 112-1.

/ / /

/ / /

2

1      Diana Alba, Clark County Clerk, Clark County Board of Commissioners, was personally

2 served with the Notice and Preliminary Order of Forfeiture on August 19, 2014, by the United States

3 Marshals Service.  Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

4      David Johnson, General Manager, Southern Nevada Water Authority, was personally served

5 with the Notice and Preliminary Order of Forfeiture on August 12, 2014, by the United States

6 Marshals Service.  Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

7      Gregory J. Walch, General Counsel, Southern Nevada Water Authority, was personally served

8 with the Notice and Preliminary Order of Forfeiture on August 12, 2014, by the United States

9 Marshals Service.  Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

10      John Entsminger, General Manager, Las Vegas Valley Water District, was personally served

11 with the Notice and Preliminary Order of Forfeiture on August 12, 2014, by the United States

12 Marshals Service.  Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

13      Mary Beth Scow, President, Las Vegas Valley Water District, was personally served with the

14 Notice and Preliminary Order of Forfeiture on August 12, 2014, by the United States Marshals

15 Service.  Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

16      Michael H. Singer, Esq., was personally served with the Notice and Preliminary Order of

17 Forfeiture on August 25, 2014, by the the Federal Bureau of Investigation.  Amended Notice of Filing

18 Service of Process – Personal Service, ECF No. 112-1.

19      Alexander Jariv was personally served with the Notice and Preliminary Order of Forfeiture on

20 September 3, 2014, by the the Federal Bureau of Investigation.  Amended Notice of Filing Service of

21 Process – Personal Service, ECF No. 112-1.

22      Varda Jariv was served through her attorney, David Alder, Esq., with the Notice and

23 Preliminary Order of Forfeiture on or about September 3, 2014, by the the Federal Bureau of

24 Investigation.  Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

25 / / /

26 / / /

1    Jiwon Jariv was personally served with the Notice and Preliminary Order of Forfeiture on

2    September 4, 2014, by the the Federal Bureau of Investigation.  Amended Notice of Filing Service of

3    Process – Personal Service, ECF No. 112-1.

4    Jon E. Fields of Rentline, LLC, was personally served with the Notice and Preliminary Order

5    of Forfeiture on September 23, 2014, by the the Federal Bureau of Investigation.  Amended Notice of

6    Filing Service of Process – Personal Service, ECF No. 112-1.

7    James Jariv, Registered Agent for Rentline, Inc., was personally served with the Notice and

8    Preliminary Order of Forfeiture on September 3, 2014, by the the Federal Bureau of Investigation.

9    Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

10    Global Marketing, LLC, was served through its attorney, Michael Singer, Esq., with the

11    Notice and Preliminary Order of Forfeiture on August 25, 2014, by the the Federal Bureau of

12    Investigation.  Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

13    The Registered Agent for Global Marketing, LLC, James Jariv, was personally served with

14    the Notice and Preliminary Order of Forfeiture on September 3, 2014, by the the Federal Bureau of

15    Investigation.  Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

16    City Farm Unlimited, through its attorney, Michael Singer, Esq., was served with the Notice

17    and Preliminary Order of Forfeiture on August 25, 2014, by the the Federal Bureau of Investigation.

18    Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

19    Moti Shapira, Managing Member for City Farm Unlimited, was personally served with the

20    Notice and Preliminary Order of Forfeiture on September 11, 2014, by the the Federal Bureau of

21    Investigation.  Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

22    MJ Biofuels, LLC through its attorney, Michael Singer, Esq., was served  with the Notice and

23    Preliminary Order of Forfeiture on August 25, 2014, by the the Federal Bureau of Investigation.

24    Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

25    / / /

26    / / /

Moshe Moses, President, VA & AR Corporation, was personally served with the Notice and Preliminary Order of Forfeiture on August 27, 2014, by the the Federal Bureau of Investigation. Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

Field Law, Ltd., Registered Agent for VA & AR, was personally served with the Notice and Preliminary Order of Forfeiture on September 23, 2014, by the the Federal Bureau of Investigation. Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

Alexander Jariv, Registered Agent for Nevada Star Development Corp., was personally served with the Notice and Preliminary Order of Forfeiture on September 3, 2014, by the the Federal Bureau of Investigation. Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

Registered Agent for Conroe Texas Biodiesel Producers, Inc., James Jariv, was personally served with the Notice and Preliminary Order of Forfeiture on September 3, 2014, by the the Federal Bureau of Investigation. Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

Conroe Texas Biodiesel Producers, Inc., through its attorney, Michael Singer, Esq., was served with the Notice and Preliminary Order of Forfeiture on August 25, 2014, by the the Federal Bureau of Investigation. Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

GEG Capital, through its attorney, Michael Singer, Esq., was served with the Notice and Preliminary Order of Forfeiture on August 25, 2014, by the the Federal Bureau of Investigation. Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

Gregory J. Walch, General Counsel, Las Vegas Valley Water District, was personally served with the Notice and Preliminary Order of Forfeiture on August 12, 2014, by the the United States Marshals Service. Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

/ / /

/ / /

1   Bradford Jerbic, City Attorney, City of Las Vegas, was personally served with the Notice and

2   Preliminary Order of Forfeiture on August 14, 2014, by the the United States Marshals Service.

3   Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

4   Beverly Bridges, City Clerk, City of Las Vegas, was personally served with the Notice and

5   Preliminary Order of Forfeiture on August 14, 2014, by the the United States Marshals Service.

6   Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

7   Beverly Bridges, City Clerk, City of Las Vegas Sewer, was personally served with the Notice

8   and Preliminary Order of Forfeiture on August 14, 2014, by the the United States Marshals Service.

