FILED

UNITED STATES COURT OF APPEALS

MAY 04 2015

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: HER MAJESTY THE QUEEN IN RIGHT OF CANADA. | No. 15-71346 |
| | D.C. No. 2:14-cr-00006-APG-GWF |
| HER MAJESTY THE QUEEN IN RIGHT OF CANADA, | District of Nevada, Las Vegas |
| Petitioner, | |
| v. | ORDER |
| UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA, LAS VEGAS, | |
| Respondent, | |
| NATHAN NATI STOLIAR; et al., | |
| Real Parties in Interest. | |

Before: GOODWIN, FARRIS, and FRIEDLAND, Circuit Judges.

Petitioner has filed a petition for a writ of mandamus pursuant to the Crime Victims' Right Act. 18 U.S.C. § 3771(d)(3). Pursuant to 18 U.S.C. § 3771(d)(3), the court sua sponte continues disposition of this petition for writ of mandamus for 5 days.

RJ/MOATT

The petition raises issues that warrant a response. Accordingly, the real parties in interest shall file any response(s) by 5:00 p.m. PDT on Wednesday, May 6, 2015. The district court may file a response simultaneously if it so desires.

Petitioner may file a reply by 5:00 p.m. PDT on Thursday, May 7, 2015.

In addition to any other issues that the parties shall address in the response(s) and reply, the parties shall address whether petitioner, a foreign government, is a "person" who may be a "crime victim" under 18 U.S.C. § 3771(e).