DAVID Z. CHESNOFF, ESQ.
Nevada Bar No. 2292
RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
(702) 384-5563
Attorneys for Nathan Stoliar

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:14-CR-006 -APG-(GWF) |
| vs. | |
| JAMES I. "ASSI" JARIV, and NATHAN "NATI" STOLIAR, aka NATAN STOLIAR | **ORDER** |
| Defendants. | |

**DEFENDANT NATHAN STOLIAR'S STIPULATION AND ORDER TO TRAVEL TO CALIFORNIA FOR THE PURPOSES OF VISITING FAMILY AND SURRENDERING TO FCI TERMINAL ISLAND ON MAY 11, 2015**

**IT IS HEREBY STIPULATED and AGREED** by and between Crane Pomerantz, and Wayne Hettenbach, Esq., Assistant United States Attorneys, and David Z. Chesnoff, counsel for Defendant Nathan Stoliar, that Mr. Stoliar's Pretrial Release Conditions be modified as follows:

1.  That Defendant shall be permitted to travel to California to visit family on May 9, 2015, and thereafter shall voluntarily surrender to FCI Terminal Island in California on May 11, 2015 before 12 p.m.;

2.  That Defendant will also provide his pre-trial officer with his travel itinerary, and Defendant will also check-in with his pre-trial officer when he arrives in California;

3. Pretrial Services Officer Jeff Cottam has no objection to the above stated request.

**DATED** this 4th day of May, 2015.

| UNITED STATES ATTORNEY | CHESNOFF & SCHONFELD |
|---|---|
| /s/ | /s/ |
| **Crane Pomerantz, AUSA** | **David Z. Chesnoff, Esq.** |
| **Wayne D. Hettenbach, AUSA** | Nevada Bar No. 2292 |
| 333 Las Vegas Blvd. S. | **Richard A. Schonfeld, Esq.** |
| Las Vegas, Nevada 89101 | Nevada Bar No. 6815 |
| Attorney for Plaintiff | 520 South Fourth Street |
|  | Las Vegas, Nevada 89101 |
|  | Attorneys for Defendant, Nathan Stoliar |

## ORDER

The matter having come before the court on the stipulation of the parties with no objection from Pretrial Services, and good cause appearing, the Stipulation to Travel to California for the purposes of visiting family and surrendering to FCI Terminal Island on May 11, 2015, is hereby **GRANTED**.

It is hereby Ordered:

1. That Defendant shall be permitted to travel to California to visit family on May 9, 2015, and thereafter shall voluntarily surrender to FCI Terminal Island in California on May 11, 2015 before 12 p.m.;

2. That Defendant will also provide his pre-trial officer with his travel itinerary, and Defendant will also check-in with his pre-trial officer when he arrives in California;

3. Pretrial Services Officer Jeff Cottam has no objection to the above stated request.

Dated: May 5, 2015.

_____
UNITED STATES DISTRICT JUDGE