STEVEN B. WOLFSON
District Attorney
**CIVIL DIVISION**
By: OFELIA L. MONJE
Deputy District Attorney
State Bar No. 011663
500 South Grand Central Pkwy.
P. O. Box 552215
Las Vegas, Nevada 89155-2215
(702) 455-4761
Fax (702) 382-5178
E-Mail: Ofelia.Monje@ClarkCountyDA.com
*Attorney for the Clark County Treasurer*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>NATHAN "NATI" STOLIAR,<br>(aka NATAN STOLIAR),<br><br>        Defendant. | Case No:   2:14-CR-006-APG-GWF |

## SUBSTITUTION OF ATTORNEY

Ofelia Monje, Deputy District Attorney is hereby substituted as attorney for the Clark County Treasurer, LAURA B. FITZPATRICK, in the above-entitled action, in place of and instead of Stephanie Barker, Chief Deputy District Attorney.

DATED this 26th day of May, 2015

STEVEN B. WOLFSON
DISTRICT ATTORNEY

By: /s/ Ofelia L. Monje
OFELIA L. MONJE
Deputy District Attorney
State Bar No. 01663
500 South Grand Central Pkwy.
Las Vegas, Nevada 89155-2215
*Attorney for the Clark County Treasurer*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the CM/ECF Electronic Filing system of the United States District Court for the District of Nevada on the 26th day of May, 2015.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

_____
An Employee of the Clark County District
Attorney's Office – Civil Division

**IT IS SO ORDERED.**

_____
**GEORGE FOLEY, JR.**
**United States Magistrate Judge**

**Dated:   May 28, 2015**