```
                                    ┌─────────────────────────────┐
                                    │           FILED             │
                                    │   ┌─────────────────────┐   │
                                    │   │    AUG - 5 2015      │   │
                                    │   └─────────────────────┘   │
                                    │   CLERK, U.S. DISTRICT COURT │
                                    │      DISTRICT OF NEVADA      │
                                    │   BY_____    │
                                    │                      DEPUTY  │
                                    └─────────────────────────────┘
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | )     2:14-CR-006-APG-(GWF) |
| NATHAN "NATI" STOLIAR, aka NATAN STOLIAR, | ) |
| Defendant. | ) |

## AMENDED FINAL ORDER OF FORFEITURE

The United States District Court for the District of Nevada entered a Preliminary Order of

Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section

981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section

982(a)(1); and Title 21, United States Code, Section 853(p) based upon the plea of guilty by defendant

NATHAN "NATI" STOLIAR aka NATAN STOLIAR to the criminal offenses, forfeiting the property

and imposing an in personam criminal forfeiture money judgment set forth in the Plea Memorandum,

the Bill of Particulars, and the Forfeiture Allegation of the Criminal Indictment and shown by the

United States to have the requisite nexus to the offenses to which defendant NATHAN "NATI"

STOLIAR aka NATAN STOLIAR pled guilty.  Criminal Indictment, ECF No. 1; Bill of Particulars,

ECF No. 63; Change of Plea, ECF No. 90; Preliminary Order of Forfeiture, ECF No. 92; Plea

Memorandum, ECF No. 93.

/ / /

1    This Court finds the United States of America published the notice of forfeiture in accordance

2    with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively

3    from July 25, 2014, through August 23, 2014, notifying all potential third parties; and notified known

4    third parties by personal service or by regular mail and certified mail return receipt requested of their

5    right to petition the Court.  Notice of Filing Proof of Publication, ECF No. 98.

6        Michele F. Shafe, County Assessor, was personally served with the Notice and Preliminary

7    Order of Forfeiture on August 19, 2014, by the United States Marshals Service.  Amended Notice of

8    Filing Service of Process – Personal Service, ECF No. 112-1.

9        Steven B. Wolfson, Clark County District Attorney, was personally served with the Notice

10   and Preliminary Order of Forfeiture on August 19, 2014, by the United States Marshals Service.

11   Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

12       Debbie Conway, County Recorder, was personally served with the Notice and Preliminary

13   Order of Forfeiture on August 19, 2014, by the United States Marshals Service.  Amended Notice of

14   Filing Service of Process – Personal Service, ECF No. 112-1.

15       Laura B. Fitzpatrick, Clark County Treasurer, was personally served with the Notice and

16   Preliminary Order of Forfeiture on August 19, 2014, by the United States Marshals Service.  Amended

17   Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

18       Diana Alba, Clark County Clerk, Clark County Water Reclamation District, was personally

19   served with the Notice and Preliminary Order of Forfeiture on August 19, 2014, by the United States

20   Marshals Service.  Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

21       Larry Brown, Chairman, Clark County Water Reclamation District, was personally served

22   with the Notice and Preliminary Order of Forfeiture on August 20, 2014, by the United States

23   Marshals Service.  Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

24       Diana Alba, Clark County Clerk, was personally served with the Notice and Preliminary

25   Order of Forfeiture on August 19, 2014, by the United States Marshals Service.  Amended Notice of

26   Filing Service of Process - Personal Service, ECF No. 112-1.

1  Diana Alba, Clark County Clerk, Clark County Board of Commissioners, was personally

2  served with the Notice and Preliminary Order of Forfeiture on August 19, 2014, by the United States

3  Marshals Service.  Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

4  David Johnson, General Manager, Southern Nevada Water Authority, was personally served

5  with the Notice and Preliminary Order of Forfeiture on August 12, 2014, by the United States

6  Marshals Service.  Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

7  Gregory J. Walch, General Counsel, Southern Nevada Water Authority, was personally served

8  with the Notice and Preliminary Order of Forfeiture on August 12, 2014, by the United States

9  Marshals Service.  Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

10  John Entsminger, General Manager, Las Vegas Valley Water District, was personally served

11  with the Notice and Preliminary Order of Forfeiture on August 12, 2014, by the United States

12  Marshals Service.  Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

13  Mary Beth Scow, President, Las Vegas Valley Water District, was personally served with the

14  Notice and Preliminary Order of Forfeiture on August 12, 2014, by the United States Marshals

15  Service.  Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

16  Michael H. Singer, Esq., was personally served with the Notice and Preliminary Order of

17  Forfeiture on August 25, 2014, by the the Federal Bureau of Investigation.  Amended Notice of Filing

18  Service of Process – Personal Service, ECF No. 112-1.

19  Alexander Jariv was personally served with the Notice and Preliminary Order of Forfeiture on

20  September 3, 2014, by the the Federal Bureau of Investigation.  Amended Notice of Filing Service of

21  Process – Personal Service, ECF No. 112-1.

22  Varda Jariv was served through her attorney, David Alder, Esq., with the Notice and

23  Preliminary Order of Forfeiture on or about September 3, 2014, by the the Federal Bureau of

24  Investigation.  Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

25  ///

26  ///

1    Jiwon Jariv was personally served with the Notice and Preliminary Order of Forfeiture on

2    September 4, 2014, by the the Federal Bureau of Investigation.  Amended Notice of Filing Service of

3    Process – Personal Service, ECF No. 112-1.

4    Jon E. Fields of Rentline, LLC, was personally served with the Notice and Preliminary Order

5    of Forfeiture on September 23, 2014, by the the Federal Bureau of Investigation.  Amended Notice of

6    Filing Service of Process – Personal Service, ECF No. 112-1.

7    James Jariv, Registered Agent for Rentline, Inc., was personally served with the Notice and

8    Preliminary Order of Forfeiture on September 3, 2014, by the the Federal Bureau of Investigation.

9    Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

10    Global Marketing, LLC, was served through its attorney, Michael Singer, Esq., with the

11    Notice and Preliminary Order of Forfeiture on August 25, 2014, by the the Federal Bureau of

12    Investigation.  Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

13    The Registered Agent for Global Marketing, LLC, James Jariv, was personally served with

14    the Notice and Preliminary Order of Forfeiture on September 3, 2014, by the the Federal Bureau of

15    Investigation.  Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

16    City Farm Unlimited, through its attorney, Michael Singer, Esq., was served with the Notice

17    and Preliminary Order of Forfeiture on August 25, 2014, by the the Federal Bureau of Investigation.

18    Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

19    Moti Shapira, Managing Member for City Farm Unlimited, was personally served with the

20    Notice and Preliminary Order of Forfeiture on September 11, 2014, by the the Federal Bureau of

21    Investigation.  Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

22    MJ Biofuels, LLC through its attorney, Michael Singer, Esq., was served  with the Notice and

23    Preliminary Order of Forfeiture on August 25, 2014, by the the Federal Bureau of Investigation.

24    Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

25    / / /

26    / / /

4

1    Moshe Moses, President, VA & AR Corporation, was personally served with the Notice and

2   Preliminary Order of Forfeiture on August 27, 2014, by the the Federal Bureau of Investigation.

3   Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

4    Field Law, Ltd., Registered Agent for VA & AR, was personally served with the Notice and

5   Preliminary Order of Forfeiture on September 23, 2014, by the the Federal Bureau of Investigation.

6   Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

7    Alexander Jariv, Registered Agent for Nevada Star Development Corp., was personally

8   served  with the Notice and Preliminary Order of Forfeiture on September 3, 2014, by the the Federal

9   Bureau of Investigation.  Amended Notice of Filing Service of Process – Personal Service, ECF No.

10   112-1.

11    Registered Agent for Conroe Texas Biodiesel Producers, Inc., James Jariv, was personally

12   served  with the Notice and Preliminary Order of Forfeiture on September 3, 2014, by the the Federal

13   Bureau of Investigation.  Amended Notice of Filing Service of Process – Personal Service, ECF No.

14   112-1.

15    Conroe Texas Biodiesel Producers, Inc., through its attorney, Michael Singer, Esq., was

16   served  with the Notice and Preliminary Order of Forfeiture on August 25, 2014, by the the Federal

17   Bureau of Investigation.  Amended Notice of Filing Service of Process – Personal Service, ECF No.

18   112-1.

19    GEG Capital, through its attorney, Michael Singer, Esq., was served with the Notice and

20   Preliminary Order of Forfeiture on August 25, 2014, by the the Federal Bureau of Investigation.

21   Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

22    Gregory J. Walch, General Counsel, Las Vegas Valley Water District, was personally served

23   with the Notice and Preliminary Order of Forfeiture on August 12, 2014, by the the United States

24   Marshals Service.  Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

25   / / /

26   / / /

1   Bradford Jerbic, City Attorney, City of Las Vegas, was personally served  with the Notice and
2   Preliminary Order of Forfeiture on August 14, 2014, by the the United States Marshals Service.
3   Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

4   Beverly Bridges, City Clerk, City of Las Vegas, was personally served  with the Notice and
5   Preliminary Order of Forfeiture on August 14, 2014, by the the United States Marshals Service.
6   Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

7   Beverly Bridges, City Clerk, City of Las Vegas Sewer, was personally served  with the Notice
8   and Preliminary Order of Forfeiture on August 14, 2014, by the the United States Marshals Service.
9   Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

10   MP Association Management was personally served with the Notice and Preliminary Order of
11   Forfeiture on August 19, 2014, by the the United States Marshals Service.  Amended Notice of Filing
12   Service of Process – Personal Service, ECF No. 112-1.

13   Real Properties Management Group was personally served with the Notice and Preliminary
14   Order of Forfeiture on August 19, 2014, by the the United States Marshals Service.  Amended Notice
15   of Filing Service of Process – Personal Service, ECF No. 112-1.

16   Las Vegas Country Club Master Association was personally served with the Notice and
17   Preliminary Order of Forfeiture on August 20, 2014, by the the United States Marshals Service.
18   Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

19   City of Henderson, City Sewer, was personally served with the Notice and Preliminary Order
20   of Forfeiture on August 12, 2014, by the the United States Marshals Service.  Amended Notice of
21   Filing Service of Process – Personal Service, ECF No. 112-1.

22   City of Henderson, City Council, was personally served with the Notice and Preliminary
23   Order of Forfeiture on August 12, 2014, by the the United States Marshals Service.  Amended Notice
24   of Filing Service of Process – Personal Service, ECF No. 112-1.