9   Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

10   MP Association Management was personally served with the Notice and Preliminary Order of

11   Forfeiture on August 19, 2014, by the the United States Marshals Service.  Amended Notice of Filing

12   Service of Process – Personal Service, ECF No. 112-1.

13   Real Properties Management Group was personally served with the Notice and Preliminary

14   Order of Forfeiture on August 19, 2014, by the the United States Marshals Service.  Amended Notice

15   of Filing Service of Process – Personal Service, ECF No. 112-1.

16   Las Vegas Country Club Master Association was personally served with the Notice and

17   Preliminary Order of Forfeiture on August 20, 2014, by the the United States Marshals Service.

18   Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

19   City of Henderson, City Sewer, was personally served with the Notice and Preliminary Order

20   of Forfeiture on August 12, 2014, by the the United States Marshals Service.  Amended Notice of

21   Filing Service of Process – Personal Service, ECF No. 112-1.

22   City of Henderson, City Council, was personally served with the Notice and Preliminary

23   Order of Forfeiture on August 12, 2014, by the the United States Marshals Service.  Amended Notice

24   of Filing Service of Process – Personal Service, ECF No. 112-1.

25   / / /

26   / / /

City of Henderson, City Attorney's Office, was personally served with the Notice and Preliminary Order of Forfeiture on August 12, 2014, by the the United States Marshals Service. Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

City of Henderson, City Clerk, was personally served with the Notice and Preliminary Order of Forfeiture on August 12, 2014, by the the United States Marshals Service. Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

Moshe Moses was personally served with the Notice and Preliminary Order of Forfeiture on August 27, 2014, by the the Federal Bureau of Investigation. Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

Myungnham Jung was personally served with the Notice and Preliminary Order of Forfeiture on September 4, 2014, by the the Federal Bureau of Investigation. Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

Hila Odents Elezra, through her husband, Eli Elezra, was served with the Notice and Preliminary Order of Forfeiture on August 20, 2014, by the the Federal Bureau of Investigation. Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

Shoshona Dery, through her son, Eli Elezra, was served with the Notice and Preliminary Order of Forfeiture on August 20, 2014, by the the Federal Bureau of Investigation. Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

Eli Elezra was personally served with the Notice and Preliminary Order of Forfeiture on August 19, 2014, by the the Federal Bureau of Investigation. Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

Glen Meier of Meier & Fine, LLC, was personally served with the Notice and Preliminary Order of Forfeiture on August 26, 2014, by the the Federal Bureau of Investigation. Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

///

///

1    Richard Shonfeld of Chesnoff & Shonfeld, was personally served with the Notice and

2   Preliminary Order of Forfeiture on September 18, 2014, by the the Federal Bureau of Investigation.

3   Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

4    Theresa Lloyd, through her attorney, Mark Seggese, was served with the Notice and

5   Preliminary Order of Forfeiture on September 3, 2014, by the the Federal Bureau of Investigation.

6   Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

7    In Belding, through her attorney, David Belding, was served with the Notice and Preliminary

8   Order of Forfeiture on August 27, 2014, by the the Federal Bureau of Investigation.  Amended Notice

9   of Filing Service of Process – Personal Service, ECF No. 112-1.

10    David Belding was personally served with the Notice and Preliminary Order of Forfeiture on

11   August 27, 2014, by the the Federal Bureau of Investigation.  Amended Notice of Filing Service of

12   Process – Personal Service, ECF No. 112-1.

13    Registered Agent for GEG Capital, James Jariv, was personally served with the Notice and

14   Preliminary Order of Forfeiture on September 3, 2014, by the the Federal Bureau of Investigation.

15   Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

16    TJK Corporation, through its attorney, Michael Singer, was served with the Notice and

17   Preliminary Order of Forfeiture on August 25, 2014, by the Federal Bureau of Investigation.

18   Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

19    DJ Real Estate, Inc. c/o In Belding, through her attorney, David Belding, was served with the

20   Notice and Preliminary Order of Forfeiture on August 27, 2014, by the Federal Bureau of

21   Investigation.  Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

22    Las Vegas Resorts Corp. c/o In Belding, through her attorney, David Belding, was served

23   with the Notice and Preliminary Order of Forfeiture on August 27, 2014, by the the Federal Bureau of

24   Investigation.  Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

25   / / /

26   / / /

BIB LLC c/o In Belding, through her attorney, David Belding, was served with the Notice and Preliminary Order of Forfeiture on August 27, 2014, by the the Federal Bureau of Investigation. Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

Craig S. Denny c/o Snell & Wilmer, LLP, was personally served with the Notice and Preliminary Order of Forfeiture on August 27, 2014, by the the Federal Bureau of Investigation. Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

Gregory A. Brower c/o Snell & Wilmer, LLP, was personally served with the Notice and Preliminary Order of Forfeiture on August 27, 2014, by the the Federal Bureau of Investigation. Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

AgriBioFuels, LLC, Edward C. Gaienne, Managing Member, was served via regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 7, 2014. Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

Registered Agent for AgriBioFuels, LLC, Edward C. Gaienne, was served via regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 7, 2014. Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

Astra Oil Company, LLC, Evonne Rowan, Managing Member, was served via regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 11, 2014. Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

Atlantic Trading & Marketing, President and CEO, Eric Montsajon, was served via regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 7, 2014. Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

Registered Agent for Atlantic Trading & Marketing, The Corporation Trust Company, was served via regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 7, 2014. Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

///

///

9

BP Products North America, S. Cornell, President, was served via regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 7, 2014.  Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

Registered Agent for BP Products North America, Prentice Hall Corporation, was served via regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 7, 2014. Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

CITGO Petroleum Corporation, Nelson P. Martinez, CEO and President, was served via regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 7, 2014. Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

Registered Agent for CITGO Petroleum Corporation, CT Corporation System, was served via regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 7, 2014. Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

Chevron, USA, Inc., John Watson, CEO, was served via regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 7, 2014.  Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