25   ///

26   ///

6

City of Henderson, City Attorney's Office, was personally served with the Notice and Preliminary Order of Forfeiture on August 12, 2014, by the the United States Marshals Service. Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

City of Henderson, City Clerk, was personally served with the Notice and Preliminary Order of Forfeiture on August 12, 2014, by the the United States Marshals Service. Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

Moshe Moses was personally served with the Notice and Preliminary Order of Forfeiture on August 27, 2014, by the the Federal Bureau of Investigation. Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

Myungnham Jung was personally served with the Notice and Preliminary Order of Forfeiture on September 4, 2014, by the the Federal Bureau of Investigation. Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

Hila Odents Elezra, through her husband, Eli Elezra, was served with the Notice and Preliminary Order of Forfeiture on August 20, 2014, by the the Federal Bureau of Investigation. Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

Shoshona Dery, through her son, Eli Elezra, was served with the Notice and Preliminary Order of Forfeiture on August 20, 2014, by the the Federal Bureau of Investigation. Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

Eli Elezra was personally served with the Notice and Preliminary Order of Forfeiture on August 19, 2014, by the the Federal Bureau of Investigation. Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

Glen Meier of Meier & Fine, LLC, was personally served with the Notice and Preliminary Order of Forfeiture on August 26, 2014, by the the Federal Bureau of Investigation. Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

/ / /

/ / /

1   Richard Shonfeld of Chesnoff & Shonfeld, was personally served with the Notice and

2   Preliminary Order of Forfeiture on September 18, 2014, by the the Federal Bureau of Investigation.

3   Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

4   Theresa Lloyd, through her attorney, Mark Seggese, was served with the Notice and

5   Preliminary Order of Forfeiture on September 3, 2014, by the the Federal Bureau of Investigation.

6   Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

7   In Belding, through her attorney, David Belding, was served with the Notice and Preliminary

8   Order of Forfeiture on August 27, 2014, by the the Federal Bureau of Investigation.  Amended Notice

9   of Filing Service of Process – Personal Service, ECF No. 112-1.

10   David Belding was personally served with the Notice and Preliminary Order of Forfeiture on

11   August 27, 2014, by the the Federal Bureau of Investigation.  Amended Notice of Filing Service of

12   Process – Personal Service, ECF No. 112-1.

13   Registered Agent for GEG Capital, James Jariv, was personally served with the Notice and

14   Preliminary Order of Forfeiture on September 3, 2014, by the the Federal Bureau of Investigation.

15   Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

16   TJK Corporation, through its attorney, Michael Singer, was served with the Notice and

17   Preliminary Order of Forfeiture on August 25, 2014, by the the Federal Bureau of Investigation.

18   Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

19   DJ Real Estate, Inc. c/o In Belding, through her attorney, David Belding, was served with the

20   Notice and Preliminary Order of Forfeiture on August 27, 2014, by the the Federal Bureau of

21   Investigation.  Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

22   Las Vegas Resorts Corp. c/o In Belding, through her attorney, David Belding, was served

23   with the Notice and Preliminary Order of Forfeiture on August 27, 2014, by the the Federal Bureau of

24   Investigation.  Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

25   ///

26   ///

8

1    BIB LLC c/o In Belding, through her attorney, David Belding, was served with the Notice and

2 Preliminary Order of Forfeiture on August 27, 2014, by the the Federal Bureau of Investigation.

3 Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

4    Craig S. Denny c/o Snell & Wilmer, LLP, was personally served with the Notice and

5 Preliminary Order of Forfeiture on August 27, 2014, by the the Federal Bureau of Investigation.

6 Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

7    Gregory A. Brower c/o Snell & Wilmer, LLP, was personally served with the Notice and

8 Preliminary Order of Forfeiture on August 27, 2014, by the the Federal Bureau of Investigation.

9 Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

10    AgriBioFuels, LLC, Edward C. Gaienne, Managing Member, was served via regular and

11 certified mail with the Notice and Preliminary Order of Forfeiture on August 7, 2014.  Notice of Filing

12 Service of Process – Personal Service, ECF No. 115-3.

13    Registered Agent for AgriBioFuels, LLC, Edward C. Gaienne, was served via regular and

14 certified mail with the Notice and Preliminary Order of Forfeiture on August 7, 2014.  Notice of Filing

15 Service of Process – Personal Service, ECF No. 115-3.

16    Astra Oil Company, LLC, Evonne Rowan, Managing Member, was served via regular and

17 certified mail with the Notice and Preliminary Order of Forfeiture on August 11, 2014.  Notice of

18 Filing Service of Process – Personal Service, ECF No. 115-3.

19    Atlantic Trading & Marketing, President and CEO, Eric Montsajon, was served via regular

20 and certified mail with the Notice and Preliminary Order of Forfeiture on August 7, 2014.  Notice of

21 Filing Service of Process – Personal Service, ECF No. 115-3.

22    Registered Agent for Atlantic Trading & Marketing, The Corporation Trust Company, was

23 served via regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 7,

24 2014.  Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

25 / / /

26 / / /

1    BP Products North America, S. Cornell, President, was served via regular and certified mail

2  with the Notice and Preliminary Order of Forfeiture on August 7, 2014.  Notice of Filing Service of

3  Process – Personal Service, ECF No. 115-3.

4    Registered Agent for BP Products North America, Prentice Hall Corporation, was served via

5  regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 7, 2014.

6  Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

7    CITGO Petroleum Corporation, Nelson P. Martinez, CEO and President, was served via

8  regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 7, 2014.

9  Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

10    Registered Agent for CITGO Petroleum Corporation, CT Corporation System, was served via

11  regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 7, 2014.

12  Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

13    Chevron, USA, Inc., John Watson, CEO, was served via regular and certified mail with the

14  Notice and Preliminary Order of Forfeiture on August 7, 2014.  Notice of Filing Service of Process –

15  Personal Service, ECF No. 115-3.

16    Registered Agent for Chevron, USA, Inc., Corporation Service Company, was served via

17  regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 7, 2014.

18  Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

19    E.D.&F. ManBiofuels, Inc., Ian Falshaw, Vice-President, Director, was served via regular and

20  certified mail with the Notice and Preliminary Order of Forfeiture on August 7, 2014.  Notice of Filing

21  Service of Process – Personal Service, ECF No. 115-3.

22    Registered Agent for E.D.&F. ManBiofuels, Inc., CT Corporation System, was served via

23  regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 7, 2014.

24  Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

25  / / /

26  / / /

1    Exxon Mobil Corporation, Rex W. Tillerson, CEO, was served via regular and certified mail
2  with the Notice and Preliminary Order of Forfeiture on August 7, 2014.  Notice of Filing Service of
3  Process – Personal Service, ECF No. 115-3.

4    Registered Agent for Exxon Mobil Corporation, Corporation Service Company, was served
5  via regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 7, 2014.
6  Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

7    Farstad Oil, Inc., Bruce Hest, was served via regular and certified mail with the Notice and
8  Preliminary Order of Forfeiture on August 7, 2014.  Notice of Filing Service of Process – Personal
9  Service, ECF No. 115-3.

10    Registered Agent for Farstad Oil, Inc., CT Corporation System, was served via regular and
11  certified mail with the Notice and Preliminary Order of Forfeiture on August 7, 2014.  Notice of Filing
12  Service of Process – Personal Service, ECF No. 115-3.

13    Flint Hill Resources, LP, Brad Razook, President, was served via regular and certified mail
14  with the Notice and Preliminary Order of Forfeiture on August 7, 2014.  Notice of Filing Service of
15  Process – Personal Service, ECF No. 115-3.

16    Registered Agent for Flint Hill Resources, LP, The Corporation Trust Company, Inc., was
17  served via regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 7,
18  2014.  Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

19    George E. Warren Corporation, Michael E. George, TD, was served via regular and certified
20  mail with the Notice and Preliminary Order of Forfeiture on August 7, 2014.  Notice of Filing Service
21  of Process – Personal Service, ECF No. 115-3.

22    Registered Agent for George E. Warren Corporation, CT Corporation System, was served via
23  regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 7, 2014.
24  Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

25  / / /
26  / / /

11

1    Hess Corporation, John B. Hess, CEO, was served via regular and certified mail with the

2  Notice and Preliminary Order of Forfeiture on August 7, 2014.  Notice of Filing Service of Process –

3  Personal Service, ECF No. 115-3.

4    Registered Agent for Hess Corporation, The Corporation Trust Company, was served via

5  regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 7, 2014.

6  Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

7    Houston Refining, LP, James L. Gallogly, CEO, was served via regular and certified mail

8  with the Notice and Preliminary Order of Forfeiture on August 7, 2014.  Notice of Filing Service of

9  Process – Personal Service, ECF No. 115-3.

10    Registered Agent for Houston Refining, LP, The Corporation Trust Company, was served via

11  regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 7, 2014.

12  Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

13    Holly Frontier Refining & Marketing, LLC, Michael C.  Jennings, President and CEO, was

14  served via regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 7,

15  2014.  Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

16    Registered Agent for Holly Frontier Refining & Marketing, LLC, The Corporation Trust

17  Company, was served via regular and certified mail with the Notice and Preliminary Order of

18  Forfeiture on August 11, 2014.  Notice of Filing Service of Process – Personal Service, ECF No. 115-

19  3.

20    Irving Oil Terminals, Inc., Paul Browning, President and CEO, was served via regular and

21  certified mail with the Notice and Preliminary Order of Forfeiture on August 11, 2014.  Notice of

22  Filing Service of Process – Personal Service, ECF No. 115-3.

23    Registered Agent for Irving Oil Terminals, Inc., CT Corporation System, was served via

24  regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 11, 2014.

25  Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

26  / / /

1   Lansing Trade Group, LLC, Bill Krueger, CEO, was served via regular and certified mail with

2 the Notice and Preliminary Order of Forfeiture on August 11, 2014.  Notice of Filing Service of

3 Process – Personal Service, ECF No. 115-3.

4   Registered Agent for Lansing Trade Group, LLC, The Corporation Company, Inc., was served

5 via regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 11, 2014.

6 Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

7   Lukoil Pan Americas, LLC, Tim Bullock, CEO, was served via regular and certified mail with

8 the Notice and Preliminary Order of Forfeiture on August 11, 2014.  Notice of Filing Service of

9 Process – Personal Service, ECF No. 115-3.

10   Registered Agent for Lukoil Pan Americas, LLC, CT Corporation System, was served via

11 regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 11, 2014.

12 Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

13   Marathon Petroleum Company, LP, Gary R. Heminger, President and CEO, was served via

14 regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 11, 2014.