Registered Agent for Chevron, USA, Inc., Corporation Service Company, was served via regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 7, 2014. Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

E.D.&F. ManBiofuels, Inc., Ian Falshaw, Vice-President, Director, was served via regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 7, 2014.  Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

Registered Agent for E.D.&F. ManBiofuels, Inc., CT Corporation System, was served via regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 7, 2014. Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

/ / /

/ / /

10

Exxon Mobil Corporation, Rex W. Tillerson, CEO, was served via regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 7, 2014.  Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

Registered Agent for Exxon Mobil Corporation, Corporation Service Company, was served via regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 7, 2014. Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

Farstad Oil, Inc., Bruce Hest, was served via regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 7, 2014.  Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

Registered Agent for Farstad Oil, Inc., CT Corporation System, was served via regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 7, 2014.  Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

Flint Hill Resources, LP, Brad Razook, President, was served via regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 7, 2014.  Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

Registered Agent for Flint Hill Resources, LP, The Corporation Trust Company, Inc., was served via regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 7, 2014.  Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

George E. Warren Corporation, Michael E. George, TD, was served via regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 7, 2014.  Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

Registered Agent for George E. Warren Corporation, CT Corporation System, was served via regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 7, 2014. Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

/ / /

/ / /

1        Hess Corporation, John B. Hess, CEO, was served via regular and certified mail with the

2   Notice and Preliminary Order of Forfeiture on August 7, 2014.  Notice of Filing Service of Process –

3   Personal Service, ECF No. 115-3.

4        Registered Agent for Hess Corporation, The Corporation Trust Company, was served via

5   regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 7, 2014.

6   Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

7        Houston Refining, LP, James L. Gallogly, CEO, was served via regular and certified mail

8   with the Notice and Preliminary Order of Forfeiture on August 7, 2014.  Notice of Filing Service of

9   Process – Personal Service, ECF No. 115-3.

10        Registered Agent for Houston Refining, LP, The Corporation Trust Company, was served via

11   regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 7, 2014.

12   Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

13        Holly Frontier Refining & Marketing, LLC, Michael C.  Jennings, President and CEO, was

14   served via regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 7,

15   2014.  Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

16        Registered Agent for Holly Frontier Refining & Marketing, LLC, The Corporation Trust

17   Company, was served via regular and certified mail with the Notice and Preliminary Order of

18   Forfeiture on August 11, 2014.  Notice of Filing Service of Process – Personal Service, ECF No. 115-

19   3.

20        Irving Oil Terminals, Inc., Paul Browning, President and CEO, was served via regular and

21   certified mail with the Notice and Preliminary Order of Forfeiture on August 11, 2014.  Notice of

22   Filing Service of Process – Personal Service, ECF No. 115-3.

23        Registered Agent for Irving Oil Terminals, Inc., CT Corporation System, was served via

24   regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 11, 2014.

25   Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

26   / / /

Lansing Trade Group, LLC, Bill Krueger, CEO, was served via regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 11, 2014. Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

Registered Agent for Lansing Trade Group, LLC, The Corporation Company, Inc., was served via regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 11, 2014. Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

Lukoil Pan Americas, LLC, Tim Bullock, CEO, was served via regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 11, 2014. Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

Registered Agent for Lukoil Pan Americas, LLC, CT Corporation System, was served via regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 11, 2014. Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

Marathon Petroleum Company, LP, Gary R. Heminger, President and CEO, was served via regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 11, 2014. Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

Registered Agent for Marathon Petroleum Company, LC, CT Corporation System, was served via regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 11, 2014. Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

Morgan Stanley Capital Group, Simon T.W. Greenshields, CEO, was served via regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 11, 2014. Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

Registered Agent for Morgan Stanley Capital Group, CT Corporation System, was served via regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 11, 2014. Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

/ / /

/ / /

1   Motiva Enterprises, LLC, Dan Romasko, President and CEO, was served via regular and
2   certified mail with the Notice and Preliminary Order of Forfeiture on August 11, 2014.  Notice of
3   Filing Service of Process – Personal Service, ECF No. 115-3.

4   Registered Agent for Motiva Enterprises, LLC, The Corporation Trust Company, was served
5   via regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 11, 2014.
6   Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

7   Murphy Oil USA, Inc., R.A. Clyde, President, was served via regular and certified mail with
8   the Notice and Preliminary Order of Forfeiture on August 11, 2014.  Notice of Filing Service of
9   Process – Personal Service, ECF No. 115-3.

10   Registered Agent for Murphy Oil USA, Inc., The Corporation Company, Inc., was served via
11   regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 11, 2014.
12   Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

13   NIC Holding Corporation, Elizabeth McConaghy, General Counsel, was served via regular
14   and certified mail with the Notice and Preliminary Order of Forfeiture on August 11, 2014.  Notice of
15   Filing Service of Process – Personal Service, ECF No. 115-3.

16   Northwest Petroleum Company, Thomas F. Kenneally, Sr., President, was served via regular
17   and certified mail with the Notice and Preliminary Order of Forfeiture on August 11, 2014.  Notice of
18   Filing Service of Process – Personal Service, ECF No. 115-3.

19   Registered Agent for Northwest Petroleum Company, Thomas E. Richardson, was served via
20   regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 11, 2014.
21   Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

22   Shell Oil Products, Ben van Buerden, CEO, was served via regular and certified mail with the
23   Notice and Preliminary Order of Forfeiture on August 11, 2014.  Notice of Filing Service of Process –
24   Personal Service, ECF No. 115-3.