15 Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

16   Registered Agent for Marathon Petroleum Company, LC, CT Corporation System, was served

17 via regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 11, 2014.

18 Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

19   Morgan Stanley Capital Group, Simon T.W. Greenshields, CEO, was served via regular and

20 certified mail with the Notice and Preliminary Order of Forfeiture on August 11, 2014.  Notice of

21 Filing Service of Process – Personal Service, ECF No. 115-3.

22   Registered Agent for Morgan Stanley Capital Group, CT Corporation System, was served via

23 regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 11, 2014.

24 Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

25 / / /

26 / / /

1   Motiva Enterprises, LLC, Dan Romasko, President and CEO, was served via regular and

2   certified mail with the Notice and Preliminary Order of Forfeiture on August 11, 2014.  Notice of

3   Filing Service of Process – Personal Service, ECF No. 115-3.

4   Registered Agent for Motiva Enterprises, LLC, The Corporation Trust Company, was served

5   via regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 11, 2014.

6   Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

7   Murphy Oil USA, Inc., R.A. Clyde, President, was served via regular and certified mail with

8   the Notice and Preliminary Order of Forfeiture on August 11, 2014.  Notice of Filing Service of

9   Process – Personal Service, ECF No. 115-3.

10  Registered Agent for Murphy Oil USA, Inc., The Corporation Company, Inc., was served via

11  regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 11, 2014.

12  Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

13  NIC Holding Corporation, Elizabeth McConaghy, General Counsel, was served via regular

14  and certified mail with the Notice and Preliminary Order of Forfeiture on August 11, 2014.  Notice of

15  Filing Service of Process – Personal Service, ECF No. 115-3.

16  Northwest Petroleum Company, Thomas F. Kenneally, Sr., President, was served via regular

17  and certified mail with the Notice and Preliminary Order of Forfeiture on August 11, 2014.  Notice of

18  Filing Service of Process – Personal Service, ECF No. 115-3.

19  Registered Agent for Northwest Petroleum Company, Thomas E. Richardson, was served via

20  regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 11, 2014.

21  Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

22  Shell Oil Products, Ben van Buerden, CEO, was served via regular and certified mail with the

23  Notice and Preliminary Order of Forfeiture on August 11, 2014.  Notice of Filing Service of Process –

24  Personal Service, ECF No. 115-3.

25  / / /

26  / / /

1  Shell Oil Company, Shell Legal Services US, was served via regular and certified mail with
2  the Notice and Preliminary Order of Forfeiture on August 11, 2014.  Notice of Filing Service of
3  Process – Personal Service, ECF No. 115-3.

4  Registered Agent for Shell Oil Company, The Corporation Trust Company, was served via
5  regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 11, 2014.
6  Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

7  Statoil Marketing & Trading, Heldge Lund, President and CEO, was served via regular and
8  certified mail with the Notice and Preliminary Order of Forfeiture on August 11, 2014.  Notice of
9  Filing Service of Process – Personal Service, ECF No. 115-3.

10  Registered Agent for Statoil Marketing & Trading, Corporation Service Company, was served
11  via regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 11, 2014.
12  Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

13  Sunoco, Inc., Brian P. MacDonald, CEO, was served via regular and certified mail with the
14  Notice and Preliminary Order of Forfeiture on August 12, 2014.  Notice of Filing Service of Process –
15  Personal Service, ECF No. 115-3.

16  Registered Agent for Sunoco, Inc., Corporation Service Company, was served via regular and
17  certified mail with the Notice and Preliminary Order of Forfeiture on August 12, 2014.  Notice of
18  Filing Service of Process – Personal Service, ECF No. 115-3.

19  Tesoro Corporation, Gregory J. Goff, CEO, was served via regular and certified mail with the
20  Notice and Preliminary Order of Forfeiture on August 12, 2014.  Notice of Filing Service of Process –
21  Personal Service, ECF No. 115-3.

22  Registered Agent for Tesoro Corporation, Corporation Service Company, was served via
23  regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 12, 2014.
24  Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

25  ///

26  ///

1  Toledo Refining Company, LLC, Thomas Nimbley, CEO, was served via regular and certified

2  mail with the Notice and Preliminary Order of Forfeiture on August 12, 2014.  Notice of Filing

3  Service of Process – Personal Service, ECF No. 115-3.

4  Registered Agent for Toledo Refining Company, LLC, CT Corporation System, was served

5  via regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 12, 2014.

6  Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

7  U.S. Venture, Inc., John Schmidt, President, was served via regular and certified mail with the

8  Notice and Preliminary Order of Forfeiture on August 12, 2014.  Notice of Filing Service of Process –

9  Personal Service, ECF No. 115-3.

10  Registered Agent for U.S. Venture, Inc., John A. Schmidt, was served via regular and certified

11  mail with the Notice and Preliminary Order of Forfeiture on August 12, 2014.  Notice of Filing

12  Service of Process – Personal Service, ECF No. 115-3.

13  Valero Energy Corporation, William R. Kleese, CEO, was served via regular and certified

14  mail with the Notice and Preliminary Order of Forfeiture on August 12, 2014.   Notice of Filing

15  Service of Process – Personal Service, ECF No. 115-3.

16  Registered Agent for Valero Energy Corporation, The Corporation Trust Company, was

17  served via regular and certified mail with the Notice and Preliminary Order of Forfeiture on

18  August 12, 2014.  Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

19  Western Refining Company, Jeff A. Stevens, CEO, was served via regular and certified mail

20  with the Notice and Preliminary Order of Forfeiture on August 12, 2014.  Notice of Filing Service of

21  Process – Personal Service, ECF No. 115-3.

22  Registered Agent for Western Refining Company, The Corporation Trust Company, was

23  served via regular and certified mail with the Notice and Preliminary Order of Forfeiture on

24  August 12, 2014.   Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

25  / / /

26  / / /

1    WRB Refining, LP, was served via regular and certified mail with the Notice and Preliminary

2    Order of Forfeiture on August 12, 2014.  Notice of Filing Service of Process – Personal Service, ECF

3    No. 115-3.

4    Registered Agent for WRB Refining, LP, Corporation Service Company, was served via

5    regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 12, 2014.

6    Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

7    Phillips 66 Company, Greg Garland, CEO, was served via regular and certified mail with the

8    Notice and Preliminary Order of Forfeiture on August 19, 2014.   Notice of Filing Service of Process –

9    Personal Service, ECF No. 115-3.

10    Registered Agent for Phillips 66 Company, United States Corporation Company, was served

11    via regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 19, 2014.

12    Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

13    Tim Johnson of Locke Lord Bissell & Liddell, LLP, was served via regular and certified mail

14    with the Notice and Preliminary Order of Forfeiture on August 19, 2014.  Notice of Filing Service of

15    Process – Personal Service, ECF No. 115-3.

16    Nicholas Paul Dickerson of Locke Lord Bissell & Liddell, LLP, was served via regular and

17    certified mail with the Notice and Preliminary Order of Forfeiture on August 19, 2014.  Notice of

18    Filing Service of Process – Personal Service, ECF No. 115-3.

19    Justin R. Chochran of Zuckerman Spaeder, LLP, was served via regular and certified mail

20    with the Notice and Preliminary Order of Forfeiture on August 19, 2014.  Notice of Filing Service of

21    Process – Personal Service, ECF No. 115-3.

22    Registered Agent for MJ Biofuels, LLC, Business Filings, Inc., was served via regular and

23    certified mail with the Notice and Preliminary Order of Forfeiture on August 28, 2014.  Notice of

24    Filing Service of Process – Personal Service, ECF No. 115-3.

25    / / /

26    / / /

17

1   Miki Stoliar was served via Federal Express with the Notice and Preliminary Order of

2   Forfeiture on September 22, 2014.  Notice of Filing Service of Process – Personal Service, ECF No.

3   115-3.

4   Carl Reid of Reid & Vesely Solicitors, was served via Federal Express with the Notice and

5   Preliminary Order of Forfeiture on September 22, 2014.  Notice of Filing Service of Process –

6   Personal Service, ECF No. 115-3.

7   Oliver Pulleyblank, Counsel for the Attorney General of Canada stipulated to be served by e-

8   mail and in writing and was served via e-mail with the Notice and Preliminary Order of Forfeiture on

9   September 18, 2014.  Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

10   BC Limited dba City Farm Biofuel, LTD, Amlani & Associates, was served via the United

11   States Post Office, international mail with the Notice and Preliminary Order of Forfeiture on

12   September 30, 2014.  Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

13   Registered Agent for BC Limited dba City Farm Biofuel, LTD c/o Amlani & Associates, was

14   served via the United States Post Office, international mail with the Notice and Preliminary Order of

15   Forfeiture on September 30, 2014.  Notice of Filing Service of Process – Personal Service, ECF No.

16   115-3.

17   Registered Agent for 0858487 B.C., Ltd., Amlani & Associates, was served via United States

18   Post Office, international mail with the Notice and Preliminary Order of Forfeiture on September 30,

19   2014.  Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

20   Canada Feedstock was served via Federal Express with the Notice and Preliminary Order of

21   Forfeiture on September 2, 2014.  Notice of Filing Service of Process – Personal Service, ECF No.

22   115-3.

23   Los Angeles Assessor was served via regular and certified mail with the Notice and

24   Preliminary Order of Forfeiture on January 14, 2015.  Notice of Filing Service of Process – California,

25   ECF No. 171.

26   / / /

1      Los Angeles County District Attorney, Jackie Lacey, was served via regular and certified mail

2  with the Notice and Preliminary Order of Forfeiture on January 14, 2015.  Notice of Filing Service of

3  Process – California, ECF No. 171.

4      Los Angeles County Registrar-Recorder/County Clerk was served via regular mail with the

5  Notice and Preliminary Order of Forfeiture on January 14, 2015.  Notice of Filing Service of Process –

6  California, ECF No. 171.

7      Joseph Kelly, Los Angeles County Treasurer, was served via regular and certified mail with

8  the Notice and Preliminary Order of Forfeiture on January 14, 2015.  Notice of Filing Service of

9  Process – California, ECF No. 171.

10      Los Angeles County Board of Supervisors was served via regular and certified mail with the

11  Notice and Preliminary Order of Forfeiture on January 14, 2015.  Notice of Filing Service of Process –

12  California, ECF No. 171.

13      Los Angeles County Waterworks District #29 was served via regular and certified mail with

14  the Notice and Preliminary Order of Forfeiture on January 14, 2015.  Notice of Filing Service of

15  Process – California, ECF No. 171.

16      Mike Feuer, City Attorney, was served via regular and certified mail with the Notice and

17  Preliminary Order of Forfeiture on January 14, 2015.  Notice of Filing Service of Process – California,

18  ECF No. 171.

19      Los Angeles City Clerk was served via regular and certified mail with the Notice and

20  Preliminary Order of Forfeiture on January 14, 2015.  Notice of Filing Service of Process – California,

21  ECF No. 171.

22      Public Works was served via regular and certified mail with the Notice and Preliminary Order

23  of Forfeiture on January 14, 2015.  Notice of Filing Service of Process – California, ECF No. 171.