25   / / /

26   / / /

Shell Oil Company, Shell Legal Services US, was served via regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 11, 2014.  Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

Registered Agent for Shell Oil Company, The Corporation Trust Company, was served via regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 11, 2014. Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

Statoil Marketing & Trading, Heldge Lund, President and CEO, was served via regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 11, 2014.  Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

Registered Agent for Statoil Marketing & Trading, Corporation Service Company, was served via regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 11, 2014. Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

Sunoco, Inc., Brian P. MacDonald, CEO, was served via regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 12, 2014.  Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

Registered Agent for Sunoco, Inc., Corporation Service Company, was served via regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 12, 2014.  Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

Tesoro Corporation, Gregory J. Goff, CEO, was served via regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 12, 2014.  Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

Registered Agent for Tesoro Corporation, Corporation Service Company, was served via regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 12, 2014. Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

///

///

1     Toledo Refining Company, LLC, Thomas Nimbley, CEO, was served via regular and certified

2   mail with the Notice and Preliminary Order of Forfeiture on August 12, 2014.  Notice of Filing

3   Service of Process – Personal Service, ECF No. 115-3.

4     Registered Agent for Toledo Refining Company, LLC, CT Corporation System, was served

5   via regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 12, 2014.

6   Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

7     U.S. Venture, Inc., John Schmidt, President, was served via regular and certified mail with the

8   Notice and Preliminary Order of Forfeiture on August 12, 2014.  Notice of Filing Service of Process –

9   Personal Service, ECF No. 115-3.

10     Registered Agent for U.S. Venture, Inc., John A. Schmidt, was served via regular and certified

11   mail with the Notice and Preliminary Order of Forfeiture on August 12, 2014.  Notice of Filing

12   Service of Process – Personal Service, ECF No. 115-3.

13     Valero Energy Corporation, William R. Kleese, CEO, was served via regular and certified

14   mail with the Notice and Preliminary Order of Forfeiture on August 12, 2014.  Notice of Filing

15   Service of Process – Personal Service, ECF No. 115-3.

16     Registered Agent for Valero Energy Corporation, The Corporation Trust Company, was

17   served via regular and certified mail with the Notice and Preliminary Order of Forfeiture on

18   August 12, 2014.  Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

19     Western Refining Company, Jeff A. Stevens, CEO, was served via regular and certified mail

20   with the Notice and Preliminary Order of Forfeiture on August 12, 2014.  Notice of Filing Service of

21   Process – Personal Service, ECF No. 115-3.

22     Registered Agent for Western Refining Company, The Corporation Trust Company, was

23   served via regular and certified mail with the Notice and Preliminary Order of Forfeiture on

24   August 12, 2014.  Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

25   / / /

26   / / /

1   WRB Refining, LP, was served via regular and certified mail with the Notice and Preliminary

2   Order of Forfeiture on August 12, 2014. Notice of Filing Service of Process – Personal Service, ECF

3   No. 115-3.

4   Registered Agent for WRB Refining, LP, Corporation Service Company, was served via

5   regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 12, 2014.

6   Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

7   Phillips 66 Company, Greg Garland, CEO, was served via regular and certified mail with the

8   Notice and Preliminary Order of Forfeiture on August 19, 2014.   Notice of Filing Service of Process –

9   Personal Service, ECF No. 115-3.

10   Registered Agent for Phillips 66 Company, United States Corporation Company, was served

11   via regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 19, 2014.

12   Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

13   Tim Johnson of Locke Lord Bissell & Liddell, LLP, was served via regular and certified mail

14   with the Notice and Preliminary Order of Forfeiture on August 19, 2014.  Notice of Filing Service of

15   Process – Personal Service, ECF No. 115-3.

16   Nicholas Paul Dickerson of Locke Lord Bissell & Liddell, LLP, was served via regular and

17   certified mail with the Notice and Preliminary Order of Forfeiture on August 19, 2014.  Notice of

18   Filing Service of Process – Personal Service, ECF No. 115-3.

19   Justin R. Chochran of Zuckerman Spaeder, LLP, was served via regular and certified mail

20   with the Notice and Preliminary Order of Forfeiture on August 19, 2014.  Notice of Filing Service of

21   Process – Personal Service, ECF No. 115-3.

22   Registered Agent for MJ Biofuels, LLC, Business Filings, Inc., was served via regular and

23   certified mail with the Notice and Preliminary Order of Forfeiture on August 28, 2014.  Notice of

24   Filing Service of Process – Personal Service, ECF No. 115-3.

25   / / /

26   / / /

1     Miki Stoliar was served via Federal Express with the Notice and Preliminary Order of

2  Forfeiture on September 22, 2014.  Notice of Filing Service of Process – Personal Service, ECF No.

3  115-3.

4     Carl Reid of Reid & Vesely Solicitors, was served via Federal Express with the Notice and

5  Preliminary Order of Forfeiture on September 22, 2014.  Notice of Filing Service of Process –

6  Personal Service, ECF No. 115-3.

7     Oliver Pulleyblank, Counsel for the Attorney General of Canada stipulated to be served by e-

8  mail and in writing and was served via e-mail with the Notice and Preliminary Order of Forfeiture on

9  September 18, 2014.  Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

10     BC Limited dba City Farm Biofuel, LTD, Amlani & Associates, was served via the United

11  States Post Office, international mail with the Notice and Preliminary Order of Forfeiture on

12  September 30, 2014.  Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

13     Registered Agent for BC Limited dba City Farm Biofuel, LTD c/o Amlani & Associates, was

14  served via the United States Post Office, international mail with the Notice and Preliminary Order of

15  Forfeiture on September 30, 2014.  Notice of Filing Service of Process – Personal Service, ECF No.

16  115-3.

17     Registered Agent for 0858487 B.C., Ltd., Amlani & Associates, was served via United States

18  Post Office, international mail with the Notice and Preliminary Order of Forfeiture on September 30,

19  2014.  Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

20     Canada Feedstock was served via Federal Express with the Notice and Preliminary Order of

21  Forfeiture on September 2, 2014.  Notice of Filing Service of Process – Personal Service, ECF No.

22  115-3.