24      Los Angeles County City Sewer was served via regular and certified mail with the Notice and

25  Preliminary Order of Forfeiture on January 14, 2015.  Notice of Filing Service of Process – California,

26  ECF No. 171.

1    SCI Consulting Group was served via regular and certified mail with the Notice and

2   Preliminary Order of Forfeiture on January 14, 2015.  Notice of Filing Service of Process – California,

3   ECF No. 171.

4    On January 13, 2015, the United States filed a Motion to Substitute and Forfeit Property of

5   Stoliar (ECF No. 149), specifically $4,000,000 in United States Currency.

6    This Court finds the United States of America published the notice of forfeiture in accordance

7   with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively

8   from January 22, 2015, through February 20, 2015, notifying all potential third parties; and notified

9   known third parties by personal service or by regular mail and certified mail return receipt requested

10  of their right to petition the Court.  Notice of Filing Proof of Publication, ECF No. 169.

11   The government executed a United States Magistrate Court issued civil forfeiture seizure

12  warrant on $942,016 in United States Currency.

13   On April 10, 2015, this Court entered the Preliminary Order of Forfeiture (ECF No. 197) for

14  the $942,016 in United States Currency.

15   On April 14, 2015, this Court entered a Substitution and Forfeiture Order (ECF No. 198)

16  which substituted and forfeited $4,000,000 in United States Currency to the United States pursuant to

17  Title 21, United States Code, Section 853(p).

18   After this Court entered the forfeiture order of $942,016 and the $4,000,000 substitution and

19  forfeiture order, the government provided service of process and publication for all known potential

20  petitioners.  The United States published the notice of forfeiture in accordance with the law via the

21  official government internet forfeiture site, www.forfeiture.gov, consecutively from May 1, 2015,

22  through May 30, 2015, notifying all potential third parties; and notified known third parties by

23  personal service or by regular mail and certified mail return receipt requested of their right to petition

24  the Court.  Notice of Filing Proof of Publication, ECF No. 222.

25   On May 1, 2015, the United States Attorney's Office served AgriBioFuels, LLC, Edward C.

26  Gaiennie, Managing Member, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement

1   Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture

2   Order through regular and certified mail, return receipt requested.  Notice of Filing Service of Process –

3   Mail, ECF No. 224.

4          On May 1, 2015, the United States Attorney's Office served Registered Agent for AgriBioFuels,

5   LLC, Edward C. Gaiennie, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement

6   Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture

7   Order through regular and certified mail, return receipt requested.  Notice of Filing Service of Process –

8   Mail, ECF No. 224.

9          On May 1, 2015, the United States Attorney's Office served Atlantic Trading & Marketing,

10  President and CEO, Eric Montsajon, with copies of the Notices, Preliminary Orders of Forfeiture,

11  Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and

12  Forfeiture Order through regular and certified mail, return receipt requested.  Notice of Filing Service of

13  Process – Mail, ECF No. 224.

14         On May 1, 2015, the United States Attorney's Office served Registered Agent for Atlantic

15  Trading & Marketing, The Corporation Trust Company, with copies of the Notices, Preliminary Orders of

16  Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and

17  Substitution and Forfeiture Order through regular and certified mail, return receipt requested.  Notice of

18  Filing Service of Process – Mail, ECF No. 224.

19         On May 1, 2015, the United States Attorney's Office served BP Products North America,

20  S. Cornell, President, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement

21  for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order

22  through regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail,

23  ECF No. 224.

24         On May 1, 2015, the United States Attorney's Office served Registered Agent for BP Products

25  North America, Prentice Hall Corporation, with copies of the Notices, Preliminary Orders of Forfeiture,

26  Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and

1   Forfeiture Order through regular and certified mail, return receipt requested.  Notice of Filing Service of

2   Process – Mail, ECF No. 224.

3          On May 1, 2015, the United States Attorney's Office served CITGO Petroleum Corporation,

4   Nelson P. Martinez, CEO and President, with copies of the Notices, Preliminary Orders of Forfeiture,

5   Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and

6   Forfeiture Order through regular and certified mail, return receipt requested.  Notice of Filing Service of

7   Process – Mail, ECF No. 224.

8          On May 1, 2015, the United States Attorney's Office served Chevron U.S.A., Inc., John Watson,

9   CEO, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of

10  Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through regular

11  and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No. 224.

12         On May 1, 2015, the United States Attorney's Office served Registered Agent for Chevron,

13  U.S.A., Inc., Corporation Service Company, with copies of the Notices, Preliminary Orders of Forfeiture,

14  Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and

15  Forfeiture Order through regular and certified mail, return receipt requested.  Notice of Filing Service of

16  Process – Mail, ECF No. 224.

17         On May 1, 2015, the United States Attorney's Office served E.D.&F. ManBiofuels, Inc., Ian

18  Falshaw, Vice-President, Director, with copies of the Notices, Preliminary Orders of Forfeiture,

19  Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and

20  Forfeiture Order through regular and certified mail, return receipt requested.  Notice of Filing Service of

21  Process – Mail, ECF No. 224.

22         On May 1, 2015, the United States Attorney's Office served Registered Agent for E.D.&F.

23  ManBiofuels, Inc., CT Corporation System, with copies of the Notices, Preliminary Orders of Forfeiture,

24  Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and

25  Forfeiture Order through regular and certified mail, return receipt requested.  Notice of Filing Service of

26  Process – Mail, ECF No. 224.

On May 1, 2015, the United States Attorney's Office served Exxon Mobile Corporation, Rex W. Tillerson, CEO, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through regular and certified mail, return receipt requested. Notice of Filing Service of Process – Mail, ECF No. 224.

On May 1, 2015, the United States Attorney's Office served Registered Agent for Exxon Mobil Corporation, Corporation Service, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through regular and certified mail, return receipt requested. Notice of Filing Service of Process – Mail, ECF No. 224.

On May 1, 2015, the United States Attorney's Office served Farstad Oil, Inc., Bruce Hest, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through regular and certified mail, return receipt requested. Notice of Filing Service of Process – Mail, ECF No. 224.

On May 1, 2015, the United States Attorney's Office served Registered Agent for Farstad Oil, Inc., CT Corporation System, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through regular and certified mail, return receipt requested. Notice of Filing Service of Process – Mail, ECF No. 224.

On May 1, 2015, the United States Attorney's Office served Flint Hill Resources, LP, Brad Razook, President, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through regular and certified mail, return receipt requested. Notice of Filing Service of Process – Mail, ECF No. 224.

On May 1, 2015, the United States Attorney's Office served Registered Agent for Flint Hill Resources, LP, The Corporation Company, Inc., with copies of the Notices, Preliminary Orders of

Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No. 224.

On May 1, 2015, the United States Attorney's Office served George E. Warren Corporation, Michael E. George, TD, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No. 224.

On May 1, 2015, the United States Attorney's Office served Registered Agent for George E. Warren Corporation, CT Corporation System, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No. 224.

On May 1, 2015, the United States Attorney's Office served Hess Corporation, John B. Hess, CEO, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No. 224.

On May 1, 2015, the United States Attorney's Office served Registered Agent for Hess Corporation, The Corporation Trust Company, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No. 224.

On May 1, 2015, the United States Attorney's Office served Houston Refining, LP, James L. Gallogly, CEO, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through

/ / /

24

1   regular and certified mail, return receipt requested. Notice of Filing Service of Process – Mail, ECF No.

2   224.

3        On May 1, 2015, the United States Attorney's Office served Registered Agent for Houston

4   Refining, LP, The Corporation Trust Company, with copies of the Notices, Preliminary Orders of

5   Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and

6   Substitution and Forfeiture Order through regular and certified mail, return receipt requested. Notice of

7   Filing Service of Process – Mail, ECF No. 224.

8        On May 1, 2015, the United States Attorney's Office served Holly Frontier Refining &

9   Marketing, LLC, Michael C. Jennings, President and CEO, with copies of the Notices, Preliminary Orders

10   of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and

11   Substitution and Forfeiture Order through regular and certified mail, return receipt requested. Notice of

12   Filing Service of Process – Mail, ECF No. 224.

13        On May 1, 2015, the United States Attorney's Office served Registered Agent for Holly Frontier

14   Refining & Marketing, The Corporation Trust Company, with copies of the Notices, Preliminary Orders

15   of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and

16   Substitution and Forfeiture Order through regular and certified mail, return receipt requested. Notice of

17   Filing Service of Process – Mail, ECF No. 224.

18        On May 1, 2015, the United States Attorney's Office served Irving Oil Terminals, Inc., Paul

19   Browning, President and CEO, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement

20   Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture

21   Order through regular and certified mail, return receipt requested. Notice of Filing Service of Process –

22   Mail, ECF No. 224.

23        On May 1, 2015, the United States Attorney's Office served Registered Agent for Irving Oil

24   Terminals, Inc., CT Corporation System, with copies of the Notices, Preliminary Orders of Forfeiture,

25   Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and

26   / / /

1   Forfeiture Order through regular and certified mail, return receipt requested.  Notice of Filing Service of

2   Process – Mail, ECF No. 224.

3          On May 4, 2015, the United States Attorney's Office served Kempler & Company, Inc. c/o

4   Joseph Mamounas, Esq., of Bilzen Sumberg, with copies of the Notices, Preliminary Orders of Forfeiture,

5   Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and

6   Forfeiture Order through regular and certified mail, return receipt requested.  Notice of Filing Service of

7   Process – Mail, ECF No. 224.

8          On May 4, 2015, the United States Attorney's Office served Lansing Trade Group, LLC, Bill

9   Krueger, CEO, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for

10  Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through

11  regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No.

12  224.