23     Los Angeles Assessor was served via regular and certified mail with the Notice and

24  Preliminary Order of Forfeiture on January 14, 2015.  Notice of Filing Service of Process – California,

25  ECF No. 171.

26  / / /

Los Angeles County District Attorney, Jackie Lacey, was served via regular and certified mail with the Notice and Preliminary Order of Forfeiture on January 14, 2015. Notice of Filing Service of Process – California, ECF No. 171.

Los Angeles County Registrar-Recorder/County Clerk was served via regular mail with the Notice and Preliminary Order of Forfeiture on January 14, 2015. Notice of Filing Service of Process – California, ECF No. 171.

Joseph Kelly, Los Angeles County Treasurer, was served via regular and certified mail with the Notice and Preliminary Order of Forfeiture on January 14, 2015. Notice of Filing Service of Process – California, ECF No. 171.

Los Angeles County Board of Supervisors was served via regular and certified mail with the Notice and Preliminary Order of Forfeiture on January 14, 2015. Notice of Filing Service of Process – California, ECF No. 171.

Los Angeles County Waterworks District #29 was served via regular and certified mail with the Notice and Preliminary Order of Forfeiture on January 14, 2015. Notice of Filing Service of Process – California, ECF No. 171.

Mike Feuer, City Attorney, was served via regular and certified mail with the Notice and Preliminary Order of Forfeiture on January 14, 2015. Notice of Filing Service of Process – California, ECF No. 171.

Los Angeles City Clerk was served via regular and certified mail with the Notice and Preliminary Order of Forfeiture on January 14, 2015. Notice of Filing Service of Process – California, ECF No. 171.

Public Works was served via regular and certified mail with the Notice and Preliminary Order of Forfeiture on January 14, 2015. Notice of Filing Service of Process – California, ECF No. 171.

Los Angeles County City Sewer was served via regular and certified mail with the Notice and Preliminary Order of Forfeiture on January 14, 2015. Notice of Filing Service of Process – California, ECF No. 171.

1   SCI Consulting Group was served via regular and certified mail with the Notice and

2   Preliminary Order of Forfeiture on January 14, 2015. Notice of Filing Service of Process – California,

3   ECF No. 171.

4   On September 23, 2014, Yakov J. Hefetz filed a Verified Petition for Ancillary Hearing (ECF

5   No. 101).

6   On January 12, 2015, the United States filed an unopposed motion to dismiss the Verified

7   Petition of Yakov J. Hefetz for Ancillary Hearing (ECF No. 145).

8   On January 26, 2015, this Court granted the unopposed motion to dismiss the Verified

9   Petition of Yakov J. Hefetz for Ancillary Hearing (ECF No. 157).

10   On October 1, 2014, the United States filed a Proposed Settlement Agreement for Entry of

11   Order of Forfeiture as to Miki Stoliar and Order (ECF No. 106).

12   On October 2, 2014, this Court granted the Settlement Agreement for Entry of Order of

13   Forfeiture as to Miki Stoliar and Order (ECF No. 108).

14   On October 16, 2014, the United States filed a Proposed Settlement Agreement for Entry of

15   Order of Forfeiture as to the Clark County Treasurer and Order (ECF No. 113).

16   On October 16, 2014, this Court granted the Settlement Agreement for Entry of Order of

17   Forfeiture as to the Clark County Treasurer and Order (ECF No. 114).

18   This Court finds no other petition for Ancillary Hearing regarding the forfeiture was filed

19   herein by or on behalf of any person or entity and the time for filing such petitions and claims has

20   expired.

21   This Court finds no petitions for Ancillary Hearing regarding the forfeiture are pending with

22   regard to the assets named herein and the time for presenting such petitions has expired.

23   THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,

24   title, and interest in the property hereinafter described is condemned, forfeited, and vested in the

25   United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.

26   32.2(c)(2); Title 18, United States Code, Section 982(a)(1); Title 18, United States Code, Section

981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p) and (n)(7) and shall be disposed of according to law:

1.  Money judgment in the amount of $4,000,000, which the Defendant agrees is due and payable to the United States Marshals Service. The defendant shall begin to make payments towards this money judgment immediately upon execution of this agreement, but in no event later than the entry of the guilty plea, and, if the full amount is not satisfied, shall pay the balance no later than the time of sentencing; and

2.  $50,000 in lieu of the 2013 Infiniti QX56 bearing Nevada license Plate 644 WTT, VIN JN8AZ2NE5D9040252, registered to In Choi Belding;

3.  2011 Infiniti QX56 bearing Nevada license Plate 785 XMK, VIN JN8AZ2NF0B9502173, registered to Jiwon Jariv and James Jariv;

4.  REAL PROPERTY LOCATED AT 2289 BUCKINGHAM COURT, HENDERSON, NEVADA 89074, MORE PARTICULARLY DESCRIBED AS:

    PARCEL I:

    LOT SEVENTY-NINE (79) AND EIGHTY (80) IN BLOCK THREE (3) OF THE FOUNTAINS UNIT NO. 2, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 41 OF PLATS, PAGE 49, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

    PARCEL II:

    A NON-EXCLUSIVE EASEMENT FOR THE BENEFIT OF AND APPURTENANT TO PARCEL ONE (1) ABOVE DESCRIBED FOR INGRESS AND EGRESS OVER ALL STREETS AND ROADWAYS AS SHOWN BY MAP OF THE FOUNTAINS UNIT NO. 2, ON FILE IN BOOK 41 OF PLATS, PAGE 49 IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA, WHICH HAVE NOT BEEN DEDICATED TO AND ACCEPTED FOR PUBLIC USE AND OWNERSHIP