13         On May 4, 2015, the United States Attorney's Office served Registered Agent for Lansing Trade

14  Group, LLC, The Corporation Company, Inc., with copies of the Notices, Preliminary Orders of

15  Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and

16  Substitution and Forfeiture Order through regular and certified mail, return receipt requested.  Notice of

17  Filing Service of Process – Mail, ECF No. 224.

18         On May 4, 2015, the United States Attorney's Office served Lukoil Pan Americas, LLC, Simon

19  Fenner, Managing Director, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement

20  Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture

21  Order through regular and certified mail, return receipt requested.  Notice of Filing Service of Process –

22  Mail, ECF No. 224.

23         On May 4, 2015, the United States Attorney's Office served Registered Agent for Lukoil Pan

24  Americas, LLC, CT Corporation System, with copies of the Notices, Preliminary Orders of Forfeiture,

25  Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and

26  / / /

1  Forfeiture Order through regular and certified mail, return receipt requested.  Notice of Filing Service of
2  Process – Mail, ECF No. 224.

3        On May 4, 2015, the United States Attorney's Office served Marathon Petroleum Company, LP,
4  Gary R. Heminger, President and CEO, with copies of the Notices, Preliminary Orders of Forfeiture,
5  Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and
6  Forfeiture Order through regular and certified mail, return receipt requested.  Notice of Filing Service of
7  Process – Mail, ECF No. 224.

8        On May 4, 2015, the United States Attorney's Office served Registered Agent for Marathon
9  Petroleum Company, LP, CT Corporation System, with copies of the Notices, Preliminary Orders of
10  Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and
11  Substitution and Forfeiture Order through regular and certified mail, return receipt requested.  Notice of
12  Filing Service of Process – Mail, ECF No. 224.

13        On May 4, 2015, the United States Attorney's Office served Morgan Stanley Capital Group,
14  Simon T.W. Greenshields, CEO, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement
15  Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture
16  Order through regular and certified mail, return receipt requested.  Notice of Filing Service of Process –
17  Mail, ECF No. 224.

18        On May 4, 2015, the United States Attorney's Office served Registered Agent for Morgan
19  Stanley Capital, CT Corporation System, with copies of the Notices, Preliminary Orders of Forfeiture,
20  Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and
21  Forfeiture Order through regular and certified mail, return receipt requested.  Notice of Filing Service of
22  Process – Mail, ECF No. 224.

23        On May 4, 2015, the United States Attorney's Office served Motiva Enterprises, LLC, Dan
24  Romasko, President and CEO, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement
25  Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture
26  / / /

1   Order through regular and certified mail, return receipt requested.  Notice of Filing Service of Process –

2   Mail, ECF No. 224.

3         On May 4, 2015, the United States Attorney's Office served Registered Agent for Motiva

4   Enterprises, LLC, The Corporation Trust Company, with copies of the Notices, Preliminary Orders of

5   Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and

6   Substitution and Forfeiture Order through regular and certified mail, return receipt requested.  Notice of

7   Filing Service of Process – Mail, ECF No. 224.

8         On May 4, 2015, the United States Attorney's Office served Murphy Oil USA, Inc., R.A. Clyde,

9   President, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of

10  Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through regular

11  and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No. 224.

12        On May 4, 2015, the United States Attorney's Office served Registered Agent for Murphy Oil

13  USA, Inc., The Corporation Company, Inc., with copies of the Notices, Preliminary Orders of Forfeiture,

14  Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and

15  Forfeiture Order through regular and certified mail, return receipt requested.  Notice of Filing Service of

16  Process – Mail, ECF No. 224.

17        On May 4, 2015, the United States Attorney's Office served NIC Holding Corporation, Elizabeth

18  McConaghy, General Counsel, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement

19  Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture

20  Order through regular and certified mail, return receipt requested.  Notice of Filing Service of Process –

21  Mail, ECF No. 224.

22        On May 4, 2015, the United States Attorney's Office served Northwest Petroleum Company,

23  Thomas F. Kenneally, Sr., President, with copies of the Notices, Preliminary Orders of Forfeiture,

24  Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and

25  Forfeiture Order through regular and certified mail, return receipt requested.  Notice of Filing Service of

26  Process – Mail, ECF No. 224.

On May 4, 2015, the United States Attorney's Office served Registered Agent for Northwest Petroleum Company, Thomas E. Richardson, with copies of Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No. 224.

On May 4, 2015, the United States Attorney's Office served Phillips 66 Company, Greg Garland, CEO, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No. 224.

On May 4, 2015, the United States Attorney's Office served Registered Agent for Phillips 66 Company, United States Corporation Company, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No. 224.

On May 4, 2015, the United States Attorney's Office served Shell Oil Products, Ben van Buerden, CEO, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No. 224.

On May 5, 2015, the United States Attorney's Office served Shell Oil Company, Shell Legal Services US, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No. 224.

On May 5, 2015, the United States Attorney's Office served Registered Agent for Shell Oil Company, The Corporation Trust Company, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and

Forfeiture Order through regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No. 224.

On May 5, 2015, the United States Attorney's Office served Statoil Marketing & Trading, Helge Lund, President and CEO, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No. 224.

On May 5, 2015, the United States Attorney's Office served Registered Agent for Statoil Marketing & Trading, Corporation Service Company, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No. 224.

On May 5, 2015, the United States Attorney's Office served Sunoco, Inc., Brian P. MacDonald, CEO, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No. 224.

On May 5, 2015, the United States Attorney's Office served Registered Agent for Sunoco, Inc., Corporation Service Company, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No. 224.

On May 5, 2015, the United States Attorney's Office served Tesoro Corporation, Gregory J. Goff, CEO, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No. 224.

/ / /

1    On May 5, 2015, the United States Attorney's Office served Registered Agent for Tesoro

2  Corporation, Corporation Service Company, with copies of the Notices, Preliminary Orders of Forfeiture,

3  Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and

4  Forfeiture Order through regular and certified mail, return receipt requested.  Notice of Filing Service of

5  Process – Mail, ECF No. 224.

6    On May 5, 2015, the United States Attorney's Office served Toledo Refining Company, LLC,

7  Thomas Nimbley, CEO, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement

8  Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture

9  Order through regular and certified mail, return receipt requested.  Notice of Filing Service of Process –

10  Mail, ECF No. 224.

11    On May 5, 2015, the United States Attorney's Office served Registered Agent for Toledo

12  Refining, CT Corporation System, with copies of the Notices, Preliminary Orders of Forfeiture,

13  Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and

14  Forfeiture Order through regular and certified mail, return receipt requested.  Notice of Filing Service of

15  Process – Mail, ECF No. 224.

16    On May 5, 2015, the United States Attorney's Office served US Venture, Inc., John Schmidt,

17  President, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of

18  Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through regular

19  and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No. 224.

20    On May 5, 2015, the United States Attorney's Office served Registered Agent for US Venture,

21  Inc., John A. Schmidt, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement

22  for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order

23  through regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail,

24  ECF No. 224.

25    On May 5, 2015, the United States Attorney's Office served Valero Energy Corporation, William

26  R. Kleese, CEO, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for

1   Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through

2   regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No.

3   224.

4           On May 5, 2015, the United States Attorney's Office served Registered Agent for Valero Energy

5   Corporation, The Corporation Trust Company, with copies of the Notices, Preliminary Orders of

6   Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and

7   Substitution and Forfeiture Order through regular and certified mail, return receipt requested.  Notice of

8   Filing Service of Process – Mail, ECF No. 224.

9           On May 5, 2015, the United States Attorney's Office served Western Refining Company, Jeff A.

10  Stevens, CEO, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for

11  Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through

12  regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No.

13  224.

14          On May 5, 2015, the United States Attorney's Office served Registered Agent for Western

15  Refining Company, The Corporation Trust Company, with copies of the Notices, Preliminary Orders of

16  Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and

17  Substitution and Forfeiture Order through regular and certified mail, return receipt requested.  Notice of

18  Filing Service of Process – Mail, ECF No. 224.

19          On May 5, 2015, the United States Attorney's Office served WRB Refining, LP, with copies of

20  the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to

21  James I. Jariv and Order, and Substitution and Forfeiture Order through regular and certified mail, return

22  receipt requested.  Notice of Filing Service of Process – Mail, ECF No. 224.

23          On May 5, 2015, the United States Attorney's Office served Registered Agent for WRB Refining,

24  LP, Corporation Service Company, with copies of the Notices, Preliminary Orders of Forfeiture,

25  Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and

26  / / /

1  Forfeiture Order through regular and certified mail, return receipt requested. Notice of Filing Service of
2  Process – Mail, ECF No. 224.

3         On May 5, 2015, the United States Attorney's Office served Registered Agent for MJ Biofuels,
4  LLC, Business Filings, Inc., with copies of the Notices, Preliminary Orders of Forfeiture, Settlement
5  Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture
6  Order through regular and certified mail, return receipt requested. Notice of Filing Service of Process –
7  Mail, ECF No. 224.

8         On May 5, 2015, the United States Attorney's Office served Justin R. Chochran, Zuckerman
9  Spaeder, LLP, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for
10  Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through
11  regular and certified mail, return receipt requested. Notice of Filing Service of Process – Mail, ECF No.
12  224.

13         On May 5, 2015, the United States Attorney's Office served Nicholas Paul Dickerson, Locke
14  Lord Bissell & Liddell, LLP, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement
15  Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture
16  Order through regular and certified mail, return receipt requested. Notice of Filing Service of Process –
17  Mail, ECF No. 224.

18         On May 5, 2015, the United States Attorney's Office served Tim Johnson, Locke Lord Bissell &
19  Liddell, LLP, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for
20  Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through
21  regular and certified mail, return receipt requested. Notice of Filing Service of Process – Mail, ECF No.
22  224.

23         On May 5, 2015, the United States Attorney's Office served Los Angeles Assessor, with copies of
24  the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to
25  James I. Jariv and Order, and Substitution and Forfeiture Order through regular and certified mail, return
26  receipt requested. Notice of Filing Service of Process – Mail, ECF No. 224.

1    On May 5, 2015, the United States Attorney's Office served Los Angeles County District

2  Attorney, Jackie Lacey, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement

3  Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture

4  Order through regular and certified mail, return receipt requested.  Notice of Filing Service of Process –

5  Mail, ECF No. 224.

6    On May 5, 2015, the United States Attorney's Office served Registrar-Recorder/County Clerk,

7  with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of

8  Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through regular and

9  certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No. 224.

10    On May 5, 2015, the United States Attorney's Office served Joseph Kelly, Los Angeles County

11  Treasurer, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of

12  Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through regular

13  and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No. 224.

14    On May 5, 2015, the United States Attorney's Office served Los Angeles County Board of

15  Supervisors, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry

16  of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through

17  regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No.

18  224.