/ / /

BY THE CITY OF HENDERSON, TOGETHER WITH ALL IMPROVEMENTS AND

APPURTENANCES THEREON. APN: 178-07-711-046;

5. REAL PROPERTY LOCATED AT 2854 GEARY PLACE UNIT 3802, LAS VEGAS,

NEVADA 89109, MORE PARTICULARLY DESCRIBED AS:

PARCEL I:

UNIT NO. 3802 IN BUILDING 38 OF VILLAGE GREEN CONDOMINIUMS, A

COMMON INTEREST CONDOMINIUM DEVELOPMENT, AS SHOWN BY MAP

THEREOF ON FILE IN BOOK 121, OF PLATS, PAGE 60, IN THE OFFICE OF THE

COUNTY RECORDER, CLARK COUNTY, NEVADA AND AMENDED BY THAT

CERTAIN CERTIFICATE OF AMENDMENT RECORDED MAY 5, 2005 AS

INSTRUMENT NO. 00763 IN BOOK 20050505 OF OFFICIAL RECORDS.

PARCEL II:

ONE (1) ALLOCATED INTEREST AS TENANTS-IN-COMMON IN AND TO THE

COMMON AREA OF EACH PHASE OF VILLAGE GREEN CONDOMINIUMS, A

COMMON INTEREST CONDOMINIUM DEVELOPMENT, AS SHOWN BY MAP

THEREOF ON FILE IN BOOK 121 OF PLATS, PAGE 60 IN THE OFFICE OF THE

COUNTY RECORDER OF CLARK COUNTY, NEVADA AND AMENDED BY A

CERTIFICATE OF AMENDMENT RECORDED MAY 5, 2005 IN BOOK 20050505

AS DOCUMENT NO. 00763, OFFICIAL RECORDS. SAID ALLOCATED INTEREST

TO BE A FRACTION THE NUMERATOR OF WHICH SHALL BE ONE (1), AND

THE DENOMINATOR WHICH SHALL BE THE NUMBER OF UNITS IN THE

COMMUNITY WHICH SHALL BECOME SUBJECT TO THE DECLARATION OF

RESTRICTIONS RECORDED FEBRUARY 4, 2005 IN BOOK 20050204 AS

DOCUMENT NO. 3560, OFFICIAL RECORDS.

EXCEPTING THEREFROM ALL UNITS AND BUILDINGS LOCATED WITHIN

THE ABOVE REFERENCED PLAT.

RESERVING THEREFROM THE RIGHT TO POSSESSION OF ALL THOSE AREAS DELINEATED AS "COMMON ELEMENTS" UPON VILLAGE GREEN CONDOMINIUMS, A COMMON INTEREST CONDOMINIUM DEVELOPMENT AS DEFINED IN THE DECLARATION. FURTHER RESERVING THEREFROM FOR THE BENEFIT OF THE OWNERS OF ALL UNITS WITHIN VILLAGE GREEN CONDOMINIUMS, A COMMON INTEREST CONDOMINIUM DEVELOPMENT, (EXCEPT THE UNIT REFERRED TO IN PARCEL I, HEREIN) NON-EXCLUSIVE EASEMENTS FOR INGRESS, EGRESS, USE AND ENJOYMENT OF, ON, OVER AND ACROSS THE COMMON ELEMENTS, AS PROVIDED FOR IN AND SUBJECT TO THE DECLARATION.

PARCEL III:

THE EXCLUSIVE RIGHT OF USE, POSSESSION AND OCCUPANCY OF THOSE PORTIONS THE PROJECT DESIGNATED AS "COMMON ELEMENTS" (AS DEFINED IN AND SUBJECT TO THE DECLARATION), WHICH ARE APPURTENANT TO PARCELS I AND II DESCRIBED ABOVE.

PARCEL IV:

NON-EXCLUSIVE EASEMENTS OF ACCESS, INGRESS AND EGRESS, USE AND ENJOYMENT OF, IN AND TO THE COMMON ELEMENTS, ONLY AS TO THOSE PORTIONS OF THE COMMON ELEMENTS WHICH LAY IN THE UNENCLOSED PORTIONS OF UNITS AS SET FORTH IN THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS AND GRANT AND RESERVATION OF EASEMENTS RECORDED FEBRUARY 4, 2005 IN BOOK 20050204 AS INSTRUMENT NO. 03560 OFFICIAL RECORDS.

PARCEL V:

ALL OF THE PRIVATE STREETS KNOWN AS OAKMONT AVENUE, OAKMONT DRIVE AND OAKMONT PLACE ADJOINING THE LOTS DESCRIBED IN

PARCEL I ABOVE, AND AS SHOWN ON SAID MAP OF LAS VEGAS

INTERNATIONAL COUNTRY CLUB ESTATES IN BOOK 10 OF PLATS, PAGE 87,

IN THE OFFICE OF THE COUNTY RECORDER, CLARK COUNTY, NEVADA.

PARCEL IV:

AN EASEMENT FOR INGRESS AND EGRESS TO AND FROM PARCELS I AND II

OVER VEGAS VALLEY DRIVE, AS SHOWN ON THE MAP OF LAS VEGAS

INTERNATIONAL COUNTRY CLUB ESTATES, AS PROVIDED FOR IN THAT

CERTAIN DECLARATION OF RESTRICTIONS RECORDED APRIL 7, 1969 IN

BOOK 941 AS INSTRUMENT NO. 755358 IN THE OFFICE OF THE COUNTY

RECORDER, CLARK COUNTY, NEVADA, TOGETHER WITH ALL

IMPROVEMENTS AND APPURTENANCES THEREON, APN: 162-10-212-495;

6.   REAL PROPERTY LOCATED AT 820 VEGAS VALLEY DRIVE, LAS VEGAS,

NEVADA 89109, MORE PARTICULARLY DESCRIBED AS:

PARCEL ONE (1):

LOT 34 OF LAS VEGAS INTERNATIONAL COUNTRY CLUB PATIO HOUSE

UNIT NO. 7, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 15 OF PLATS,

PAGE 62, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY

NEVADA.