19    On May 5, 2015, the United States Attorney's Office served Los Angeles County Waterworks

20  District No. 29, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for

21  Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through

22  regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No.

23  224.

24    On May 5, 2015, the United States Attorney's Office served Mike Feuer, City Attorney, The

25  Office of the City Attorney, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement

26  Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture

34

1   Order through regular and certified mail, return receipt requested.  Notice of Filing Service of Process –

2   Mail, ECF No. 224.

3         On May 5, 2015, the United States Attorney's Office served Los Angeles City Clerk, with copies

4   of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as

5   to James I. Jariv and Order, and Substitution and Forfeiture Order through regular and certified mail,

6   return receipt requested.  Notice of Filing Service of Process – Mail, ECF No. 224.

7         On May 5, 2015, the United States Attorney's Office served Public Works, Department of County

8   Garbage Disposal, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for

9   Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through

10  regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No.

11  224.

12        On May 5, 2015, the United States Attorney's Office served Los Angeles County City Sewer with

13  copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of

14  Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through regular and

15  certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No. 224.

16        On May 5, 2015, the United States Attorney's Office served SCI Consulting Group, Community

17  Facilities District #2, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement

18  for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order

19  through regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail,

20  ECF No. 224.

21        On May 5, 2015, the United States Attorney's Office served Registered Agent for BC Limited

22  d/b/a City Farm Biofuel, Ltd., c/o Amlani & Associates, with copies of the Notices, Preliminary Orders of

23  Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and

24  Substitution and Forfeiture Order via Federal Express.  Notice of Filing Service of Process – Mail, ECF

25  No. 224.

26  / / /

1   On May 5, 2015, the United States Attorney's Office served Registered Agent for 0858487 B.C.

2   Ltd., Amlani & Associates, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement

3   Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture

4   Order via Federal Express.  Notice of Filing Service of Process – Mail, ECF No. 224.

5   On May 21, 2015, the United States Attorney's Office served Registered Agent for CITGO

6   Petroleum Corporation, CT Corporation System, with copies of the Notices, Preliminary Orders of

7   Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and

8   Substitution and Forfeiture Order through regular and certified mail, return receipt requested. Notice of

9   Filing Service of Process – Mail, ECF No. 224.

10   On June 12, 2015, the United States Attorney's Office served Registered Agent for Bunge North

11   America, CSC Lawyers Inc., Service Co., with copies of the Notices, Preliminary Orders of Forfeiture,

12   Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and

13   Forfeiture Order through regular and certified mail, return receipt requested. Notice of Filing Service of

14   Process – Mail, ECF No. 224.

15   On June 12, 2015, the United States Attorney's Office served Soren Schroder, President and

16   CEO, Bunge North America, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement

17   Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture

18   Order through regular and certified mail, return receipt requested. Notice of Filing Service of Process –

19   Mail, ECF No. 224.

20   On May 8, 2015, the Federal Bureau of Investigation personally served Moshe Moses with copies

21   of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as

22   to James I. Jariv and Order, and Substitution and Forfeiture Order.  Amended Notice of Filing Service of

23   Process – FBI, ECF No. 226.

24   On May 12, 2015, the Federal Bureau of Investigation personally served Myungnham Jung with

25   copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of

26   / / /

1  Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order.  Amended Notice of

2  Filing Service of Process – FBI, ECF No. 226.

3          On May 13, 2015, the Federal Bureau of Investigation personally served Theresa Lloyd with

4  copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of

5  Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order.  Amended Notice of

6  Filing Service of Process – FBI, ECF No. 226.

7          On May 20, 2015, the Federal Bureau of Investigation personally served In Belding with copies

8  of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as

9  to James I. Jariv and Order, and Substitution and Forfeiture Order.  Amended Notice of Filing Service of

10  Process – FBI, ECF No. 226.

11          On May 20, 2015, the Federal Bureau of Investigation personally served David Belding with

12  copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of

13  Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order.  Amended Notice of

14  Filing Service of Process – FBI, ECF No. 226.

15          On May 14, 2015, the Federal Bureau of Investigation personally served Michael H. Singer, Esq.,

16  with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of

17  Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order.  Amended Notice of

18  Filing Service of Process – FBI, ECF No. 226.

19          On May 12, 2015, the Federal Bureau of Investigation personally served Alexander Jariv with

20  copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of

21  Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order.  Amended Notice of

22  Filing Service of Process – FBI, ECF No. 226.

23          On May 12, 2015, the Federal Bureau of Investigation personally served Varda Jariv with copies

24  of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as

25  to James I. Jariv and Order, and Substitution and Forfeiture Order.  Amended Notice of Filing Service of

26  Process – FBI, ECF No. 226.

1    On May 12, 2015, the Federal Bureau of Investigation personally served Jiwon Jariv with copies

2 of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as

3 to James I. Jariv and Order, and Substitution and Forfeiture Order.  Amended Notice of Filing Service of

4 Process – FBI, ECF No. 226.

5    On May 19, 2015, the Federal Bureau of Investigation personally served Rentline, LLC, Jon E.

6 Fields, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of

7 Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order.  Amended

8 Notice of Filing Service of Process – FBI, ECF No. 226.

9    On May 28, 2015, the Federal Bureau of Investigation personally served Registered Agent for

10 Rentline, LLC, James Jariv, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement

11 Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture

12 Order.  Amended Notice of Filing Service of Process – FBI, ECF No. 226.

13    On May 14, 2015, the Federal Bureau of Investigation personally served Global Emarketing,

14 LLC, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of

15 Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order.  Amended

16 Notice of Filing Service of Process – FBI, ECF No. 226.

17    On May 28, 2015, the Federal Bureau of Investigation personally served Registered Agent for

18 Global Emarketing, LLC, James Jariv, with copies of the Notices, Preliminary Orders of Forfeiture,

19 Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and

20 Forfeiture Order.  Amended Notice of Filing Service of Process – FBI, ECF No. 226.

21    On May 14, 2015, the Federal Bureau of Investigation personally served City Farm Limited, Moti

22 Shapira, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of

23 Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order.  Amended

24 Notice of Filing Service of Process – FBI, ECF No. 226.

25    On May 14, 2015, the Federal Bureau of Investigation personally served Managing Member for

26 City Farm Limited, Moti Shapira, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement

1   Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture

2   Order.  Amended Notice of Filing Service of Process – FBI, ECF No. 226.

3           On May 14, 2015, the Federal Bureau of Investigation personally served MJ Biofuels, LLC, with

4   copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of

5   Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order.  Amended Notice of

6   Filing Service of Process – FBI, ECF No. 226.

7           On May 8, 2015, the Federal Bureau of Investigation personally served VA & AR Corporation,

8   Moshe Moses, President, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement

9   Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture

10   Order.  Amended Notice of Filing Service of Process – FBI, ECF No. 226.

11           On May 19, 2015, the Federal Bureau of Investigation personally served Registered Agent for VA

12   & AR Corporation, Field Law, Ltd., with copies of the Notices, Preliminary Orders of Forfeiture,

13   Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and

14   Forfeiture Order.  Amended Notice of Filing Service of Process – FBI, ECF No. 226.

15           On May 12, 2015, the Federal Bureau of Investigation personally served Registered Agent for

16   Nevada Star Development Corp., Alexander Jariv, with copies of the Notices, Preliminary Orders of

17   Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and

18   Substitution and Forfeiture Order.  Amended Notice of Filing Service of Process – FBI, ECF No. 226.

19           On May 14, 2015, the Federal Bureau of Investigation personally served Conroe Texas Biodiesel

20   Producers, Inc., with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for

21   Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order.

22   Amended Notice of Filing Service of Process – FBI, ECF No. 226.

23           On May 28, 2015, the Federal Bureau of Investigation personally served Registered Agent for

24   Conroe Texas Biodiesel Producers, Inc., James Jariv, with copies of the Notices, Preliminary Orders of

25   Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and

26   Substitution and Forfeiture Order.  Amended Notice of Filing Service of Process – FBI, ECF No. 226.

1    On May 14, 2015, the Federal Bureau of Investigation personally served GEG Capital with copies

2  of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as

3  to James I. Jariv and Order, and Substitution and Forfeiture Order.  Amended Notice of Filing Service of

4  Process – FBI, ECF No. 226.

5    On May 28, 2015, the Federal Bureau of Investigation personally served Registered Agent for

6  GEG Capital, James Jariv, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement

7  Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture

8  Order.  Amended Notice of Filing Service of Process – FBI, ECF No. 226.

9    On May 14, 2015, the Federal Bureau of Investigation personally served TKJ Corporation with

10  copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of

11  Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order.  Amended Notice of

12  Filing Service of Process – FBI, ECF No. 226.

13    On May 20, 2015, the Federal Bureau of Investigation personally served DJ Real Estate, Inc., In

14  Belding, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of

15  Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order.  Amended

16  Notice of Filing Service of Process – FBI, ECF No. 226.

17    On May 20, 2015, the Federal Bureau of Investigation personally served Las Vegas Resorts

18  Corporation, In Belding, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement

19  Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture

20  Order.  Amended Notice of Filing Service of Process – FBI, ECF No. 226.

21    On May 20, 2015, the Federal Bureau of Investigation personally served BIB, LLC, In Belding,

22  with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of

23  Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order.  Amended Notice of

24  Filing Service of Process – FBI, ECF No. 226.

25    On May 28, 2015, the Federal Bureau of Investigation personally served Craig S. Denny, Snell &

26  Wilmer, LLP, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for

1   Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order.

2   Amended Notice of Filing Service of Process – FBI, ECF No. 226.

3   On May 28, 2015, the Federal Bureau of Investigation personally served Gregory A. Brower,

4   Snell & Wilmer, LLP, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement

5   for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order.

6   Amended Notice of Filing Service of Process – FBI, ECF No. 226.

7   On August 4, 2015, the United States filed Notices of Errata (ECF Nos. 231 and 232) for the

8   Notice of Filing Service of Process – Mailing (ECF No. 224) to include Stoliar's name on pages one

9   and two as he was served and for the Amended Notice of Filing Service of Process – FBI (ECF No.

10  226) to include Stoliar's name in the caption as he was served and to correct the title of the document.