PARCEL TWO (2):

A PORTION OF SECTION 10, TOWNSHIP 21 SOUTH, RANGE 61 EAST M.D.B.

AND M. CLARK COUNTY, NEVADA; AN ADDITION TO LOT 34 OF THE LAS

VEGAS INTERNATIONAL COUNTRY CLUB PATION HOUSES UNIT NO. 7, AS

RECORDED IN BOOK 15 OF PLATS, PAGE 62, CLARK COUNTY, NEVADA

RECORDERS.

COMMENCING AT THE NORTHEAST CORNER OF LOT 34, BEING THE TRUE

POINT OF BEGINNING; THENCE NORTH 05 DEGREES 45 MINUTES 10

1   SECONDS EAST A DISTANCE OF 6.40 FEET TO A POINT; THENCE NORTH 77

2   DEGREES 29 MINUTES 19 SECONDS WEST A DISTANCE OF 34.39 FEET TO A

3   POINT; THENCE SOUTH 12 DEGREES 30 MINUTES 41 SECONDS WEST A

4   DISTANCE OF 6.00 FEET TO A POINT; THENCE SOUTH 77 DEGREES 29

5   MINUTES 19 SECONDS EAST A DISTANCE OF 35.10 FEET TO THE TRUE POINT

6   OF BEGINNING, TOGETHER WITH ALL IMPROVEMENTS AND

7   APPURTENANCES THEREON, APN: 162-10-612-009;

8   7.   REAL PROPERTY LOCATED AT 19645 ROSITA STREET, TARZANA,

9   CALIFORNIA 91356, AND MORE PARTICULARLY DESCRIBED AS: THAT

10   PORTION OF LOT 79, OF TRACT NO. 2605, IN THE CITY OF LOS ANGELES,

11   COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP

12   RECORDED IN BOOK 27 PAGE(S) 55 TO 75 INCLUSIVE OF MAPS, IN THE

13   OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

14   BEGINNING AT A POINT IN THAT CERTAIN COURSE IN THE

15   SOUTHWESTERLY LINE OF SAID LOT 79 SHOWN ON SAID MAP OF TRACT

16   2605 AS HAVING A BEARING NORTH 66° 53' WEST AND A LENGTH OF 499.65

17   FEET, DISTANT THEREON NORTH 65° 53' 00" WEST 361.43 FEET FROM THE

18   SOUTHEASTERLY TERMINUS THEREOF, THENCE ALONG SAID

19   SOUTHWESTERLY LINE SOUTH 66° 53' 00" EAST 149.26 FEET, THENCE

20   NORTH 35° 01' 33" EAST 201.13 FEET, THENCE NORTH 77° 00' 45" EAST 15.00

21   FEET TO THE NORTHEASTERLY LINE OF THE LAND DESCRIBED IN PARCEL

22   1 IN THE DEED TO WILLIAM J. DEVINE, RECORDED APRIL 9, 1947 AS

23   INSTRUMENT NO. 179, IN BOOK 24453, PAGE 255 OF OFFICIAL RECORDS, IN

24   THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, THENCE

25   ALONG SAID NORTHEASTERLY LINE NORTH 12° 59' 15" WEST 50.00 FEET,

26   THENCE NORTHWESTERLY ALONG A TANGENT CURVE CONCAVE

SOUTHWESTERLY HAVING A RADIUS OF 113.52 FEET, A DISTANCE OF 94.19 FEET, THENCE TANGENT TO SAID CURVE, NORTH 60° 31′ 45″ WEST 30.29 FEET, THENCE SOUTH 29° 28′ 15″ WEST 15.00 FEET, THENCE SOUTH 40° 47′ 58″ WEST 128.20 FEET TO THE SOUTHEASTERLY LINE OF THE LAND DESCRIBED IN THE DEED TO MILDRED V. DEVINE, RECORDED OCTOBER 22, 1952 AS INSTRUMENT NO. 3442, IN BOOK 40135, PAGE 307 OF OFFICIAL RECORDS, THENCE ALONG SAID SOUTHEASTERLY LINE, SOUTH 31° 35′ 08″ WEST 35.00 FEET TO THE TRUE POINT OF BEGINNING, SAID TRUE POINT OF BEGINNING ALSO BEING THE WESTERLY CORNER OF THE LAND DESCRIBED IN PARCEL 1 IN THE DEED TO WILLIAM H. BALL, JR. AND WIFE RECORDED MARCH 18, 1959 AS INSTRUMENT NO. 2214, IN BOOK D402, PAGE 332 OF OFFICIAL RECORDS, THENCE ALONG THE WESTERLY BOUNDARY LINES OF SAID PARCEL 1 OF THE LAND BALL, JR. AND WIFE AS FOLLOWS SOUTH 59° 07′ 30″ EAST 143.93 FEET TO AN ANGLE POINT THEREIN, AND SOUTH 35° 01′ 35″ WEST 106.50 FEET TO SAID SOUTHWESTERLY LINE OF LOT 79, THENCE ALONG SAID SOUTHWESTERLY LINE, NORTH 66° 53′ 00″ WEST 145.86 FEET; THENCE NORTH 31° 35′ 08″ EAST 125.92 FEET TO A LINE THAT BEARS SOUTH 59° 07′ 30″ EAST AND WHICH PASSES THROUGH THE TRUE POINT OF BEGINNING; THENCE ALONG SAID LAST MENTIONED LINE, SOUTH 59° 07′ 30″ EAST 6.75 FEET TO THE TRUE POINT OF BEGINNING, TOGETHER WITH ALL IMPROVEMENTS AND APPURTENCES THEREON, APN: 2175-013-011;