11  On September 23, 2014, Yakov J. Hefetz filed a Verified Petition for Ancillary Hearing (ECF

12  No. 101). On January 12, 2015, the United States filed an Unopposed Motion to Dismiss the Verified

13  Petition of Yakov J. Hefetz for Ancillary Hearing (ECF No. 145). On January 26, 2015, this Court

14  granted the unopposed motion to dismiss the Verified Petition of Yakov J. Hefetz for Ancillary

15  Hearing (ECF No. 157).

16  On October 1, 2014, the United States filed a Proposed Settlement Agreement for Entry of

17  Order of Forfeiture as to Miki Stoliar and Order (ECF No. 106). On October 2, 2014, this Court

18  granted the Settlement Agreement for Entry of Order of Forfeiture as to Miki Stoliar and Order (ECF

19  No. 108).

20  On September 19, 2014, the Clark County Treasurer filed a Verified Petition (ECF No. 100).

21  On October 16, 2014, the United States filed a Proposed Settlement Agreement for Entry of Order of

22  Forfeiture as to the Clark County Treasurer and Order (ECF No. 113). On October 16, 2014, this

23  Court granted the Settlement Agreement for Entry of Order of Forfeiture as to the Clark County

24  Treasurer and Order (ECF No. 114).

25  On April 10, 2015, the United States filed an Unopposed Motion to Modify the Settlement

26  Agreement for Entry of Order of Forfeiture as to the $942,016 in United States Currency (ECF No.

1  195).  It modified the Settlement that $471,008 that would go to Stoliar instead would go towards

2  restitution.  On April 13, 2015, this Court granted the order (ECF No. 196).  The Settlement

3  Agreement for Entry of Order of Forfeiture as to the $942,016 in United States Currency (ECF No.

4  199) was entered on April 14, 2015.

5        This Court finds no other petition was filed herein by or on behalf of any person or entity and

6  the time for filing such petitions and claims has expired.

7        This Court finds no petitions are pending with regard to the assets named herein and the time

8  for presenting such petitions has expired.

9        THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title,

10  and interest in the property hereinafter described is condemned, forfeited, and vested in the United States

11  of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18,

12  United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18,

13  United States Code, Section 982(a)(1); and Title 21, United States Code, Section 853(n)(7) and (p) and

14  shall be disposed of according to law:

15        1.    $50,000 in lieu of the 2013 Infiniti QX56 bearing Nevada license Plate 644 WTT, VIN

16              JN8AZ2NE5D9040252, registered to In Choi Belding;

17        2.    2011 Infiniti QX56 bearing Nevada license Plate 785 XMK, VIN JN8AZ2NF0B9502173,

18              registered to Jiwon Jariv and James Jariv;

19        3.    $1,140,000 in lieu of REAL PROPERTY LOCATED AT 2289 BUCKINGHAM COURT,

20              HENDERSON, NEVADA 89074, MORE PARTICULARLY DESCRIBED AS:

21              PARCEL I:

22              LOT SEVENTY-NINE (79) AND EIGHTY (80) IN BLOCK THREE (3) OF THE

23              FOUNTAINS UNIT NO. 2, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 41 OF

24              PLATS, PAGE 49, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK

25              COUNTY, NEVADA.

26  / / /

42

PARCEL II:

A NON-EXCLUSIVE EASEMENT FOR THE BENEFIT OF AND APPURTENANT TO PARCEL ONE (1) ABOVE DESCRIBED FOR INGRESS AND EGRESS OVER ALL STREETS AND ROADWAYS AS SHOWN BY MAP OF THE FOUNTAINS UNIT NO. 2, ON FILE IN BOOK 41 OF PLATS, PAGE 49 IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA, WHICH HAVE NOT BEEN DEDICATED TO AND ACCEPTED FOR PUBLIC USE AND OWNERSHIP BY THE CITY OF HENDERSON, TOGETHER WITH ALL IMPROVEMENTS AND APPURTENANCES THEREON, APN: 178-07-711-046;

4.   $47,672.49 IN UNITED STATES CURRENCY IN LIEU OF REAL PROPERTY LOCATED AT 2854 GEARY PLACE UNIT 3802, LAS VEGAS, NEVADA 89109, MORE PARTICULARLY DESCRIBED AS:

PARCEL I:

UNIT NO. 3802 IN BUILDING 38 OF VILLAGE GREEN CONDOMINIUMS, A COMMON INTEREST CONDOMINIUM DEVELOPMENT, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 121, OF PLATS, PAGE 60, IN THE OFFICE OF THE COUNTY RECORDER, CLARK COUNTY, NEVADA AND AMENDED BY THAT CERTAIN CERTIFICATE OF AMENDMENT RECORDED MAY 5, 2005 AS INSTRUMENT NO. 00763 IN BOOK 20050505 OF OFFICIAL RECORDS.

PARCEL II:

ONE (1) ALLOCATED INTEREST AS TENANTS-IN-COMMON IN AND TO THE COMMON AREA OF EACH PHASE OF VILLAGE GREEN CONDOMINIUMS, A COMMON INTEREST CONDOMINIUM DEVELOPMENT, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 121 OF PLATS, PAGE 60 IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA AND AMENDED BY A CERTIFICATE OF AMENDMENT RECORDED MAY 5, 2005 IN BOOK 20050505 AS

1   DOCUMENT NO. 00763, OFFICIAL RECORDS. SAID ALLOCATED INTEREST TO BE

2   A FRACTION THE NUMERATOR OF WHICH SHALL BE ONE (1), AND THE

3   DENOMINATOR WHICH SHALL BE THE NUMBER OF UNITS IN THE

4   COMMUNITY WHICH SHALL BECOME SUBJECT TO THE DECLARATION OF

5   RESTRICTIONS RECORDED FEBRUARY 4, 2005 IN BOOK 20050204 AS

6   DOCUMENT NO. 3560, OFFICIAL RECORDS.

7   EXCEPTING THEREFROM ALL UNITS AND BUILDINGS LOCATED WITHIN THE

8   ABOVE REFERENCED PLAT.

9   RESERVING THEREFROM THE RIGHT TO POSSESSION OF ALL THOSE AREAS

10   DELINEATED AS "COMMON ELEMENTS" UPON VILLAGE GREEN

11   CONDOMINIUMS, A COMMON INTEREST CONDOMINIUM DEVELOPMENT AS

12   DEFINED IN THE DECLARATION. FURTHER RESERVING THEREFROM FOR THE

13   BENEFIT OF THE OWNERS OF ALL UNITS WITHIN VILLAGE GREEN

14   CONDOMINIUMS, A COMMON INTEREST CONDOMINIUM DEVELOPMENT,

15   (EXCEPT THE UNIT REFERRED TO IN PARCEL I, HEREIN) NON-EXCLUSIVE

16   EASEMENTS FOR INGRESS, EGRESS, USE AND ENJOYMENT OF, ON, OVER AND

17   ACROSS THE COMMON ELEMENTS, AS PROVIDED FOR IN AND SUBJECT TO

18   THE DECLARATION.

19   PARCEL III:

20   THE EXCLUSIVE RIGHT OF USE, POSSESSION AND OCCUPANCY OF THOSE

21   PORTIONS THE PROJECT DESIGNATED AS "COMMON ELEMENTS" (AS DEFINED

22   IN AND SUBJECT TO THE DECLARATION), WHICH ARE APPURTENANT TO

23   PARCELS I AND II DESCRIBED ABOVE.

24   PARCEL IV:

25   NON-EXCLUSIVE EASEMENTS OF ACCESS, INGRESS AND EGRESS, USE AND

26   ENJOYMENT OF, IN AND TO THE COMMON ELEMENTS, ONLY AS TO THOSE

1   PORTIONS OF THE COMMON ELEMENTS WHICH LAY IN THE UNENCLOSED

2   PORTIONS OF UNITS AS SET FORTH IN THE DECLARATION OF COVENANTS,

3   CONDITIONS AND RESTRICTIONS AND GRANT AND RESERVATION OF

4   EASEMENTS RECORDED FEBRUARY 4, 2005 IN BOOK 20050204 AS INSTRUMENT

5   NO. 03560 OFFICIAL RECORDS.

6   PARCEL V:

7   ALL OF THE PRIVATE STREETS KNOWN AS OAKMONT AVENUE, OAKMONT

8   DRIVE AND OAKMONT PLACE ADJOINING THE LOTS DESCRIBED IN PARCEL I

9   ABOVE, AND AS SHOWN ON SAID MAP OF LAS VEGAS INTERNATIONAL

10  COUNTRY CLUB ESTATES IN BOOK 10 OF PLATS, PAGE 87, IN THE OFFICE OF

11  THE COUNTY RECORDER, CLARK COUNTY, NEVADA.

12  PARCEL IV:

13  AN EASEMENT FOR INGRESS AND EGRESS TO AND FROM PARCELS I AND II

14  OVER VEGAS VALLEY DRIVE, AS SHOWN ON THE MAP OF LAS VEGAS

15  INTERNATIONAL COUNTRY CLUB ESTATES, AS PROVIDED FOR IN THAT

16  CERTAIN DECLARATION OF RESTRICTIONS RECORDED APRIL 7, 1969 IN BOOK

17  941 AS INSTRUMENT NO. 755358 IN THE OFFICE OF THE COUNTY RECORDER,

18  CLARK COUNTY, NEVADA, TOGETHER WITH ALL IMPROVEMENTS AND

19  APPURTENANCES THEREON, APN: 162-10-212-495;

20  5.   REAL PROPERTY LOCATED AT 820 VEGAS VALLEY DRIVE, LAS VEGAS,

21  NEVADA 89109, MORE PARTICULARLY DESCRIBED AS:

22  PARCEL ONE (1):

23  LOT 34 OF LAS VEGAS INTERNATIONAL COUNTRY CLUB PATIO HOUSE UNIT

24  NO. 7, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 15 OF PLATS, PAGE 62, IN

25  THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY NEVADA.

26  PARCEL TWO (2):

1   A PORTION OF SECTION 10, TOWNSHIP 21 SOUTH, RANGE 61 EAST M.D.B. AND

2   M. CLARK COUNTY, NEVADA; AN ADDITION TO LOT 34 OF THE LAS VEGAS

3   INTERNATIONAL COUNTRY CLUB PATION HOUSES UNIT NO. 7, AS RECORDED