8.  $224,128.44 in United States Currency, seized from Citibank #XXXXX7496;

9.  $24,929.91 in United States Currency, seized from Citibank #XXXXX3355;

10. $20,054.20 in United States Currency, seized from Citibank #XXXXX3363;

///

11. $86,998.40 in United States Currency, seized from Mountain America Credit Union ("MACU") #XXX7251;

12. $15,076.92 in United States Currency, seized from MACU #XXX9831;

13. $41,828.53 in United States Currency, seized from MACU #XXX2703;

14. $115,964.46 in United States Currency, seized from MACU #XXX6537;

15. $134,722.29 in United States Currency, seized from MACU #XXX7452;

16. $22,347.20 in United States Currency, seized from MACU #XXX5447;

17. $207,830.06 in United States Currency, seized from Charles Schwab #XXXX- 0164;

18. $50,556.65 in United States Currency, seized from Bank of America #XXXXXXXX9158;

19. $43,154.28 in United States Currency, seized from Wells Fargo #XXXXXX1496;

20. $86,773.95 in United States Currency, seized from Wells Fargo #XXXXXX7675;

21. $900.00 in United States Currency;

22. gold Bulgari chronograph, on synthetic strap;

23. a diamond tennis bracelet, approximately six inches long;

24. a white metal necklace, approximately sixteen inches long, with small diamonds in a circular pattern;

25. a white metal necklace, approximately sixteen inches long, with a reddish-orange pendant;

26. any and all debt between JARIV Companies including Evergreen Asset Trust, GEG Capital, and TKJ Corp., and Angel Toledo, loan number 18898-0, in the amount of $19,978.41 and any payments due, principal due or interest accrued on the debt, located at Weststar Mortgage Corporation, dba Weststar Loan Servicing Corp., 2340 Paseo Del Prado, Suite D 104, Las Vegas, Nevada 89102;

27. any and all debt between JARIV Companies including Evergreen Asset Trust, GEG Capital, and TKJ Corp., and Elizabeth Canalas, loan number 19266-0, in the amount of

$126,000 and any payments due, principal due or interest accrued on the debt, located at Weststar Mortgage Corporation, dba Weststar Loan Servicing Corp., 2340 Paseo Del Prado, Suite D 104, Las Vegas, Nevada 89102;

28. any and all debt between JARIV Companies including Evergreen Asset Trust, GEG Capital, and TKJ Corp., and Jesus Rivera Espinoza, loan number 19244-0, in the amount of $42,000.00 and any payments due, principal due or interest accrued on the debt, located at Weststar Mortgage Corporation, dba Weststar Loan Servicing Corp., 2340 Paseo Del Prado, Suite D 104, Las Vegas, Nevada 89102;

29. $24,572.26 in lieu of all debt between JARIV Companies including Evergreen Asset Trust, GEG Capital, and TKJ Corp., and Jesus Rivera Espinoza, loan number 19255-0, in the amount of $22,911.43 and any payments due, principal due or interest accrued on the debt, located at Weststar Mortgage Corporation, dba Weststar Loan Servicing Corp., 2340 Paseo Del Prado, Suite D 104, Las Vegas, Nevada 89102;

30. $80,506.67 in lieu of all debt between JARIV Companies including Evergreen Asset Trust, GEG Capital, and TKJ Corp., and KOI Investments, Inc., Keith and Beth Oliver, loan number 19366-0, in the amount of $80,000 and any payments due, principal due or interest accrued on the debt, located at Weststar Mortgage Corporation, dba Weststar Loan Servicing Corp., 2340 Paseo Del Prado, Suite D 104, Las Vegas, Nevada 89102;

31. any and all debt between JARIV Companies including Evergreen Asset Trust, GEG Capital, and TKJ Corp., and Landmax Properties, LLC, Olukayode Adewole, loan number 19365-0, in the amount of $21,500 and any payments due, principal due or interest accrued on the debt, located at Weststar Mortgage Corporation, dba Weststar Loan Servicing Corp., 2340 Paseo Del Prado, Suite D 104, Las Vegas, Nevada 89102;

32. any and all debt between JARIV Companies including Evergreen Asset Trust, GEG Capital, and TKJ Corp., and Minerva Y. Lugo, loan number 19241-0, in the amount of $49,999.32 and any payments due, principal due or interest accrued on the debt, located

at Weststar Mortgage Corporation, dba Weststar Loan Servicing Corp., 2340 Paseo Del Prado, Suite D 104, Las Vegas, Nevada 89102;

33. any and all debt between JARIV Companies including Evergreen Asset Trust, GEG Capital, and TKJ Corp., and Jesus Adan Felix Rodriguez, loan number 18577-0, in the amount of $24,959.09 and any payments due, principal due or interest accrued on the debt, located at Weststar Mortgage Corporation, dba Weststar Loan Servicing Corp., 2340 Paseo Del Prado, Suite D 104, Las Vegas, Nevada 89102;

34. Any and all funds in Bank of Montreal account #XXX2936, in the name of City Farm Biofuel Ltd.;

35. Any and all funds in Bank of Montreal account #XXX5322, in the name of City Farm Biofuel Ltd.;

36. Any and all funds in Bank of Montreal account #XXXXXX1226, account name unknown;

37. Any and all funds in Bank of Montreal account #XXX1242, account name uncertain, possibly in the name of 0858487 BC Ltd.; and

38. Any and all funds in Bank of Montreal account #XXX9053, account name uncertain, possibly in the name of 0858487 BC Ltd.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

/ / /

/ / /

/ / /

/ / /

/ / /

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this ___ day of April, 2015.

_____
UNITED STATES DISTRICT JUDGE