4   IN BOOK 15 OF PLATS, PAGE 62, CLARK COUNTY, NEVADA RECORDERS.

5   COMMENCING AT THE NORTHEAST CORNER OF LOT 34, BEING THE TRUE

6   POINT OF BEGINNING; THENCE NORTH 05 DEGREES 45 MINUTES 10 SECONDS

7   EAST A DISTANCE OF 6.40 FEET TO A POINT; THENCE NORTH 77 DEGREES 29

8   MINUTES 19 SECONDS WEST A DISTANCE OF 34.39 FEET TO A POINT; THENCE

9   SOUTH 12 DEGREES 30 MINUTES 41 SECONDS WEST A DISTANCE OF 6.00 FEET

10   TO A POINT; THENCE SOUTH 77 DEGREES 29 MINUTES 19 SECONDS EAST A

11   DISTANCE OF 35.10 FEET TO THE TRUE POINT OF BEGINNING, TOGETHER WITH

12   ALL IMPROVEMENTS AND APPURTENANCES THEREON, APN: 162-10-612-009;

13   6.   REAL PROPERTY LOCATED AT 19645 ROSITA STREET, TARZANA, CALIFORNIA

14   91356, AND MORE PARTICULARLY DESCRIBED AS: THAT PORTION OF LOT 79,

15   OF TRACT NO. 2605, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES,

16   STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 27 PAGE(S) 55 TO 75

17   INCLUSIVE OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID

18   COUNTY.

19   BEGINNING AT A POINT IN THAT CERTAIN COURSE IN THE SOUTHWESTERLY

20   LINE OF SAID LOT 79 SHOWN ON SAID MAP OF TRACT 2605 AS HAVING A

21   BEARING NORTH 66° 53′ WEST AND A LENGTH OF 499.65 FEET, DISTANT

22   THEREON NORTH 65° 53′ 00″ WEST 361.43 FEET FROM THE SOUTHEASTERLY

23   TERMINUS THEREOF, THENCE ALONG SAID SOUTHWESTERLY LINE SOUTH 66°

24   53′ 00″ EAST 149.26 FEET, THENCE NORTH 35° 01′ 33″ EAST 201.13 FEET, THENCE

25   NORTH 77° 00′ 45″ EAST 15.00 FEET TO THE NORTHEASTERLY LINE OF THE

26   LAND DESCRIBED IN PARCEL 1 IN THE DEED TO WILLIAM J. DEVINE,

1    RECORDED APRIL 9, 1947 AS INSTRUMENT NO. 179, IN BOOK 24453, PAGE 255 OF

2    OFFICIAL RECORDS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID

3    COUNTY, THENCE ALONG SAID NORTHEASTERLY LINE NORTH 12° 59' 15"

4    WEST 50.00 FEET, THENCE NORTHWESTERLY ALONG A TANGENT CURVE

5    CONCAVE SOUTHWESTERLY HAVING A RADIUS OF 113.52 FEET, A DISTANCE

6    OF 94.19 FEET, THENCE TANGENT TO SAID CURVE, NORTH 60° 31' 45" WEST

7    30.29 FEET, THENCE SOUTH 29° 28' 15" WEST 15.00 FEET, THENCE SOUTH 40° 47'

8    58" WEST 128.20 FEET TO THE SOUTHEASTERLY LINE OF THE LAND

9    DESCRIBED IN THE DEED TO MILDRED V. DEVINE, RECORDED OCTOBER 22,

10    1952 AS INSTRUMENT NO. 3442, IN BOOK 40135, PAGE 307 OF OFFICIAL

11    RECORDS, THENCE ALONG SAID SOUTHEASTERLY LINE, SOUTH 31° 35' 08"

12    WEST 35.00 FEET TO THE TRUE POINT OF BEGINNING, SAID TRUE POINT OF

13    BEGINNING ALSO BEING THE WESTERLY CORNER OF THE LAND DESCRIBED

14    IN PARCEL 1 IN THE DEED TO WILLIAM H. BALL, JR. AND WIFE RECORDED

15    MARCH 18, 1959 AS INSTRUMENT NO. 2214, IN BOOK D402, PAGE 332 OF

16    OFFICIAL RECORDS, THENCE ALONG THE WESTERLY BOUNDARY LINES OF

17    SAID PARCEL 1 OF THE LAND BALL, JR. AND WIFE AS FOLLOWS SOUTH 59° 07'

18    30" EAST 143.93 FEET TO AN ANGLE POINT THEREIN, AND SOUTH 35° 01' 35"

19    WEST 106.50 FEET TO SAID SOUTHWESTERLY LINE OF LOT 79, THENCE ALONG

20    SAID SOUTHWESTERLY LINE, NORTH 66° 53' 00" WEST 145.86 FEET; THENCE

21    NORTH 31° 35' 08" EAST 125.92 FEET TO A LINE THAT BEARS SOUTH 59° 07' 30"

22    EAST AND WHICH PASSES THROUGH THE TRUE POINT OF BEGINNING;

23    THENCE ALONG SAID LAST MENTIONED LINE, SOUTH 59° 07' 30" EAST 6.75

24    FEET TO THE TRUE POINT OF BEGINNING,

25    TOGETHER WITH ALL IMPROVEMENTS AND APPURTENCES THEREON, APN:

26    2175-013-011;

7.   $224,128.44 in United States Currency, seized from Citibank #XXXXX7496;

8.   $24,929.91 in United States Currency, seized from Citibank #XXXXX3355;

9.   $20,054.20 in United States Currency, seized from Citibank #XXXXX3363;

10.  $86,998.40 in United States Currency, seized from Mountain America Credit Union ("MACU") #XXX7251;

11.  $15,076.92 in United States Currency, seized from MACU #XXX9831;

12.  $41,828.53 in United States Currency, seized from MACU #XXX2703;

13.  $115,964.46 in United States Currency, seized from MACU #XXX6537;

14.  $134,722.29 in United States Currency, seized from MACU #XXX7452;

15.  $22,347.20 in United States Currency, seized from MACU #XXX5447;

16.  $207,830.06 in United States Currency, seized from Charles Schwab #XXXX- 0164;

17.  $50,556.65 in United States Currency, seized from Bank of America #XXXXXXXXX9158;

18.  $43,154.28 in United States Currency, seized from Wells Fargo #XXXXXX1496;

19.  $86,773.95 in United States Currency, seized from Wells Fargo #XXXXXX7675;

20.  $900.00 in United States Currency;

21.  gold Bulgari chronograph, on synthetic strap;

22.  a diamond tennis bracelet, approximately six inches long;

23.  a white metal necklace, approximately sixteen inches long, with small diamonds in a circular pattern;

24.  a white metal necklace, approximately sixteen inches long, with a reddish-orange pendant;

25.  $21,722.74 in lieu of any and all debt between JARIV Companies including Evergreen Asset Trust, GEG Capital, and TKJ Corp., and Angel Toledo, loan number 18898-0, in the amount of $19,978.41 and any payments due, principal due or interest accrued on the debt, located at Weststar Mortgage Corporation, dba Weststar Loan Servicing Corp., 2340 Paseo Del Prado, Suite D 104, Las Vegas, Nevada 89102;

/ / /

26. any and all debt between JARIV Companies including Evergreen Asset Trust, GEG Capital, and TKJ Corp., and Elizabeth Canalas, loan number 19266-0, in the amount of $126,000 and any payments due, principal due or interest accrued on the debt, located at Weststar Mortgage Corporation, dba Weststar Loan Servicing Corp., 2340 Paseo Del Prado, Suite D 104, Las Vegas, Nevada 89102;

27. any and all debt between JARIV Companies including Evergreen Asset Trust, GEG Capital, and TKJ Corp., and Jesus Rivera Espinoza, loan number 19244-0, in the amount of $42,000.00 and any payments due, principal due or interest accrued on the debt, located at Weststar Mortgage Corporation, dba Weststar Loan Servicing Corp., 2340 Paseo Del Prado, Suite D 104, Las Vegas, Nevada 89102;

28. $24,572.26 in lieu of all debt between JARIV Companies including Evergreen Asset Trust, GEG Capital, and TKJ Corp., and Jesus Rivera Espinoza, loan number 19255-0, in the amount of $22,911.43 and any payments due, principal due or interest accrued on the debt, located at Weststar Mortgage Corporation, dba Weststar Loan Servicing Corp., 2340 Paseo Del Prado, Suite D 104, Las Vegas, Nevada 89102;

29. $80,506.67 in lieu of all debt between JARIV Companies including Evergreen Asset Trust, GEG Capital, and TKJ Corp., and KOI Investments, Inc., Keith and Beth Oliver, loan number 19366-0, in the amount of $80,000 and any payments due, principal due or interest accrued on the debt, located at Weststar Mortgage Corporation, dba Weststar Loan Servicing Corp., 2340 Paseo Del Prado, Suite D 104, Las Vegas, Nevada 89102;

30. any and all debt between JARIV Companies including Evergreen Asset Trust, GEG Capital, and TKJ Corp., and Landmax Properties, LLC, Olukayode Adewole, loan number 19365-0, in the amount of $21,500 and any payments due, principal due or interest accrued on the debt, located at Weststar Mortgage Corporation, dba Weststar Loan Servicing Corp., 2340 Paseo Del Prado, Suite D 104, Las Vegas, Nevada 89102;

///

31. $56,872.62 in lieu of any and all debt between JARIV Companies including Evergreen Asset Trust, GEG Capital, and TKJ Corp., and Minerva Y. Lugo, loan number 19241-0, in the amount of $49,999.32 and any payments due, principal due or interest accrued on the debt, located at Weststar Mortgage Corporation, dba Weststar Loan Servicing Corp., 2340 Paseo Del Prado, Suite D 104, Las Vegas, Nevada 89102;

32. any and all debt between JARIV Companies including Evergreen Asset Trust, GEG Capital, and TKJ Corp., and Jesus Adan Felix Rodriguez, loan number 18577-0, in the amount of $24,959.09 and any payments due, principal due or interest accrued on the debt, located at Weststar Mortgage Corporation, dba Weststar Loan Servicing Corp., 2340 Paseo Del Prado, Suite D 104, Las Vegas, Nevada 89102;

33. Any and all funds in Bank of Montreal account #XXX2936, in the name of City Farm Biofuel Ltd.;

34. Any and all funds in Bank of Montreal account #XXX5322, in the name of City Farm Biofuel Ltd.;

35. Any and all funds in Bank of Montreal account #XXXXXX1226, account name unknown;

36. Any and all funds in Bank of Montreal account #XXX1242, account name uncertain, possibly in the name of 0858487 BC Ltd.;

37. Any and all funds in Bank of Montreal account #XXX9053, account name uncertain, possibly in the name of 0858487 BC Ltd.;

38. $942,016 in United States Currency;

39. $23,437.33 in United States Currency; and

40. $4,000,000 in United States Currency.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

1    The Clerk is hereby directed to send copies of this Order to all counsel of record and three

2    certified copies to the United States Attorney's Office.

3    DATED this 5ᵗʰ day of ~~April~~ August 2015.

4

5

6                                           UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

51