✎AO 245C   (Rev. 09/11) Amended Judgment in a Criminal Case                                    (NOTE: Identify Changes with Asterisks (*))
Sheet 1

# UNITED STATES DISTRICT COURT

District of

| | |
|---|---|
| UNITED STATES OF AMERICA | **AMENDED JUDGMENT IN A CRIMINAL CASE** |
| **V.** | |
| | Case Number: 2:14-cr-00006-APG-GWF-2 |
| NATHAN "NATI" STOLIAR | USM Number: 65650-112 |
| aka Natan Stoliar | David Z. Chesnoff and Richard A Schonfeld, Retained |

**Date of Original Judgment:** _4/9/2015_     Defendant's Attorney
(Or Date of Last Amended Judgment)

**Reason for Amendment:**

☐ Correction of Sentence on Remand (18 U.S.C. 3742(f)(1) and (2))

☐ Reduction of Sentence for Changed Circumstances (Fed. R. Crim. P. 35(b))

☐ Correction of Sentence by Sentencing Court (Fed. R. Crim. P. 35(a))

☑ Correction of Sentence for Clerical Mistake (Fed. R. Crim. P. 36)

☐ Modification of Supervision Conditions (18 U.S.C. §§ 3563(c) or 3583(e))

☐ Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U.S.C. § 3582(c)(1))

☐ Modification of Imposed Term of Imprisonment for Retroactive Amendment(s) to the Sentencing Guidelines (18 U.S.C. § 3582(c)(2))

☐ Direct Motion to District Court Pursuant   ☐ 28 U.S.C. § 2255 or
   ☐ 18 U.S.C. § 3559(c)(7)

☐ Modification of Restitution Order (18 U.S.C. § 3664)

**THE DEFENDANT:**

☑ pleaded guilty to count(s)   1, 2, 3, 15 and 52 of the Indictment

☐ pleaded nolo contendere to count(s)
   which was accepted by the court.

☐ was found guilty on count(s)
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC § 371 | Conspiracy to Commit Criminal Offenses and to Defraud the United States | 12/31/2013 | 1 |
| 18 USC § 1956(h) | Conspiracy to Launder Monetary Instruments | 12/31/2013 | 2 |
| 18 USC §§ 1343 and 2 | Wire Fraud and Aiding and Abetting | 12/31/2011 | 3 |

The defendant is sentenced as provided in pages 2 through _7_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☑ Count(s)  all remaining   ☐ is  ☑ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

April 9, 2015
Date of Imposition of Judgment

Signature of Judge
ANDREW P. GORDON, UNITED STATES DISTRICT JUDGE
Name of Judge                          Title of Judge

August 25, 2015
Date

DEFENDANT:  NATHAN "NATI" STOLIAR

CASE NUMBER:  2:14-cr-00006-APG-GWF-2

Judgment — Page   2   of   7

# ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC §§ 1343 and 2 | Wire Fraud and Aiding and Abetting | 12/31/2013 | 15 |
| 42 USC § 7413(c)(2)(A) | False Statements (Clean Air Act) | 6/3/2011 | 52 |
| and 18 USC § 2 | and Aiding and Abetting | | |

DEFENDANT:  NATHAN "NATI" STOLIAR
CASE NUMBER:  2:14-cr-00006-APG-GWF-2

Judgment — Page  3  of  7

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of

Twenty-four (24) months, per count, as to Counts 1, 2, 3, and 15, and twenty-four (24) months, as to Count 52, all counts to be served concurrently.

☑  The court makes the following recommendations to the Bureau of Prisons:

Due to the proximity of family, the Court recommends the defendant be permitted to serve his term of incarceration at the Taft Camp in California.

☐  The defendant is remanded to the custody of the United States Marshal.

☑  The defendant shall surrender to the United States Marshal for this district:

    ☑  at    12:00    ☐  a.m  ☑  p.m.   on    May 11, 2015    .

    ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐  before 2 p.m. on    _____    .

    ☐  as notified by the United States Marshal.

    ☐  as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on    _____    to    _____

at    _____    with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
DEPUTY UNITED STATES MARSHAL

AO 245C (Rev. 09/11) Amended Judgment in a Criminal Case
Sheet 3 — Supervised Release

(NOTE: Identify Changes with Asterisks (*))

DEFENDANT: NATHAN "NATI" STOLIAR
CASE NUMBER: 2:14-cr-00006-APG-GWF-2

Judgment—Page __4__ of __7__

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of

Three (3) years, per count, as to Counts 1, 2, 3, and 15 and One (1) year, as to Count 52, all counts to be served concurrently.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☑ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

☑ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record, personal history, or characteristics and shall permit the probation officer to make such notifications and confirm the defendant's compliance with such notification requirement.

AO 245C  (Rev. 09/11) Amended Judgment in a Criminal Case
Sheet 3C — Supervised Release                                    (NOTE: Identify Changes with Asterisks (*))

DEFENDANT: NATHAN "NATI" STOLIAR
CASE NUMBER: 2:14-cr-00006-APG-GWF-2

Judgment—Page __5__ of __7__

# SPECIAL CONDITIONS OF SUPERVISION

1. Mental Health Treatment - You shall participate in and successfully complete a mental health treatment program, which may include testing, evaluation, and/or outpatient counseling, as approved and directed by the probation office. You shall refrain from the use and possession of beer, wine, liquor, and other forms of intoxicants while participating in mental health treatment. Further, you shall be required to contribute to the costs of services for such treatment, as approved and directed by the probation office based upon your ability to pay.

2. Debt Obligations - You shall be prohibited from incurring new credit charges, opening additional lines of credit, or negotiating or consummating any financial contracts without the approval of the probation officer.

3. Access to Financial Information - You shall provide the probation officer access to any requested financial information, including personal income tax returns, authorization for release of credit information, and any other business financial information in which you have a control or interest.

4. Pay outstanding monetary restitution imposed by the court. Include whenever the payment of restitution in the form of money is ordered in the Criminal Monetary Penalties section of the judgment.

5. Deportation Compliance - If deported, you shall not reenter the United States without legal authorization.

6. Warrantless Search - You shall submit your person, property, residence, place of business and vehicle under your control to a search, conducted by the United States probation officer or any authorized person under the immediate and personal supervision of the probation officer, at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision; failure to submit to a search may be grounds for revocation; the defendant shall inform any other residents that the premises may be subject to a search pursuant to this condition.

7. Possession of Weapons - You shall not possess, have under your control, or have access to any firearm, explosive device, or other dangerous weapons, as defined by federal, state, or local law.

8. Report to Probation Officer After Release from Custody - If you are not deported, you shall report, in person, to the probation office in the district to which you are released within 72 hours of discharge from custody.

AO 245C   (Rev. 09/11) Amended Judgment in a Criminal Case
   Sheet 5 — Criminal Monetary Penalties            (NOTE: Identify Changes with Asterisks (*))

DEFENDANT: NATHAN "NATI" STOLIAR

CASE NUMBER: 2:14-cr-00006-APG-GWF-2

Judgment — Page **6** of **7**

# CRIMINAL MONETARY PENALTIES

The defendant must pay the following total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 500.00 | $ 0.00 | $ 6,345,830.91 |

☐   The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☑   The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| See attached restitution list |  | $6,345,830.91 |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| **TOTALS** | $    0.00 | $ $6,345,830.91 |  |

☑   Restitution amount ordered pursuant to plea agreement $  1,471,008.00

☐   The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐   The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

  ☐ the interest requirement is waived for ☐ fine ☐ restitution.

  ☐ the interest requirement for ☐ fine ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245C     (Rev. 09/11) Amended Judgment in a Criminal Case
            Sheet 6 — Schedule of Payments                                        (NOTE: Identify Changes with Asterisks (*))

DEFENDANT:  NATHAN "NATI" STOLIAR                    Judgment — Page  7  of  7
CASE NUMBER: 2:14-cr-00006-APG-GWF-2

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

**A**  ☑ Lump sum payment of $ 1,471,508.00 _____ due immediately, balance due

        ☐ not later than _____ , or
        ☑ in accordance with ☐ C,  ☐ D,  ☐ E, or  ☑ F below; or

**B**  ☐ Payment to begin immediately (may be combined with ☐ C,  ☐ D, or  ☐ F below); or

**C**  ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D**  ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E**  ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment.  The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F**  ☑ Special instructions regarding the payment of criminal monetary penalties:

        It is recommended that any unpaid balance shall be paid at a rate of not less than $25.00 per quarter during incarceration, and then 10% of any gross income earned, subject to adjustment by the Court based upon ability to pay.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☑ Joint and Several

    Defendant and Co-Defendant Names and Case Numbers (including defendant number), Joint and Several Amount, and corresponding payee, if appropriate.

    Total amount of restitution due is $6,345,830.91, jointly and severally, with co-defendant James "Assi" I. Jariv, case 2:14-cr-0006-APG-GWF. The amount due as to defendant Nathan "Nati" Stoliar is $1,471,008.00.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☑ The defendant shall forfeit the defendant's interest in the following property to the United States:
    See attached Forfeiture Orders.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.



UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \*

UNITED STATES OF AMERICA,                    )
                                             )
            Plaintiff(s),                    )
                                             )
vs.                                          )          2:14-cr-0006-APG-GWF-1
                                             )
JAMES I. "ASSI" JARIV and NATHAN             )
"NATI" STOLIAR aka NATAN                     )
STOLIAR,                                     )
                                             )
            Defendant(s).

RESTITUTION LIST

| Obligated Party/Indemnifier | Total RIN Cost | Amount Paid by Indemnifier | Total RIN Cost Less Amount Indemnified |
|---|---|---|---|
| ASTRA OIL COMPANY LLC | $ 46,976.00 | $ 47,815.02 | $ - |
| ATLANTIC TRADING & MARKETING | $ 169,233.00 | | $ 169,233.00 |
| BP PRODUCTS NORTH AMERICA | $ 1,154,323.00 | $ 32,871.34 | $ 1,121,451.66 |
| CHEVRON U.S.A. INC. | $ 68,786.00 | $ 63,496.00 | $ 5,290.00 |
| CITGO PETROLEUM CORPORATION | $ 296,588.00 | | $ 296,588.00 |
| E.D.&F. MAN BIOFUELS INC | $ 32.00 | | $ 32.00 |
| EXXON MOBIL CORPORATION | $ 176,922.00 | $ 5,183.50 | $ 171,738.50 |
| FARSTAD OIL INC | $ 797.00 | | $ 797.00 |
| GEORGE E WARREN CORPORATION | $ 95,968.00 | | $ 95,968.00 |
| HESS CORPORATION | $ 254,476.00 | | $ 254,476.00 |
| HOLLYFRONTIER REFINING & MARKETING LLC | $ 220,651.00 | | $ 220,651.00 |
| HOUSTON REFINING LP | $ 19,676.00 | $ 2,512.34 | $ 17,163.66 |
| IRVING OIL TERMINALS INC | $ 15,675.00 | | $ 15,675.00 |
| KEMPLER & CO., INC. * | $ 143,074.38 | | $ 143,074.38 |
| LANSING TRADE GROUP LLC | $ 25,551.00 | | $ 25,551.00 |
| LUKOIL PAN AMERICAS, LLC | $ 27,269.00 | | $ 27,269.00 |
| MARATHON PETROLEUM COMPANY LP | $ 136,399.00 | | $ 136,399.00 |
| MOTIVA ENTERPRISES LLC | $ 581,556.00 | | $ 581,556.00 |
| MURPHY OIL USA INC | $ 56,557.00 | | $ 56,557.00 |
| NIC HOLDING CORP | $ 62,737.00 | $ 58,249.83 | $ 4,487.17 |
| NORTHWEST PETROLEUM CO | $ 7,480.00 | | $ 7,480.00 |
| PHILLIPS 66 COMPANY | $ 458,081.00 | | $ 458,081.00 |
| SHELL OIL COMPANY | $ 31,808.00 | | $ 31,808.00 |
| SHELL OIL PRODUCTS (US) | $ 43,828.00 | | $ 43,828.00 |
| STATOIL MARKETING & TRADING | $ 2,438.00 | $ 925.80 | $ 1,512.20 |
| SUNOCO, INC. (R&M) | $ 11,473.00 | | $ 11,473.00 |
| TESORO CORPORATION | $ 7,114.00 | | $ 7,114.00 |
| TOLEDO REFINING COMPANY LLC | $ 22,944.00 | | $ 22,944.00 |
| U.S. VENTURE, INC. | $ 14,216.00 | | $ 14,216.00 |
| VALERO ENERGY CORPORATION | $ 1,090,788.00 | | $ 1,090,788.00 |
| WESTERN REFINING COMPANY | $ 136,103.34 | | $ 136,103.34 |
| WRB REFINING LP | $ 1,176,526.00 | | $ 1,176,526.00 |
| Grand Total | $ 6,556,045.72 | | $ 6,345,830.91 |

\* Indicates Indemnifier Party





FILED

AUG - 5 2015

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____DEPUTY

1

2

3

4

5

6                          **UNITED STATES DISTRICT COURT**

7                                **DISTRICT OF NEVADA**

8   UNITED STATES OF AMERICA,            )
                                         )
9                 Plaintiff,             )
                                         )
10        v.                             )   2:14-CR-006-APG-(GWF)
                                         )
11  NATHAN "NATI" STOLIAR,               )
    aka NATAN STOLIAR,                   )
12                                       )
                  Defendant.             )
13  _____ )

14                   **AMENDED FINAL ORDER OF FORFEITURE**

15        The United States District Court for the District of Nevada entered a Preliminary Order of

16  Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section

17  981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section

18  982(a)(1); and Title 21, United States Code, Section 853(p) based upon the plea of guilty by defendant

19  NATHAN "NATI" STOLIAR aka NATAN STOLIAR to the criminal offenses, forfeiting the property

20  and imposing an in personam criminal forfeiture money judgment set forth in the Plea Memorandum,

21  the Bill of Particulars, and the Forfeiture Allegation of the Criminal Indictment and shown by the

22  United States to have the requisite nexus to the offenses to which defendant NATHAN "NATI"

23  STOLIAR aka NATAN STOLIAR pled guilty.  Criminal Indictment, ECF No. 1; Bill of Particulars,

24  ECF No. 63; Change of Plea, ECF No. 90; Preliminary Order of Forfeiture, ECF No. 92; Plea

25  Memorandum, ECF No. 93.

26  / / /

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from July 25, 2014, through August 23, 2014, notifying all potential third parties; and notified known third parties by personal service or by regular mail and certified mail return receipt requested of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 98.

Michele F. Shafe, County Assessor, was personally served with the Notice and Preliminary Order of Forfeiture on August 19, 2014, by the United States Marshals Service. Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

Steven B. Wolfson, Clark County District Attorney, was personally served with the Notice and Preliminary Order of Forfeiture on August 19, 2014, by the United States Marshals Service. Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

Debbie Conway, County Recorder, was personally served with the Notice and Preliminary Order of Forfeiture on August 19, 2014, by the United States Marshals Service. Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

Laura B. Fitzpatrick, Clark County Treasurer, was personally served with the Notice and Preliminary Order of Forfeiture on August 19, 2014, by the United States Marshals Service. Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

Diana Alba, Clark County Clerk, Clark County Water Reclamation District, was personally served with the Notice and Preliminary Order of Forfeiture on August 19, 2014, by the United States Marshals Service. Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

Larry Brown, Chairman, Clark County Water Reclamation District, was personally served with the Notice and Preliminary Order of Forfeiture on August 20, 2014, by the United States Marshals Service. Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

Diana Alba, Clark County Clerk, was personally served with the Notice and Preliminary Order of Forfeiture on August 19, 2014, by the United States Marshals Service. Amended Notice of Filing Service of Process - Personal Service, ECF No. 112-1.

1      Diana Alba, Clark County Clerk, Clark County Board of Commissioners, was personally

2 served with the Notice and Preliminary Order of Forfeiture on August 19, 2014, by the United States

3 Marshals Service.  Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

4      David Johnson, General Manager, Southern Nevada Water Authority, was personally served

5 with the Notice and Preliminary Order of Forfeiture on August 12, 2014, by the United States

6 Marshals Service.  Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

7      Gregory J. Walch, General Counsel, Southern Nevada Water Authority, was personally served

8 with the Notice and Preliminary Order of Forfeiture on August 12, 2014, by the United States

9 Marshals Service.  Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

10      John Entsminger, General Manager, Las Vegas Valley Water District, was personally served

11 with the Notice and Preliminary Order of Forfeiture on August 12, 2014, by the United States

12 Marshals Service.  Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

13      Mary Beth Scow, President, Las Vegas Valley Water District, was personally served with the

14 Notice and Preliminary Order of Forfeiture on August 12, 2014, by the United States Marshals

15 Service.  Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

16      Michael H. Singer, Esq., was personally served with the Notice and Preliminary Order of

17 Forfeiture on August 25, 2014, by the the Federal Bureau of Investigation.  Amended Notice of Filing

18 Service of Process – Personal Service, ECF No. 112-1.

19      Alexander Jariv was personally served with the Notice and Preliminary Order of Forfeiture on

20 September 3, 2014, by the the Federal Bureau of Investigation.  Amended Notice of Filing Service of

21 Process – Personal Service, ECF No. 112-1.

22      Varda Jariv was served through her attorney, David Alder, Esq., with the Notice and

23 Preliminary Order of Forfeiture on or about September 3, 2014, by the the Federal Bureau of

24 Investigation.  Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

25 / / /

26 / / /

1      Jiwon Jariv was personally served with the Notice and Preliminary Order of Forfeiture on

2  September 4, 2014, by the the Federal Bureau of Investigation.  Amended Notice of Filing Service of

3  Process – Personal Service, ECF No. 112-1.

4      Jon E. Fields of Rentline, LLC, was personally served with the Notice and Preliminary Order

5  of Forfeiture on September 23, 2014, by the the Federal Bureau of Investigation.  Amended Notice of

6  Filing Service of Process – Personal Service, ECF No. 112-1.

7      James Jariv, Registered Agent for Rentline, Inc., was personally served with the Notice and

8  Preliminary Order of Forfeiture on September 3, 2014, by the the Federal Bureau of Investigation.

9  Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

10      Global Marketing, LLC, was served through its attorney, Michael Singer, Esq., with the

11  Notice and Preliminary Order of Forfeiture on August 25, 2014, by the the Federal Bureau of

12  Investigation.  Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

13      The Registered Agent for Global Marketing, LLC, James Jariv, was personally served with

14  the Notice and Preliminary Order of Forfeiture on September 3, 2014, by the Federal Bureau of

15  Investigation.  Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

16      City Farm Unlimited, through its attorney, Michael Singer, Esq., was served with the Notice

17  and Preliminary Order of Forfeiture on August 25, 2014, by the the Federal Bureau of Investigation.

18  Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

19      Moti Shapira, Managing Member for City Farm Unlimited, was personally served with the

20  Notice and Preliminary Order of Forfeiture on September 11, 2014, by the the Federal Bureau of

21  Investigation.  Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

22      MJ Biofuels, LLC through its attorney, Michael Singer, Esq., was served  with the Notice and

23  Preliminary Order of Forfeiture on August 25, 2014, by the the Federal Bureau of Investigation.

24  Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

25  / / /

26  / / /

4

1   Moshe Moses, President, VA & AR Corporation, was personally served with the Notice and

2   Preliminary Order of Forfeiture on August 27, 2014, by the the Federal Bureau of Investigation.

3   Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

4   Field Law, Ltd., Registered Agent for VA & AR, was personally served with the Notice and

5   Preliminary Order of Forfeiture on September 23, 2014, by the the Federal Bureau of Investigation.

6   Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

7   Alexander Jariv, Registered Agent for Nevada Star Development Corp., was personally

8   served  with the Notice and Preliminary Order of Forfeiture on September 3, 2014, by the the Federal

9   Bureau of Investigation.  Amended Notice of Filing Service of Process – Personal Service, ECF No.

10   112-1.

11   Registered Agent for Conroe Texas Biodiesel Producers, Inc., James Jariv, was personally

12   served  with the Notice and Preliminary Order of Forfeiture on September 3, 2014, by the the Federal

13   Bureau of Investigation.  Amended Notice of Filing Service of Process – Personal Service, ECF No.

14   112-1.

15   Conroe Texas Biodiesel Producers, Inc., through its attorney, Michael Singer, Esq., was

16   served  with the Notice and Preliminary Order of Forfeiture on August 25, 2014, by the the Federal

17   Bureau of Investigation.  Amended Notice of Filing Service of Process – Personal Service, ECF No.

18   112-1.

19   GEG Capital, through its attorney, Michael Singer, Esq., was served with the Notice and

20   Preliminary Order of Forfeiture on August 25, 2014, by the the Federal Bureau of Investigation.

21   Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

22   Gregory J. Walch, General Counsel, Las Vegas Valley Water District, was personally served

23   with the Notice and Preliminary Order of Forfeiture on August 12, 2014, by the the United States

24   Marshals Service.  Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

25   / / /

26   / / /

1    Bradford Jerbic, City Attorney, City of Las Vegas, was personally served with the Notice and

2  Preliminary Order of Forfeiture on August 14, 2014, by the the United States Marshals Service.

3  Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

4    Beverly Bridges, City Clerk, City of Las Vegas, was personally served with the Notice and

5  Preliminary Order of Forfeiture on August 14, 2014, by the the United States Marshals Service.

6  Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

7    Beverly Bridges, City Clerk, City of Las Vegas Sewer, was personally served with the Notice

8  and Preliminary Order of Forfeiture on August 14, 2014, by the the United States Marshals Service.

9  Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

10    MP Association Management was personally served with the Notice and Preliminary Order of

11  Forfeiture on August 19, 2014, by the the United States Marshals Service.  Amended Notice of Filing

12  Service of Process – Personal Service, ECF No. 112-1.

13    Real Properties Management Group was personally served with the Notice and Preliminary

14  Order of Forfeiture on August 19, 2014, by the the United States Marshals Service.  Amended Notice

15  of Filing Service of Process – Personal Service, ECF No. 112-1.

16    Las Vegas Country Club Master Association was personally served with the Notice and

17  Preliminary Order of Forfeiture on August 20, 2014, by the the United States Marshals Service.

18  Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

19    City of Henderson, City Sewer, was personally served with the Notice and Preliminary Order

20  of Forfeiture on August 12, 2014, by the the United States Marshals Service.  Amended Notice of

21  Filing Service of Process – Personal Service, ECF No. 112-1.

22    City of Henderson, City Council, was personally served with the Notice and Preliminary

23  Order of Forfeiture on August 12, 2014, by the the United States Marshals Service.  Amended Notice

24  of Filing Service of Process – Personal Service, ECF No. 112-1.

25  / / /

26  / / /

6

1      City of Henderson, City Attorney's Office, was personally served with the Notice and

2   Preliminary Order of Forfeiture on August 12, 2014, by the the United States Marshals Service.

3   Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

4      City of Henderson, City Clerk, was personally served with the Notice and Preliminary Order

5   of Forfeiture on August 12, 2014, by the the United States Marshals Service.  Amended Notice of

6   Filing Service of Process – Personal Service, ECF No. 112-1.

7      Moshe Moses was personally served with the Notice and Preliminary Order of Forfeiture on

8   August 27, 2014, by the the Federal Bureau of Investigation.  Amended Notice of Filing Service of

9   Process – Personal Service, ECF No. 112-1.

10      Myungnham Jung was personally served with the Notice and Preliminary Order of Forfeiture

11   on September 4, 2014, by the the Federal Bureau of Investigation.  Amended Notice of Filing Service

12   of Process – Personal Service, ECF No. 112-1.

13      Hila Odents Elezra, through her husband, Eli Elezra, was served with the Notice and

14   Preliminary Order of Forfeiture on August 20, 2014, by the the Federal Bureau of Investigation.

15   Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

16      Shoshona Dery, through her son, Eli Elezra, was served with the Notice and Preliminary

17   Order of Forfeiture on August 20, 2014, by the the Federal Bureau of Investigation.  Amended Notice

18   of Filing Service of Process – Personal Service, ECF No. 112-1.

19      Eli Elezra was personally served with the Notice and Preliminary Order of Forfeiture on

20   August 19, 2014, by the the Federal Bureau of Investigation.  Amended Notice of Filing Service of

21   Process – Personal Service, ECF No. 112-1.

22      Glen Meier of Meier & Fine, LLC, was personally served with the Notice and Preliminary

23   Order of Forfeiture on August 26, 2014, by the the Federal Bureau of Investigation.  Amended Notice

24   of Filing Service of Process – Personal Service, ECF No. 112-1.

25   / / /

26   / / /

1    Richard Shonfeld of Chesnoff & Shonfeld, was personally served with the Notice and

2    Preliminary Order of Forfeiture on September 18, 2014, by the the Federal Bureau of Investigation.

3    Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

4    Theresa Lloyd, through her attorney, Mark Seggese, was served with the Notice and

5    Preliminary Order of Forfeiture on September 3, 2014, by the the Federal Bureau of Investigation.

6    Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

7    In Belding, through her attorney, David Belding, was served with the Notice and Preliminary

8    Order of Forfeiture on August 27, 2014, by the the Federal Bureau of Investigation.  Amended Notice

9    of Filing Service of Process – Personal Service, ECF No. 112-1.

10    David Belding was personally served with the Notice and Preliminary Order of Forfeiture on

11    August 27, 2014, by the the Federal Bureau of Investigation.  Amended Notice of Filing Service of

12    Process – Personal Service, ECF No. 112-1.

13    Registered Agent for GEG Capital, James Jariv, was personally served with the Notice and

14    Preliminary Order of Forfeiture on September 3, 2014, by the the Federal Bureau of Investigation.

15    Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

16    TJK Corporation, through its attorney, Michael Singer, was served with the Notice and

17    Preliminary Order of Forfeiture on August 25, 2014, by the the Federal Bureau of Investigation.

18    Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

19    DJ Real Estate, Inc. c/o In Belding, through her attorney, David Belding, was served with the

20    Notice and Preliminary Order of Forfeiture on August 27, 2014, by the the Federal Bureau of

21    Investigation.  Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

22    Las Vegas Resorts Corp. c/o In Belding, through her attorney, David Belding, was served

23    with the Notice and Preliminary Order of Forfeiture on August 27, 2014, by the the Federal Bureau of

24    Investigation.  Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

25    ///

26    ///

8

1    BIB LLC c/o In Belding, through her attorney, David Belding, was served with the Notice and

2  Preliminary Order of Forfeiture on August 27, 2014, by the the Federal Bureau of Investigation.

3  Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

4    Craig S. Denny c/o Snell & Wilmer, LLP, was personally served with the Notice and

5  Preliminary Order of Forfeiture on August 27, 2014, by the the Federal Bureau of Investigation.

6  Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

7    Gregory A. Brower c/o Snell & Wilmer, LLP, was personally served with the Notice and

8  Preliminary Order of Forfeiture on August 27, 2014, by the the Federal Bureau of Investigation.

9  Amended Notice of Filing Service of Process – Personal Service, ECF No. 112-1.

10    AgriBioFuels, LLC, Edward C. Gaienne, Managing Member, was served via regular and

11  certified mail with the Notice and Preliminary Order of Forfeiture on August 7, 2014.  Notice of Filing

12  Service of Process – Personal Service, ECF No. 115-3.

13    Registered Agent for AgriBioFuels, LLC, Edward C. Gaienne, was served via regular and

14  certified mail with the Notice and Preliminary Order of Forfeiture on August 7, 2014.  Notice of Filing

15  Service of Process – Personal Service, ECF No. 115-3.

16    Astra Oil Company, LLC, Evonne Rowan, Managing Member, was served via regular and

17  certified mail with the Notice and Preliminary Order of Forfeiture on August 11, 2014.  Notice of

18  Filing Service of Process – Personal Service, ECF No. 115-3.

19    Atlantic Trading & Marketing, President and CEO, Eric Montsajon, was served via regular

20  and certified mail with the Notice and Preliminary Order of Forfeiture on August 7, 2014.  Notice of

21  Filing Service of Process – Personal Service, ECF No. 115-3.

22    Registered Agent for Atlantic Trading & Marketing, The Corporation Trust Company, was

23  served via regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 7,

24  2014.  Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

25  / / /

26  / / /

1    BP Products North America, S. Cornell, President, was served via regular and certified mail

2  with the Notice and Preliminary Order of Forfeiture on August 7, 2014.  Notice of Filing Service of

3  Process – Personal Service, ECF No. 115-3.

4    Registered Agent for BP Products North America, Prentice Hall Corporation, was served via

5  regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 7, 2014.

6  Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

7    CITGO Petroleum Corporation, Nelson P. Martinez, CEO and President, was served via

8  regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 7, 2014.

9  Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

10    Registered Agent for CITGO Petroleum Corporation, CT Corporation System, was served via

11  regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 7, 2014.

12  Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

13    Chevron, USA, Inc., John Watson, CEO, was served via regular and certified mail with the

14  Notice and Preliminary Order of Forfeiture on August 7, 2014.  Notice of Filing Service of Process –

15  Personal Service, ECF No. 115-3.

16    Registered Agent for Chevron, USA, Inc., Corporation Service Company, was served via

17  regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 7, 2014.

18  Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

19    E.D.&F. ManBiofuels, Inc., Ian Falshaw, Vice-President, Director, was served via regular and

20  certified mail with the Notice and Preliminary Order of Forfeiture on August 7, 2014.  Notice of Filing

21  Service of Process – Personal Service, ECF No. 115-3.

22    Registered Agent for E.D.&F. ManBiofuels, Inc., CT Corporation System, was served via

23  regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 7, 2014.

24  Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

25  / / /

26  / / /

1    Exxon Mobil Corporation, Rex W. Tillerson, CEO, was served via regular and certified mail

2    with the Notice and Preliminary Order of Forfeiture on August 7, 2014.  Notice of Filing Service of

3    Process – Personal Service, ECF No. 115-3.

4    Registered Agent for Exxon Mobil Corporation, Corporation Service Company, was served

5    via regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 7, 2014.

6    Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

7    Farstad Oil, Inc., Bruce Hest, was served via regular and certified mail with the Notice and

8    Preliminary Order of Forfeiture on August 7, 2014.  Notice of Filing Service of Process – Personal

9    Service, ECF No. 115-3.

10   Registered Agent for Farstad Oil, Inc., CT Corporation System, was served via regular and

11   certified mail with the Notice and Preliminary Order of Forfeiture on August 7, 2014.  Notice of Filing

12   Service of Process – Personal Service, ECF No. 115-3.

13   Flint Hill Resources, LP, Brad Razook, President, was served via regular and certified mail

14   with the Notice and Preliminary Order of Forfeiture on August 7, 2014.  Notice of Filing Service of

15   Process – Personal Service, ECF No. 115-3.

16   Registered Agent for Flint Hill Resources, LP, The Corporation Trust Company, Inc., was

17   served via regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 7,

18   2014.  Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

19   George E. Warren Corporation, Michael E. George, TD, was served via regular and certified

20   mail with the Notice and Preliminary Order of Forfeiture on August 7, 2014.  Notice of Filing Service

21   of Process – Personal Service, ECF No. 115-3.

22   Registered Agent for George E. Warren Corporation, CT Corporation System, was served via

23   regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 7, 2014.

24   Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

25   / / /

26   / / /

1    Hess Corporation, John B. Hess, CEO, was served via regular and certified mail with the

2 Notice and Preliminary Order of Forfeiture on August 7, 2014.  Notice of Filing Service of Process –

3 Personal Service, ECF No. 115-3.

4    Registered Agent for Hess Corporation, The Corporation Trust Company, was served via

5 regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 7, 2014.

6 Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

7    Houston Refining, LP, James L. Gallogly, CEO, was served via regular and certified mail

8 with the Notice and Preliminary Order of Forfeiture on August 7, 2014.  Notice of Filing Service of

9 Process – Personal Service, ECF No. 115-3.

10    Registered Agent for Houston Refining, LP, The Corporation Trust Company, was served via

11 regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 7, 2014.

12 Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

13    Holly Frontier Refining & Marketing, LLC, Michael C. Jennings, President and CEO, was

14 served via regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 7,

15 2014.  Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

16    Registered Agent for Holly Frontier Refining & Marketing, LLC, The Corporation Trust

17 Company, was served via regular and certified mail with the Notice and Preliminary Order of

18 Forfeiture on August 11, 2014.  Notice of Filing Service of Process – Personal Service, ECF No. 115-

19 3.

20    Irving Oil Terminals, Inc., Paul Browning, President and CEO, was served via regular and

21 certified mail with the Notice and Preliminary Order of Forfeiture on August 11, 2014.  Notice of

22 Filing Service of Process – Personal Service, ECF No. 115-3.

23    Registered Agent for Irving Oil Terminals, Inc., CT Corporation System, was served via

24 regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 11, 2014.

25 Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

26 / / /

1    Lansing Trade Group, LLC, Bill Krueger, CEO, was served via regular and certified mail with

2  the Notice and Preliminary Order of Forfeiture on August 11, 2014.  Notice of Filing Service of

3  Process – Personal Service, ECF No. 115-3.

4    Registered Agent for Lansing Trade Group, LLC, The Corporation Company, Inc., was served

5  via regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 11, 2014.

6  Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

7    Lukoil Pan Americas, LLC, Tim Bullock, CEO, was served via regular and certified mail with

8  the Notice and Preliminary Order of Forfeiture on August 11, 2014.  Notice of Filing Service of

9  Process – Personal Service, ECF No. 115-3.

10    Registered Agent for Lukoil Pan Americas, LLC, CT Corporation System, was served via

11  regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 11, 2014.

12  Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

13    Marathon Petroleum Company, LP, Gary R. Heminger, President and CEO, was served via

14  regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 11, 2014.

15  Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

16    Registered Agent for Marathon Petroleum Company, LC, CT Corporation System, was served

17  via regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 11, 2014.

18  Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

19    Morgan Stanley Capital Group, Simon T.W. Greenshields, CEO, was served via regular and

20  certified mail with the Notice and Preliminary Order of Forfeiture on August 11, 2014.  Notice of

21  Filing Service of Process – Personal Service, ECF No. 115-3.

22    Registered Agent for Morgan Stanley Capital Group, CT Corporation System, was served via

23  regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 11, 2014.

24  Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

25  / / /

26  / / /

1    Motiva Enterprises, LLC, Dan Romasko, President and CEO, was served via regular and

2  certified mail with the Notice and Preliminary Order of Forfeiture on August 11, 2014.  Notice of

3  Filing Service of Process – Personal Service, ECF No. 115-3.

4    Registered Agent for Motiva Enterprises, LLC, The Corporation Trust Company, was served

5  via regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 11, 2014.

6  Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

7    Murphy Oil USA, Inc., R.A. Clyde, President, was served via regular and certified mail with

8  the Notice and Preliminary Order of Forfeiture on August 11, 2014.  Notice of Filing Service of

9  Process – Personal Service, ECF No. 115-3.

10    Registered Agent for Murphy Oil USA, Inc., The Corporation Company, Inc., was served via

11  regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 11, 2014.

12  Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

13    NIC Holding Corporation, Elizabeth McConaghy, General Counsel, was served via regular

14  and certified mail with the Notice and Preliminary Order of Forfeiture on August 11, 2014.  Notice of

15  Filing Service of Process – Personal Service, ECF No. 115-3.

16    Northwest Petroleum Company, Thomas F. Kenneally, Sr., President, was served via regular

17  and certified mail with the Notice and Preliminary Order of Forfeiture on August 11, 2014.  Notice of

18  Filing Service of Process – Personal Service, ECF No. 115-3.

19    Registered Agent for Northwest Petroleum Company, Thomas E. Richardson, was served via

20  regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 11, 2014.

21  Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

22    Shell Oil Products, Ben van Buerden, CEO, was served via regular and certified mail with the

23  Notice and Preliminary Order of Forfeiture on August 11, 2014.  Notice of Filing Service of Process –

24  Personal Service, ECF No. 115-3.

25  / / /

26  / / /

14

1    Shell Oil Company, Shell Legal Services US, was served via regular and certified mail with

2    the Notice and Preliminary Order of Forfeiture on August 11, 2014.  Notice of Filing Service of

3    Process – Personal Service, ECF No. 115-3.

4    Registered Agent for Shell Oil Company, The Corporation Trust Company, was served via

5    regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 11, 2014.

6    Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

7    Statoil Marketing & Trading, Heldge Lund, President and CEO, was served via regular and

8    certified mail with the Notice and Preliminary Order of Forfeiture on August 11, 2014.  Notice of

9    Filing Service of Process – Personal Service, ECF No. 115-3.

10    Registered Agent for Statoil Marketing & Trading, Corporation Service Company, was served

11    via regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 11, 2014.

12    Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

13    Sunoco, Inc., Brian P. MacDonald, CEO, was served via regular and certified mail with the

14    Notice and Preliminary Order of Forfeiture on August 12, 2014.  Notice of Filing Service of Process –

15    Personal Service, ECF No. 115-3.

16    Registered Agent for Sunoco, Inc., Corporation Service Company, was served via regular and

17    certified mail with the Notice and Preliminary Order of Forfeiture on August 12, 2014.  Notice of

18    Filing Service of Process – Personal Service, ECF No. 115-3.

19    Tesoro Corporation, Gregory J. Goff, CEO, was served via regular and certified mail with the

20    Notice and Preliminary Order of Forfeiture on August 12, 2014.  Notice of Filing Service of Process –

21    Personal Service, ECF No. 115-3.

22    Registered Agent for Tesoro Corporation, Corporation Service Company, was served via

23    regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 12, 2014.

24    Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

25    / / /

26    / / /

1  Toledo Refining Company, LLC, Thomas Nimbley, CEO, was served via regular and certified

2  mail with the Notice and Preliminary Order of Forfeiture on August 12, 2014.  Notice of Filing

3  Service of Process – Personal Service, ECF No. 115-3.

4  Registered Agent for Toledo Refining Company, LLC, CT Corporation System, was served

5  via regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 12, 2014.

6  Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

7  U.S. Venture, Inc., John Schmidt, President, was served via regular and certified mail with the

8  Notice and Preliminary Order of Forfeiture on August 12, 2014.  Notice of Filing Service of Process –

9  Personal Service, ECF No. 115-3.

10  Registered Agent for U.S. Venture, Inc., John A. Schmidt, was served via regular and certified

11  mail with the Notice and Preliminary Order of Forfeiture on August 12, 2014.  Notice of Filing

12  Service of Process – Personal Service, ECF No. 115-3.

13  Valero Energy Corporation, William R. Kleese, CEO, was served via regular and certified

14  mail with the Notice and Preliminary Order of Forfeiture on August 12, 2014.  Notice of Filing

15  Service of Process – Personal Service, ECF No. 115-3.

16  Registered Agent for Valero Energy Corporation, The Corporation Trust Company, was

17  served via regular and certified mail with the Notice and Preliminary Order of Forfeiture on

18  August 12, 2014.  Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

19  Western Refining Company, Jeff A. Stevens, CEO, was served via regular and certified mail

20  with the Notice and Preliminary Order of Forfeiture on August 12, 2014.  Notice of Filing Service of

21  Process – Personal Service, ECF No. 115-3.

22  Registered Agent for Western Refining Company, The Corporation Trust Company, was

23  served via regular and certified mail with the Notice and Preliminary Order of Forfeiture on

24  August 12, 2014.  Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

25  / / /

26  / / /

1   WRB Refining, LP, was served via regular and certified mail with the Notice and Preliminary

2   Order of Forfeiture on August 12, 2014.  Notice of Filing Service of Process – Personal Service, ECF

3   No. 115-3.

4   Registered Agent for WRB Refining, LP, Corporation Service Company, was served via

5   regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 12, 2014.

6   Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

7   Phillips 66 Company, Greg Garland, CEO, was served via regular and certified mail with the

8   Notice and Preliminary Order of Forfeiture on August 19, 2014.   Notice of Filing Service of Process –

9   Personal Service, ECF No. 115-3.

10   Registered Agent for Phillips 66 Company, United States Corporation Company, was served

11   via regular and certified mail with the Notice and Preliminary Order of Forfeiture on August 19, 2014.

12   Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

13   Tim Johnson of Locke Lord Bissell & Liddell, LLP, was served via regular and certified mail

14   with the Notice and Preliminary Order of Forfeiture on August 19, 2014.  Notice of Filing Service of

15   Process – Personal Service, ECF No. 115-3.

16   Nicholas Paul Dickerson of Locke Lord Bissell & Liddell, LLP, was served via regular and

17   certified mail with the Notice and Preliminary Order of Forfeiture on August 19, 2014.  Notice of

18   Filing Service of Process – Personal Service, ECF No. 115-3.

19   Justin R. Chochran of Zuckerman Spaeder, LLP, was served via regular and certified mail

20   with the Notice and Preliminary Order of Forfeiture on August 19, 2014.  Notice of Filing Service of

21   Process – Personal Service, ECF No. 115-3.

22   Registered Agent for MJ Biofuels, LLC, Business Filings, Inc., was served via regular and

23   certified mail with the Notice and Preliminary Order of Forfeiture on August 28, 2014.  Notice of

24   Filing Service of Process – Personal Service, ECF No. 115-3.

25   / / /

26   / / /

17

1    Miki Stoliar was served via Federal Express with the Notice and Preliminary Order of

2 Forfeiture on September 22, 2014.  Notice of Filing Service of Process – Personal Service, ECF No.

3 115-3.

4    Carl Reid of Reid & Vesely Solicitors, was served via Federal Express with the Notice and

5 Preliminary Order of Forfeiture on September 22, 2014.  Notice of Filing Service of Process –

6 Personal Service, ECF No. 115-3.

7    Oliver Pulleyblank, Counsel for the Attorney General of Canada stipulated to be served by e-

8 mail and in writing and was served via e-mail with the Notice and Preliminary Order of Forfeiture on

9 September 18, 2014.  Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

10    BC Limited dba City Farm Biofuel, LTD, Amlani & Associates, was served via the United

11 States Post Office, international mail with the Notice and Preliminary Order of Forfeiture on

12 September 30, 2014.  Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

13    Registered Agent for BC Limited dba City Farm Biofuel, LTD c/o Amlani & Associates, was

14 served via the United States Post Office, international mail with the Notice and Preliminary Order of

15 Forfeiture on September 30, 2014.  Notice of Filing Service of Process – Personal Service, ECF No.

16 115-3.

17    Registered Agent for 0858487 B.C., Ltd., Amlani & Associates, was served via United States

18 Post Office, international mail with the Notice and Preliminary Order of Forfeiture on September 30,

19 2014.  Notice of Filing Service of Process – Personal Service, ECF No. 115-3.

20    Canada Feedstock was served via Federal Express with the Notice and Preliminary Order of

21 Forfeiture on September 2, 2014.  Notice of Filing Service of Process – Personal Service, ECF No.

22 115-3.

23    Los Angeles Assessor was served via regular and certified mail with the Notice and

24 Preliminary Order of Forfeiture on January 14, 2015.  Notice of Filing Service of Process – California,

25 ECF No. 171.

26 / / /

1    Los Angeles County District Attorney, Jackie Lacey, was served via regular and certified mail

2  with the Notice and Preliminary Order of Forfeiture on January 14, 2015.  Notice of Filing Service of

3  Process – California, ECF No. 171.

4    Los Angeles County Registrar-Recorder/County Clerk was served via regular mail with the

5  Notice and Preliminary Order of Forfeiture on January 14, 2015.  Notice of Filing Service of Process –

6  California, ECF No. 171.

7    Joseph Kelly, Los Angeles County Treasurer, was served via regular and certified mail with

8  the Notice and Preliminary Order of Forfeiture on January 14, 2015.  Notice of Filing Service of

9  Process – California, ECF No. 171.

10   Los Angeles County Board of Supervisors was served via regular and certified mail with the

11  Notice and Preliminary Order of Forfeiture on January 14, 2015.  Notice of Filing Service of Process –

12  California, ECF No. 171.

13   Los Angeles County Waterworks District #29 was served via regular and certified mail with

14  the Notice and Preliminary Order of Forfeiture on January 14, 2015.  Notice of Filing Service of

15  Process – California, ECF No. 171.

16   Mike Feuer, City Attorney, was served via regular and certified mail with the Notice and

17  Preliminary Order of Forfeiture on January 14, 2015.  Notice of Filing Service of Process – California,

18  ECF No. 171.

19   Los Angeles City Clerk was served via regular and certified mail with the Notice and

20  Preliminary Order of Forfeiture on January 14, 2015.  Notice of Filing Service of Process – California,

21  ECF No. 171.

22   Public Works was served via regular and certified mail with the Notice and Preliminary Order

23  of Forfeiture on January 14, 2015.  Notice of Filing Service of Process – California, ECF No. 171.

24   Los Angeles County City Sewer was served via regular and certified mail with the Notice and

25  Preliminary Order of Forfeiture on January 14, 2015.  Notice of Filing Service of Process – California,

26  ECF No. 171.

1    SCI Consulting Group was served via regular and certified mail with the Notice and

2   Preliminary Order of Forfeiture on January 14, 2015.  Notice of Filing Service of Process – California,

3   ECF No. 171.

4    On January 13, 2015, the United States filed a Motion to Substitute and Forfeit Property of

5   Stoliar (ECF No. 149), specifically $4,000,000 in United States Currency.

6    This Court finds the United States of America published the notice of forfeiture in accordance

7   with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively

8   from January 22, 2015, through February 20, 2015, notifying all potential third parties; and notified

9   known third parties by personal service or by regular mail and certified mail return receipt requested

10   of their right to petition the Court.  Notice of Filing Proof of Publication, ECF No. 169.

11    The government executed a United States Magistrate Court issued civil forfeiture seizure

12   warrant on $942,016 in United States Currency.

13    On April 10, 2015, this Court entered the Preliminary Order of Forfeiture (ECF No. 197) for

14   the $942,016 in United States Currency.

15    On April 14, 2015, this Court entered a Substitution and Forfeiture Order (ECF No. 198)

16   which substituted and forfeited $4,000,000 in United States Currency to the United States pursuant to

17   Title 21, United States Code, Section 853(p).

18    After this Court entered the forfeiture order of $942,016 and the $4,000,000 substitution and

19   forfeiture order, the government provided service of process and publication for all known potential

20   petitioners.  The United States published the notice of forfeiture in accordance with the law via the

21   official government internet forfeiture site, www.forfeiture.gov, consecutively from May 1, 2015,

22   through May 30, 2015, notifying all potential third parties; and notified known third parties by

23   personal service or by regular mail and certified mail return receipt requested of their right to petition

24   the Court.  Notice of Filing Proof of Publication, ECF No. 222.

25    On May 1, 2015, the United States Attorney's Office served AgriBioFuels, LLC, Edward C.

26   Gaiennie, Managing Member, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement

20

Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No. 224.

On May 1, 2015, the United States Attorney's Office served Registered Agent for AgriBioFuels, LLC, Edward C. Gaiennie, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No. 224.

On May 1, 2015, the United States Attorney's Office served Atlantic Trading & Marketing, President and CEO, Eric Montsajon, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No. 224.

On May 1, 2015, the United States Attorney's Office served Registered Agent for Atlantic Trading & Marketing, The Corporation Trust Company, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No. 224.

On May 1, 2015, the United States Attorney's Office served BP Products North America, S. Cornell, President, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No. 224.

On May 1, 2015, the United States Attorney's Office served Registered Agent for BP Products North America, Prentice Hall Corporation, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and

Forfeiture Order through regular and certified mail, return receipt requested. Notice of Filing Service of Process – Mail, ECF No. 224.

On May 1, 2015, the United States Attorney's Office served CITGO Petroleum Corporation, Nelson P. Martinez, CEO and President, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through regular and certified mail, return receipt requested. Notice of Filing Service of Process – Mail, ECF No. 224.

On May 1, 2015, the United States Attorney's Office served Chevron U.S.A., Inc., John Watson, CEO, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through regular and certified mail, return receipt requested. Notice of Filing Service of Process – Mail, ECF No. 224.

On May 1, 2015, the United States Attorney's Office served Registered Agent for Chevron, U.S.A., Inc., Corporation Service Company, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through regular and certified mail, return receipt requested. Notice of Filing Service of Process – Mail, ECF No. 224.

On May 1, 2015, the United States Attorney's Office served E.D.&F. ManBiofuels, Inc., Ian Falshaw, Vice-President, Director, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through regular and certified mail, return receipt requested. Notice of Filing Service of Process – Mail, ECF No. 224.

On May 1, 2015, the United States Attorney's Office served Registered Agent for E.D.&F. ManBiofuels, Inc., CT Corporation System, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through regular and certified mail, return receipt requested. Notice of Filing Service of Process – Mail, ECF No. 224.

1    On May 1, 2015, the United States Attorney's Office served Exxon Mobile Corporation, Rex W.

2  Tillerson, CEO, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for

3  Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through

4  regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No.

5  224.

6    On May 1, 2015, the United States Attorney's Office served Registered Agent for Exxon Mobil

7  Corporation, Corporation Service, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement

8  Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture

9  Order through regular and certified mail, return receipt requested.  Notice of Filing Service of Process –

10  Mail, ECF No. 224.

11    On May 1, 2015, the United States Attorney's Office served Farstad Oil, Inc., Bruce Hest, with

12  copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of

13  Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through regular and

14  certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No. 224.

15    On May 1, 2015, the United States Attorney's Office served Registered Agent for Farstad Oil,

16  Inc., CT Corporation System, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement

17  Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture

18  Order through regular and certified mail, return receipt requested.  Notice of Filing Service of Process –

19  Mail, ECF No. 224.

20    On May 1, 2015, the United States Attorney's Office served Flint Hill Resources, LP, Brad

21  Razook, President, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for

22  Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through

23  regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No.

24  224.

25    On May 1, 2015, the United States Attorney's Office served Registered Agent for Flint Hill

26  Resources, LP, The Corporation Company, Inc., with copies of the Notices, Preliminary Orders of

Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through regular and certified mail, return receipt requested. Notice of Filing Service of Process – Mail, ECF No. 224.

On May 1, 2015, the United States Attorney's Office served George E. Warren Corporation, Michael E. George, TD, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through regular and certified mail, return receipt requested. Notice of Filing Service of Process – Mail, ECF No. 224.

On May 1, 2015, the United States Attorney's Office served Registered Agent for George E. Warren Corporation, CT Corporation System, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through regular and certified mail, return receipt requested. Notice of Filing Service of Process – Mail, ECF No. 224.

On May 1, 2015, the United States Attorney's Office served Hess Corporation, John B. Hess, CEO, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through regular and certified mail, return receipt requested. Notice of Filing Service of Process – Mail, ECF No. 224.

On May 1, 2015, the United States Attorney's Office served Registered Agent for Hess Corporation, The Corporation Trust Company, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through regular and certified mail, return receipt requested. Notice of Filing Service of Process – Mail, ECF No. 224.

On May 1, 2015, the United States Attorney's Office served Houston Refining, LP, James L. Gallogly, CEO, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through

/ / /

regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No. 224.

On May 1, 2015, the United States Attorney's Office served Registered Agent for Houston Refining, LP, The Corporation Trust Company, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No. 224.

On May 1, 2015, the United States Attorney's Office served Holly Frontier Refining & Marketing, LLC, Michael C. Jennings, President and CEO, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No. 224.

On May 1, 2015, the United States Attorney's Office served Registered Agent for Holly Frontier Refining & Marketing, The Corporation Trust Company, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No. 224.

On May 1, 2015, the United States Attorney's Office served Irving Oil Terminals, Inc., Paul Browning, President and CEO, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No. 224.

On May 1, 2015, the United States Attorney's Office served Registered Agent for Irving Oil Terminals, Inc., CT Corporation System, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and

/ / /

1  Forfeiture Order through regular and certified mail, return receipt requested.  Notice of Filing Service of

2  Process – Mail, ECF No. 224.

3       On May 4, 2015, the United States Attorney's Office served Kempler & Company, Inc. c/o

4  Joseph Mamounas, Esq., of Bilzen Sumberg, with copies of the Notices, Preliminary Orders of Forfeiture,

5  Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and

6  Forfeiture Order through regular and certified mail, return receipt requested.  Notice of Filing Service of

7  Process – Mail, ECF No. 224.

8       On May 4, 2015, the United States Attorney's Office served Lansing Trade Group, LLC, Bill

9  Krueger, CEO, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for

10 Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through

11 regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No.

12 224.

13      On May 4, 2015, the United States Attorney's Office served Registered Agent for Lansing Trade

14 Group, LLC, The Corporation Company, Inc., with copies of the Notices, Preliminary Orders of

15 Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and

16 Substitution and Forfeiture Order through regular and certified mail, return receipt requested.  Notice of

17 Filing Service of Process – Mail, ECF No. 224.

18      On May 4, 2015, the United States Attorney's Office served Lukoil Pan Americas, LLC, Simon

19 Fenner, Managing Director, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement

20 Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture

21 Order through regular and certified mail, return receipt requested.  Notice of Filing Service of Process –

22 Mail, ECF No. 224.

23      On May 4, 2015, the United States Attorney's Office served Registered Agent for Lukoil Pan

24 Americas, LLC, CT Corporation System, with copies of the Notices, Preliminary Orders of Forfeiture,

25 Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and

26 / / /

26

1 Forfeiture Order through regular and certified mail, return receipt requested.  Notice of Filing Service of

2 Process – Mail, ECF No. 224.

3       On May 4, 2015, the United States Attorney's Office served Marathon Petroleum Company, LP,

4 Gary R. Heminger, President and CEO, with copies of the Notices, Preliminary Orders of Forfeiture,

5 Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and

6 Forfeiture Order through regular and certified mail, return receipt requested.  Notice of Filing Service of

7 Process – Mail, ECF No. 224.

8       On May 4, 2015, the United States Attorney's Office served Registered Agent for Marathon

9 Petroleum Company, LP, CT Corporation System, with copies of the Notices, Preliminary Orders of

10 Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and

11 Substitution and Forfeiture Order through regular and certified mail, return receipt requested.  Notice of

12 Filing Service of Process – Mail, ECF No. 224.

13       On May 4, 2015, the United States Attorney's Office served Morgan Stanley Capital Group,

14 Simon T.W. Greenshields, CEO, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement

15 Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture

16 Order through regular and certified mail, return receipt requested.  Notice of Filing Service of Process –

17 Mail, ECF No. 224.

18       On May 4, 2015, the United States Attorney's Office served Registered Agent for Morgan

19 Stanley Capital, CT Corporation System, with copies of the Notices, Preliminary Orders of Forfeiture,

20 Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and

21 Forfeiture Order through regular and certified mail, return receipt requested.  Notice of Filing Service of

22 Process – Mail, ECF No. 224.

23       On May 4, 2015, the United States Attorney's Office served Motiva Enterprises, LLC, Dan

24 Romasko, President and CEO, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement

25 Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture

26 / / /

1  Order through regular and certified mail, return receipt requested.  Notice of Filing Service of Process –

2  Mail, ECF No. 224.

3        On May 4, 2015, the United States Attorney's Office served Registered Agent for Motiva

4  Enterprises, LLC, The Corporation Trust Company, with copies of the Notices, Preliminary Orders of

5  Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and

6  Substitution and Forfeiture Order through regular and certified mail, return receipt requested.  Notice of

7  Filing Service of Process – Mail, ECF No. 224.

8        On May 4, 2015, the United States Attorney's Office served Murphy Oil USA, Inc., R.A. Clyde,

9  President, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of

10  Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through regular

11  and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No. 224.

12        On May 4, 2015, the United States Attorney's Office served Registered Agent for Murphy Oil

13  USA, Inc., The Corporation Company, Inc., with copies of the Notices, Preliminary Orders of Forfeiture,

14  Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and

15  Forfeiture Order through regular and certified mail, return receipt requested.  Notice of Filing Service of

16  Process – Mail, ECF No. 224.

17        On May 4, 2015, the United States Attorney's Office served NIC Holding Corporation, Elizabeth

18  McConaghy, General Counsel, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement

19  Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture

20  Order through regular and certified mail, return receipt requested.  Notice of Filing Service of Process –

21  Mail, ECF No. 224.

22        On May 4, 2015, the United States Attorney's Office served Northwest Petroleum Company,

23  Thomas F. Kenneally, Sr., President, with copies of the Notices, Preliminary Orders of Forfeiture,

24  Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and

25  Forfeiture Order through regular and certified mail, return receipt requested.  Notice of Filing Service of

26  Process – Mail, ECF No. 224.

1    On May 4, 2015, the United States Attorney's Office served Registered Agent for Northwest

2    Petroleum Company, Thomas E. Richardson, with copies of Notices, Preliminary Orders of Forfeiture,

3    Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and

4    Forfeiture Order through regular and certified mail, return receipt requested.  Notice of Filing Service of

5    Process – Mail, ECF No. 224.

6    On May 4, 2015, the United States Attorney's Office served Phillips 66 Company, Greg Garland,

7    CEO, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of

8    Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through regular

9    and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No. 224.

10    On May 4, 2015, the United States Attorney's Office served Registered Agent for Phillips 66

11    Company, United States Corporation Company, with copies of the Notices, Preliminary Orders of

12    Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and

13    Substitution and Forfeiture Order through regular and certified mail, return receipt requested.  Notice of

14    Filing Service of Process – Mail, ECF No. 224.

15    On May 4, 2015, the United States Attorney's Office served Shell Oil Products, Ben van Buerden,

16    CEO, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of

17    Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through regular

18    and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No. 224.

19    On May 5, 2015, the United States Attorney's Office served Shell Oil Company, Shell Legal

20    Services US, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry

21    of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through

22    regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No.

23    224.

24    On May 5, 2015, the United States Attorney's Office served Registered Agent for Shell Oil

25    Company, The Corporation Trust Company, with copies of the Notices, Preliminary Orders of Forfeiture,

26    Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and

1  Forfeiture Order through regular and certified mail, return receipt requested. Notice of Filing Service of

2  Process – Mail, ECF No. 224.

3       On May 5, 2015, the United States Attorney's Office served Statoil Marketing & Trading, Helge

4  Lund, President and CEO, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement

5  Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture

6  Order through regular and certified mail, return receipt requested. Notice of Filing Service of Process –

7  Mail, ECF No. 224.

8       On May 5, 2015, the United States Attorney's Office served Registered Agent for Statoil

9  Marketing & Trading, Corporation Service Company, with copies of the Notices, Preliminary Orders of

10  Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and

11  Substitution and Forfeiture Order through regular and certified mail, return receipt requested. Notice of

12  Filing Service of Process – Mail, ECF No. 224.

13       On May 5, 2015, the United States Attorney's Office served Sunoco, Inc., Brian P. MacDonald,

14  CEO, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of

15  Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through regular

16  and certified mail, return receipt requested. Notice of Filing Service of Process – Mail, ECF No. 224.

17       On May 5, 2015, the United States Attorney's Office served Registered Agent for Sunoco, Inc.,

18  Corporation Service Company, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement

19  Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture

20  Order through regular and certified mail, return receipt requested. Notice of Filing Service of Process –

21  Mail, ECF No. 224.

22       On May 5, 2015, the United States Attorney's Office served Tesoro Corporation, Gregory J. Goff,

23  CEO, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of

24  Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through regular

25  and certified mail, return receipt requested. Notice of Filing Service of Process – Mail, ECF No. 224.

26  ///

1      On May 5, 2015, the United States Attorney's Office served Registered Agent for Tesoro

2  Corporation, Corporation Service Company, with copies of the Notices, Preliminary Orders of Forfeiture,

3  Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and

4  Forfeiture Order through regular and certified mail, return receipt requested. Notice of Filing Service of

5  Process – Mail, ECF No. 224.

6      On May 5, 2015, the United States Attorney's Office served Toledo Refining Company, LLC,

7  Thomas Nimbley, CEO, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement

8  Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture

9  Order through regular and certified mail, return receipt requested. Notice of Filing Service of Process –

10  Mail, ECF No. 224.

11      On May 5, 2015, the United States Attorney's Office served Registered Agent for Toledo

12  Refining, CT Corporation System, with copies of the Notices, Preliminary Orders of Forfeiture,

13  Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and

14  Forfeiture Order through regular and certified mail, return receipt requested. Notice of Filing Service of

15  Process – Mail, ECF No. 224.

16      On May 5, 2015, the United States Attorney's Office served US Venture, Inc., John Schmidt,

17  President, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of

18  Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through regular

19  and certified mail, return receipt requested. Notice of Filing Service of Process – Mail, ECF No. 224.

20      On May 5, 2015, the United States Attorney's Office served Registered Agent for US Venture,

21  Inc., John A. Schmidt, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement

22  for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order

23  through regular and certified mail, return receipt requested. Notice of Filing Service of Process – Mail,

24  ECF No. 224.

25      On May 5, 2015, the United States Attorney's Office served Valero Energy Corporation, William

26  R. Kleese, CEO, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for

1   Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through

2   regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No.

3   224.

4        On May 5, 2015, the United States Attorney's Office served Registered Agent for Valero Energy

5   Corporation, The Corporation Trust Company, with copies of the Notices, Preliminary Orders of

6   Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and

7   Substitution and Forfeiture Order through regular and certified mail, return receipt requested.  Notice of

8   Filing Service of Process – Mail, ECF No. 224.

9        On May 5, 2015, the United States Attorney's Office served Western Refining Company, Jeff A.

10  Stevens, CEO, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for

11  Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through

12  regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No.

13  224.

14       On May 5, 2015, the United States Attorney's Office served Registered Agent for Western

15  Refining Company, The Corporation Trust Company, with copies of the Notices, Preliminary Orders of

16  Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and

17  Substitution and Forfeiture Order through regular and certified mail, return receipt requested.  Notice of

18  Filing Service of Process – Mail, ECF No. 224.

19       On May 5, 2015, the United States Attorney's Office served WRB Refining, LP, with copies of

20  the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to

21  James I. Jariv and Order, and Substitution and Forfeiture Order through regular and certified mail, return

22  receipt requested.  Notice of Filing Service of Process – Mail, ECF No. 224.

23       On May 5, 2015, the United States Attorney's Office served Registered Agent for WRB Refining,

24  LP, Corporation Service Company, with copies of the Notices, Preliminary Orders of Forfeiture,

25  Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and

26  / / /

1 │ Forfeiture Order through regular and certified mail, return receipt requested. Notice of Filing Service of

2 │ Process – Mail, ECF No. 224.

3 │      On May 5, 2015, the United States Attorney's Office served Registered Agent for MJ Biofuels,

4 │ LLC, Business Filings, Inc., with copies of the Notices, Preliminary Orders of Forfeiture, Settlement

5 │ Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture

6 │ Order through regular and certified mail, return receipt requested. Notice of Filing Service of Process –

7 │ Mail, ECF No. 224.

8 │      On May 5, 2015, the United States Attorney's Office served Justin R. Chochran, Zuckerman

9 │ Spaeder, LLP, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for

10 │ Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through

11 │ regular and certified mail, return receipt requested. Notice of Filing Service of Process – Mail, ECF No.

12 │ 224.

13 │      On May 5, 2015, the United States Attorney's Office served Nicholas Paul Dickerson, Locke

14 │ Lord Bissell & Liddell, LLP, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement

15 │ Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture

16 │ Order through regular and certified mail, return receipt requested. Notice of Filing Service of Process –

17 │ Mail, ECF No. 224.

18 │      On May 5, 2015, the United States Attorney's Office served Tim Johnson, Locke Lord Bissell &

19 │ Liddell, LLP, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for

20 │ Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through

21 │ regular and certified mail, return receipt requested. Notice of Filing Service of Process – Mail, ECF No.

22 │ 224.

23 │      On May 5, 2015, the United States Attorney's Office served Los Angeles Assessor, with copies of

24 │ the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to

25 │ James I. Jariv and Order, and Substitution and Forfeiture Order through regular and certified mail, return

26 │ receipt requested. Notice of Filing Service of Process – Mail, ECF No. 224.

On May 5, 2015, the United States Attorney's Office served Los Angeles County District Attorney, Jackie Lacey, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through regular and certified mail, return receipt requested. Notice of Filing Service of Process – Mail, ECF No. 224.

On May 5, 2015, the United States Attorney's Office served Registrar-Recorder/County Clerk, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through regular and certified mail, return receipt requested. Notice of Filing Service of Process – Mail, ECF No. 224.

On May 5, 2015, the United States Attorney's Office served Joseph Kelly, Los Angeles County Treasurer, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through regular and certified mail, return receipt requested. Notice of Filing Service of Process – Mail, ECF No. 224.

On May 5, 2015, the United States Attorney's Office served Los Angeles County Board of Supervisors, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through regular and certified mail, return receipt requested. Notice of Filing Service of Process – Mail, ECF No. 224.

On May 5, 2015, the United States Attorney's Office served Los Angeles County Waterworks District No. 29, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through regular and certified mail, return receipt requested. Notice of Filing Service of Process – Mail, ECF No. 224.

On May 5, 2015, the United States Attorney's Office served Mike Feuer, City Attorney, The Office of the City Attorney, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture

34

1   Order through regular and certified mail, return receipt requested.  Notice of Filing Service of Process –

2   Mail, ECF No. 224.

3         On May 5, 2015, the United States Attorney's Office served Los Angeles City Clerk, with copies

4   of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as

5   to James I. Jariv and Order, and Substitution and Forfeiture Order through regular and certified mail,

6   return receipt requested.  Notice of Filing Service of Process – Mail, ECF No. 224.

7         On May 5, 2015, the United States Attorney's Office served Public Works, Department of County

8   Garbage Disposal, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for

9   Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through

10  regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No.

11  224.

12        On May 5, 2015, the United States Attorney's Office served Los Angeles County City Sewer with

13  copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of

14  Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through regular and

15  certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No. 224.

16        On May 5, 2015, the United States Attorney's Office served SCI Consulting Group, Community

17  Facilities District #2, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement

18  for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order

19  through regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail,

20  ECF No. 224.

21        On May 5, 2015, the United States Attorney's Office served Registered Agent for BC Limited

22  d/b/a City Farm Biofuel, Ltd., c/o Amlani & Associates, with copies of the Notices, Preliminary Orders of

23  Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and

24  Substitution and Forfeiture Order via Federal Express.  Notice of Filing Service of Process – Mail, ECF

25  No. 224.

26  / / /

1    On May 5, 2015, the United States Attorney's Office served Registered Agent for 0858487 B.C.

2    Ltd., Amlani & Associates, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement

3    Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture

4    Order via Federal Express.  Notice of Filing Service of Process – Mail, ECF No. 224.

5    On May 21, 2015, the United States Attorney's Office served Registered Agent for CITGO

6    Petroleum Corporation, CT Corporation System, with copies of the Notices, Preliminary Orders of

7    Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and

8    Substitution and Forfeiture Order through regular and certified mail, return receipt requested. Notice of

9    Filing Service of Process – Mail, ECF No. 224.

10   On June 12, 2015, the United States Attorney's Office served Registered Agent for Bunge North

11   America, CSC Lawyers Inc., Service Co., with copies of the Notices, Preliminary Orders of Forfeiture,

12   Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and

13   Forfeiture Order through regular and certified mail, return receipt requested. Notice of Filing Service of

14   Process – Mail, ECF No. 224.

15   On June 12, 2015, the United States Attorney's Office served Soren Schroder, President and

16   CEO, Bunge North America, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement

17   Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture

18   Order through regular and certified mail, return receipt requested. Notice of Filing Service of Process –

19   Mail, ECF No. 224.

20   On May 8, 2015, the Federal Bureau of Investigation personally served Moshe Moses with copies

21   of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as

22   to James I. Jariv and Order, and Substitution and Forfeiture Order.  Amended Notice of Filing Service of

23   Process – FBI, ECF No. 226.

24   On May 12, 2015, the Federal Bureau of Investigation personally served Myungnham Jung with

25   copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of

26   / / /

Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order. Amended Notice of Filing Service of Process – FBI, ECF No. 226.

On May 13, 2015, the Federal Bureau of Investigation personally served Theresa Lloyd with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order. Amended Notice of Filing Service of Process – FBI, ECF No. 226.

On May 20, 2015, the Federal Bureau of Investigation personally served In Belding with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order. Amended Notice of Filing Service of Process – FBI, ECF No. 226.

On May 20, 2015, the Federal Bureau of Investigation personally served David Belding with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order. Amended Notice of Filing Service of Process – FBI, ECF No. 226.

On May 14, 2015, the Federal Bureau of Investigation personally served Michael H. Singer, Esq., with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order. Amended Notice of Filing Service of Process – FBI, ECF No. 226.

On May 12, 2015, the Federal Bureau of Investigation personally served Alexander Jariv with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order. Amended Notice of Filing Service of Process – FBI, ECF No. 226.

On May 12, 2015, the Federal Bureau of Investigation personally served Varda Jariv with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order. Amended Notice of Filing Service of Process – FBI, ECF No. 226.

1      On May 12, 2015, the Federal Bureau of Investigation personally served Jiwon Jariv with copies

2  of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as

3  to James I. Jariv and Order, and Substitution and Forfeiture Order.  Amended Notice of Filing Service of

4  Process – FBI, ECF No. 226.

5      On May 19, 2015, the Federal Bureau of Investigation personally served Rentline, LLC, Jon E.

6  Fields, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of

7  Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order.  Amended

8  Notice of Filing Service of Process – FBI, ECF No. 226.

9      On May 28, 2015, the Federal Bureau of Investigation personally served Registered Agent for

10  Rentline, LLC, James Jariv, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement

11  Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture

12  Order.  Amended Notice of Filing Service of Process – FBI, ECF No. 226.

13      On May 14, 2015, the Federal Bureau of Investigation personally served Global Emarketing,

14  LLC, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of

15  Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order.  Amended

16  Notice of Filing Service of Process – FBI, ECF No. 226.

17      On May 28, 2015, the Federal Bureau of Investigation personally served Registered Agent for

18  Global Emarketing, LLC, James Jariv, with copies of the Notices, Preliminary Orders of Forfeiture,

19  Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and

20  Forfeiture Order.  Amended Notice of Filing Service of Process – FBI, ECF No. 226.

21      On May 14, 2015, the Federal Bureau of Investigation personally served City Farm Limited, Moti

22  Shapira, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of

23  Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order.  Amended

24  Notice of Filing Service of Process – FBI, ECF No. 226.

25      On May 14, 2015, the Federal Bureau of Investigation personally served Managing Member for

26  City Farm Limited, Moti Shapira, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement

Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order.  Amended Notice of Filing Service of Process – FBI, ECF No. 226.

On May 14, 2015, the Federal Bureau of Investigation personally served MJ Biofuels, LLC, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order.  Amended Notice of Filing Service of Process – FBI, ECF No. 226.

On May 8, 2015, the Federal Bureau of Investigation personally served VA & AR Corporation, Moshe Moses, President, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order.  Amended Notice of Filing Service of Process – FBI, ECF No. 226.

On May 19, 2015, the Federal Bureau of Investigation personally served Registered Agent for VA & AR Corporation, Field Law, Ltd., with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order.  Amended Notice of Filing Service of Process – FBI, ECF No. 226.

On May 12, 2015, the Federal Bureau of Investigation personally served Registered Agent for Nevada Star Development Corp., Alexander Jariv, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order.  Amended Notice of Filing Service of Process – FBI, ECF No. 226.

On May 14, 2015, the Federal Bureau of Investigation personally served Conroe Texas Biodiesel Producers, Inc., with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order.  Amended Notice of Filing Service of Process – FBI, ECF No. 226.

On May 28, 2015, the Federal Bureau of Investigation personally served Registered Agent for Conroe Texas Biodiesel Producers, Inc., James Jariv, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order.  Amended Notice of Filing Service of Process – FBI, ECF No. 226.

On May 14, 2015, the Federal Bureau of Investigation personally served GEG Capital with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order.  Amended Notice of Filing Service of Process – FBI, ECF No. 226.

On May 28, 2015, the Federal Bureau of Investigation personally served Registered Agent for GEG Capital, James Jariv, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order.  Amended Notice of Filing Service of Process – FBI, ECF No. 226.

On May 14, 2015, the Federal Bureau of Investigation personally served TKJ Corporation with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order.  Amended Notice of Filing Service of Process – FBI, ECF No. 226.

On May 20, 2015, the Federal Bureau of Investigation personally served DJ Real Estate, Inc., In Belding, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order.  Amended Notice of Filing Service of Process – FBI, ECF No. 226.

On May 20, 2015, the Federal Bureau of Investigation personally served Las Vegas Resorts Corporation, In Belding, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order.  Amended Notice of Filing Service of Process – FBI, ECF No. 226.

On May 20, 2015, the Federal Bureau of Investigation personally served BIB, LLC, In Belding, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order.  Amended Notice of Filing Service of Process – FBI, ECF No. 226.

On May 28, 2015, the Federal Bureau of Investigation personally served Craig S. Denny, Snell & Wilmer, LLP, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for

1    Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order.

2    Amended Notice of Filing Service of Process – FBI, ECF No. 226.

3        On May 28, 2015, the Federal Bureau of Investigation personally served Gregory A. Brower,

4    Snell & Wilmer, LLP, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement

5    for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order.

6    Amended Notice of Filing Service of Process – FBI, ECF No. 226.

7        On August 4, 2015, the United States filed Notices of Errata (ECF Nos. 231 and 232) for the

8    Notice of Filing Service of Process – Mailing (ECF No. 224) to include Stoliar's name on pages one

9    and two as he was served and for the Amended Notice of Filing Service of Process – FBI (ECF No.

10    226) to include Stoliar's name in the caption as he was served and to correct the title of the document.

11        On September 23, 2014, Yakov J. Hefetz filed a Verified Petition for Ancillary Hearing (ECF

12    No. 101).  On January 12, 2015, the United States filed an Unopposed Motion to Dismiss the Verified

13    Petition of Yakov J. Hefetz for Ancillary Hearing (ECF No. 145).  On January 26, 2015, this Court

14    granted the unopposed motion to dismiss the Verified Petition of Yakov J. Hefetz for Ancillary

15    Hearing (ECF No. 157).

16        On October 1, 2014, the United States filed a Proposed Settlement Agreement for Entry of

17    Order of Forfeiture as to Miki Stoliar and Order (ECF No. 106).  On October 2, 2014, this Court

18    granted the Settlement Agreement for Entry of Order of Forfeiture as to Miki Stoliar and Order (ECF

19    No. 108).

20        On September 19, 2014, the Clark County Treasurer filed a Verified Petition (ECF No. 100).

21    On October 16, 2014, the United States filed a Proposed Settlement Agreement for Entry of Order of

22    Forfeiture as to the Clark County Treasurer and Order (ECF No. 113).  On October 16, 2014, this

23    Court granted the Settlement Agreement for Entry of Order of Forfeiture as to the Clark County

24    Treasurer and Order (ECF No. 114).

25        On April 10, 2015, the United States filed an Unopposed Motion to Modify the Settlement

26    Agreement for Entry of Order of Forfeiture as to the $942,016 in United States Currency (ECF No.

1   195).  It modified the Settlement that $471,008 that would go to Stoliar instead would go towards

2   restitution.  On April 13, 2015, this Court granted the order (ECF No. 196).  The Settlement

3   Agreement for Entry of Order of Forfeiture as to the $942,016 in United States Currency (ECF No.

4   199) was entered on April 14, 2015.

5          This Court finds no other petition was filed herein by or on behalf of any person or entity and

6   the time for filing such petitions and claims has expired.

7          This Court finds no petitions are pending with regard to the assets named herein and the time

8   for presenting such petitions has expired.

9          THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title,

10  and interest in the property hereinafter described is condemned, forfeited, and vested in the United States

11  of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18,

12  United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18,

13  United States Code, Section 982(a)(1); and Title 21, United States Code, Section 853(n)(7) and (p) and

14  shall be disposed of according to law:

15         1.   $50,000 in lieu of the 2013 Infiniti QX56 bearing Nevada license Plate 644 WTT, VIN

16              JN8AZ2NE5D9040252, registered to In Choi Belding;

17         2.   2011 Infiniti QX56 bearing Nevada license Plate 785 XMK, VIN JN8AZ2NF0B9502173,

18              registered to Jiwon Jariv and James Jariv;

19         3.   $1,140,000 in lieu of REAL PROPERTY LOCATED AT 2289 BUCKINGHAM COURT,

20              HENDERSON, NEVADA 89074, MORE PARTICULARLY DESCRIBED AS:

21              PARCEL I:

22              LOT SEVENTY-NINE (79) AND EIGHTY (80) IN BLOCK THREE (3) OF THE

23              FOUNTAINS UNIT NO. 2, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 41 OF

24              PLATS, PAGE 49, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK

25              COUNTY, NEVADA.

26  ///

PARCEL II:

A NON-EXCLUSIVE EASEMENT FOR THE BENEFIT OF AND APPURTENANT TO

PARCEL ONE (1) ABOVE DESCRIBED FOR INGRESS AND EGRESS OVER ALL

STREETS AND ROADWAYS AS SHOWN BY MAP OF THE FOUNTAINS UNIT NO. 2,

ON FILE IN BOOK 41 OF PLATS, PAGE 49 IN THE OFFICE OF THE COUNTY

RECORDER OF CLARK COUNTY, NEVADA, WHICH HAVE NOT BEEN

DEDICATED TO AND ACCEPTED FOR PUBLIC USE AND OWNERSHIP BY THE

CITY OF HENDERSON, TOGETHER WITH ALL IMPROVEMENTS AND

APPURTENANCES THEREON, APN: 178-07-711-046;

4.   $47,672.49 IN UNITED STATES CURRENCY IN LIEU OF REAL PROPERTY

LOCATED AT 2854 GEARY PLACE UNIT 3802, LAS VEGAS, NEVADA 89109, MORE

PARTICULARLY DESCRIBED AS:

PARCEL I:

UNIT NO. 3802 IN BUILDING 38 OF VILLAGE GREEN CONDOMINIUMS, A

COMMON INTEREST CONDOMINIUM DEVELOPMENT, AS SHOWN BY MAP

THEREOF ON FILE IN BOOK 121, OF PLATS, PAGE 60, IN THE OFFICE OF THE

COUNTY RECORDER, CLARK COUNTY, NEVADA AND AMENDED BY THAT

CERTAIN CERTIFICATE OF AMENDMENT RECORDED MAY 5, 2005 AS

INSTRUMENT NO. 00763 IN BOOK 20050505 OF OFFICIAL RECORDS.

PARCEL II:

ONE (1) ALLOCATED INTEREST AS TENANTS-IN-COMMON IN AND TO THE

COMMON AREA OF EACH PHASE OF VILLAGE GREEN CONDOMINIUMS, A

COMMON INTEREST CONDOMINIUM DEVELOPMENT, AS SHOWN BY MAP

THEREOF ON FILE IN BOOK 121 OF PLATS, PAGE 60 IN THE OFFICE OF THE

COUNTY RECORDER OF CLARK COUNTY, NEVADA AND AMENDED BY A

CERTIFICATE OF AMENDMENT RECORDED MAY 5, 2005 IN BOOK 20050505 AS

1    DOCUMENT NO. 00763, OFFICIAL RECORDS. SAID ALLOCATED INTEREST TO BE

2    A FRACTION THE NUMERATOR OF WHICH SHALL BE ONE (1), AND THE

3    DENOMINATOR WHICH SHALL BE THE NUMBER OF UNITS IN THE

4    COMMUNITY WHICH SHALL BECOME SUBJECT TO THE DECLARATION OF

5    RESTRICTIONS RECORDED FEBRUARY 4, 2005 IN BOOK 20050204 AS

6    DOCUMENT NO. 3560, OFFICIAL RECORDS.

7    EXCEPTING THEREFROM ALL UNITS AND BUILDINGS LOCATED WITHIN THE

8    ABOVE REFERENCED PLAT.

9    RESERVING THEREFROM THE RIGHT TO POSSESSION OF ALL THOSE AREAS

10   DELINEATED AS "COMMON ELEMENTS" UPON VILLAGE GREEN

11   CONDOMINIUMS, A COMMON INTEREST CONDOMINIUM DEVELOPMENT AS

12   DEFINED IN THE DECLARATION. FURTHER RESERVING THEREFROM FOR THE

13   BENEFIT OF THE OWNERS OF ALL UNITS WITHIN VILLAGE GREEN

14   CONDOMINIUMS, A COMMON INTEREST CONDOMINIUM DEVELOPMENT,

15   (EXCEPT THE UNIT REFERRED TO IN PARCEL I, HEREIN) NON-EXCLUSIVE

16   EASEMENTS FOR INGRESS, EGRESS, USE AND ENJOYMENT OF, ON, OVER AND

17   ACROSS THE COMMON ELEMENTS, AS PROVIDED FOR IN AND SUBJECT TO

18   THE DECLARATION.

19   PARCEL III:

20   THE EXCLUSIVE RIGHT OF USE, POSSESSION AND OCCUPANCY OF THOSE

21   PORTIONS THE PROJECT DESIGNATED AS "COMMON ELEMENTS" (AS DEFINED

22   IN AND SUBJECT TO THE DECLARATION), WHICH ARE APPURTENANT TO

23   PARCELS I AND II DESCRIBED ABOVE.

24   PARCEL IV:

25   NON-EXCLUSIVE EASEMENTS OF ACCESS, INGRESS AND EGRESS, USE AND

26   ENJOYMENT OF, IN AND TO THE COMMON ELEMENTS, ONLY AS TO THOSE

44

1    PORTIONS OF THE COMMON ELEMENTS WHICH LAY IN THE UNENCLOSED

2    PORTIONS OF UNITS AS SET FORTH IN THE DECLARATION OF COVENANTS,

3    CONDITIONS AND RESTRICTIONS AND GRANT AND RESERVATION OF

4    EASEMENTS RECORDED FEBRUARY 4, 2005 IN BOOK 20050204 AS INSTRUMENT

5    NO. 03560 OFFICIAL RECORDS.

6    PARCEL V:

7    ALL OF THE PRIVATE STREETS KNOWN AS OAKMONT AVENUE, OAKMONT

8    DRIVE AND OAKMONT PLACE ADJOINING THE LOTS DESCRIBED IN PARCEL I

9    ABOVE, AND AS SHOWN ON SAID MAP OF LAS VEGAS INTERNATIONAL

10    COUNTRY CLUB ESTATES IN BOOK 10 OF PLATS, PAGE 87, IN THE OFFICE OF

11    THE COUNTY RECORDER, CLARK COUNTY, NEVADA.

12    PARCEL IV:

13    AN EASEMENT FOR INGRESS AND EGRESS TO AND FROM PARCELS I AND II

14    OVER VEGAS VALLEY DRIVE, AS SHOWN ON THE MAP OF LAS VEGAS

15    INTERNATIONAL COUNTRY CLUB ESTATES, AS PROVIDED FOR IN THAT

16    CERTAIN DECLARATION OF RESTRICTIONS RECORDED APRIL 7, 1969 IN BOOK

17    941 AS INSTRUMENT NO. 755358 IN THE OFFICE OF THE COUNTY RECORDER,

18    CLARK COUNTY, NEVADA, TOGETHER WITH ALL IMPROVEMENTS AND

19    APPURTENANCES THEREON, APN: 162-10-212-495;

20    5.    REAL PROPERTY LOCATED AT 820 VEGAS VALLEY DRIVE, LAS VEGAS,

21    NEVADA 89109, MORE PARTICULARLY DESCRIBED AS:

22    PARCEL ONE (1):

23    LOT 34 OF LAS VEGAS INTERNATIONAL COUNTRY CLUB PATIO HOUSE UNIT

24    NO. 7, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 15 OF PLATS, PAGE 62, IN

25    THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY NEVADA.

26    PARCEL TWO (2):

1   A PORTION OF SECTION 10, TOWNSHIP 21 SOUTH, RANGE 61 EAST M.D.B. AND

2   M. CLARK COUNTY, NEVADA; AN ADDITION TO LOT 34 OF THE LAS VEGAS

3   INTERNATIONAL COUNTRY CLUB PATION HOUSES UNIT NO. 7, AS RECORDED

4   IN BOOK 15 OF PLATS, PAGE 62, CLARK COUNTY, NEVADA RECORDERS.

5   COMMENCING AT THE NORTHEAST CORNER OF LOT 34, BEING THE TRUE

6   POINT OF BEGINNING; THENCE NORTH 05 DEGREES 45 MINUTES 10 SECONDS

7   EAST A DISTANCE OF 6.40 FEET TO A POINT; THENCE NORTH 77 DEGREES 29

8   MINUTES 19 SECONDS WEST A DISTANCE OF 34.39 FEET TO A POINT; THENCE

9   SOUTH 12 DEGREES 30 MINUTES 41 SECONDS WEST A DISTANCE OF 6.00 FEET

10   TO A POINT; THENCE SOUTH 77 DEGREES 29 MINUTES 19 SECONDS EAST A

11   DISTANCE OF 35.10 FEET TO THE TRUE POINT OF BEGINNING, TOGETHER WITH

12   ALL IMPROVEMENTS AND APPURTENANCES THEREON, APN: 162-10-612-009;

13   6.   REAL PROPERTY LOCATED AT 19645 ROSITA STREET, TARZANA, CALIFORNIA

14   91356, AND MORE PARTICULARLY DESCRIBED AS: THAT PORTION OF LOT 79,

15   OF TRACT NO. 2605, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES,

16   STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 27 PAGE(S) 55 TO 75

17   INCLUSIVE OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID

18   COUNTY.

19   BEGINNING AT A POINT IN THAT CERTAIN COURSE IN THE SOUTHWESTERLY

20   LINE OF SAID LOT 79 SHOWN ON SAID MAP OF TRACT 2605 AS HAVING A

21   BEARING NORTH 66° 53′ WEST AND A LENGTH OF 499.65 FEET, DISTANT

22   THEREON NORTH 65° 53′ 00″ WEST 361.43 FEET FROM THE SOUTHEASTERLY

23   TERMINUS THEREOF, THENCE ALONG SAID SOUTHWESTERLY LINE SOUTH 66°

24   53′ 00″ EAST 149.26 FEET, THENCE NORTH 35° 01′ 33″ EAST 201.13 FEET, THENCE

25   NORTH 77° 00′ 45″ EAST 15.00 FEET TO THE NORTHEASTERLY LINE OF THE

26   LAND DESCRIBED IN PARCEL 1 IN THE DEED TO WILLIAM J. DEVINE,

1    RECORDED APRIL 9, 1947 AS INSTRUMENT NO. 179, IN BOOK 24453, PAGE 255 OF

2    OFFICIAL RECORDS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID

3    COUNTY, THENCE ALONG SAID NORTHEASTERLY LINE NORTH 12° 59' 15"

4    WEST 50.00 FEET, THENCE NORTHWESTERLY ALONG A TANGENT CURVE

5    CONCAVE SOUTHWESTERLY HAVING A RADIUS OF 113.52 FEET, A DISTANCE

6    OF 94.19 FEET, THENCE TANGENT TO SAID CURVE, NORTH 60° 31' 45" WEST

7    30.29 FEET, THENCE SOUTH 29° 28' 15" WEST 15.00 FEET, THENCE SOUTH 40° 47'

8    58" WEST 128.20 FEET TO THE SOUTHEASTERLY LINE OF THE LAND

9    DESCRIBED IN THE DEED TO MILDRED V. DEVINE, RECORDED OCTOBER 22,

10   1952 AS INSTRUMENT NO. 3442, IN BOOK 40135, PAGE 307 OF OFFICIAL

11   RECORDS, THENCE ALONG SAID SOUTHEASTERLY LINE, SOUTH 31° 35' 08"

12   WEST 35.00 FEET TO THE TRUE POINT OF BEGINNING, SAID TRUE POINT OF

13   BEGINNING ALSO BEING THE WESTERLY CORNER OF THE LAND DESCRIBED

14   IN PARCEL 1 IN THE DEED TO WILLIAM H. BALL, JR. AND WIFE RECORDED

15   MARCH 18, 1959 AS INSTRUMENT NO. 2214, IN BOOK D402, PAGE 332 OF

16   OFFICIAL RECORDS, THENCE ALONG THE WESTERLY BOUNDARY LINES OF

17   SAID PARCEL 1 OF THE LAND BALL, JR. AND WIFE AS FOLLOWS SOUTH 59° 07'

18   30" EAST 143.93 FEET TO AN ANGLE POINT THEREIN, AND SOUTH 35° 01' 35"

19   WEST 106.50 FEET TO SAID SOUTHWESTERLY LINE OF LOT 79, THENCE ALONG

20   SAID SOUTHWESTERLY LINE, NORTH 66° 53' 00" WEST 145.86 FEET; THENCE

21   NORTH 31° 35' 08" EAST 125.92 FEET TO A LINE THAT BEARS SOUTH 59° 07' 30"

22   EAST AND WHICH PASSES THROUGH THE TRUE POINT OF BEGINNING;

23   THENCE ALONG SAID LAST MENTIONED LINE, SOUTH 59° 07' 30" EAST 6.75

24   FEET TO THE TRUE POINT OF BEGINNING,

25   TOGETHER WITH ALL IMPROVEMENTS AND APPURTENCES THEREON, APN:

26   2175-013-011;

47

7.   $224,128.44 in United States Currency, seized from Citibank #XXXXX7496;

8.   $24,929.91 in United States Currency, seized from Citibank #XXXXX3355;

9.   $20,054.20 in United States Currency, seized from Citibank #XXXXX3363;

10.  $86,998.40 in United States Currency, seized from Mountain America Credit Union
     ("MACU") #XXX7251;

11.  $15,076.92 in United States Currency, seized from MACU #XXX9831;

12.  $41,828.53 in United States Currency, seized from MACU #XXX2703;

13.  $115,964.46 in United States Currency, seized from MACU #XXX6537;

14.  $134,722.29 in United States Currency, seized from MACU #XXX7452;

15.  $22,347.20 in United States Currency, seized from MACU #XXX5447;

16.  $207,830.06 in United States Currency, seized from Charles Schwab #XXXX- 0164;

17.  $50,556.65 in United States Currency, seized from Bank of America #XXXXXXXX9158;

18.  $43,154.28 in United States Currency, seized from Wells Fargo #XXXXXX1496;

19.  $86,773.95 in United States Currency, seized from Wells Fargo #XXXXXX7675;

20.  $900.00 in United States Currency;

21.  gold Bulgari chronograph, on synthetic strap;

22.  a diamond tennis bracelet, approximately six inches long;

23.  a white metal necklace, approximately sixteen inches long, with small diamonds in a circular
     pattern;

24.  a white metal necklace, approximately sixteen inches long, with a reddish-orange pendant;

25.  $21,722.74 in lieu of any and all debt between JARIV Companies including Evergreen Asset
     Trust, GEG Capital, and TKJ Corp., and Angel Toledo, loan number 18898-0, in the amount
     of $19,978.41 and any payments due, principal due or interest accrued on the debt, located at
     Weststar Mortgage Corporation, dba Weststar Loan Servicing Corp., 2340 Paseo Del Prado,
     Suite D 104, Las Vegas, Nevada 89102;

/ / /

26. any and all debt between JARIV Companies including Evergreen Asset Trust, GEG Capital, and TKJ Corp., and Elizabeth Canalas, loan number 19266-0, in the amount of $126,000 and any payments due, principal due or interest accrued on the debt, located at Weststar Mortgage Corporation, dba Weststar Loan Servicing Corp., 2340 Paseo Del Prado, Suite D 104, Las Vegas, Nevada 89102;

27. any and all debt between JARIV Companies including Evergreen Asset Trust, GEG Capital, and TKJ Corp., and Jesus Rivera Espinoza, loan number 19244-0, in the amount of $42,000.00 and any payments due, principal due or interest accrued on the debt, located at Weststar Mortgage Corporation, dba Weststar Loan Servicing Corp., 2340 Paseo Del Prado, Suite D 104, Las Vegas, Nevada 89102;

28. $24,572.26 in lieu of all debt between JARIV Companies including Evergreen Asset Trust, GEG Capital, and TKJ Corp., and Jesus Rivera Espinoza, loan number 19255-0, in the amount of $22,911.43 and any payments due, principal due or interest accrued on the debt, located at Weststar Mortgage Corporation, dba Weststar Loan Servicing Corp., 2340 Paseo Del Prado, Suite D 104, Las Vegas, Nevada 89102;

29. $80,506.67 in lieu of all debt between JARIV Companies including Evergreen Asset Trust, GEG Capital, and TKJ Corp., and KOI Investments, Inc., Keith and Beth Oliver, loan number 19366-0, in the amount of $80,000 and any payments due, principal due or interest accrued on the debt, located at Weststar Mortgage Corporation, dba Weststar Loan Servicing Corp., 2340 Paseo Del Prado, Suite D 104, Las Vegas, Nevada 89102;

30. any and all debt between JARIV Companies including Evergreen Asset Trust, GEG Capital, and TKJ Corp., and Landmax Properties, LLC, Olukayode Adewole, loan number 19365-0, in the amount of $21,500 and any payments due, principal due or interest accrued on the debt, located at Weststar Mortgage Corporation, dba Weststar Loan Servicing Corp., 2340 Paseo Del Prado, Suite D 104, Las Vegas, Nevada 89102;

/ / /

31. $56,872.62 in lieu of any and all debt between JARIV Companies including Evergreen Asset Trust, GEG Capital, and TKJ Corp., and Minerva Y. Lugo, loan number 19241-0, in the amount of $49,999.32 and any payments due, principal due or interest accrued on the debt, located at Weststar Mortgage Corporation, dba Weststar Loan Servicing Corp., 2340 Paseo Del Prado, Suite D 104, Las Vegas, Nevada 89102;

32. any and all debt between JARIV Companies including Evergreen Asset Trust, GEG Capital, and TKJ Corp., and Jesus Adan Felix Rodriguez, loan number 18577-0, in the amount of $24,959.09 and any payments due, principal due or interest accrued on the debt, located at Weststar Mortgage Corporation, dba Weststar Loan Servicing Corp., 2340 Paseo Del Prado, Suite D 104, Las Vegas, Nevada 89102;

33. Any and all funds in Bank of Montreal account #XXX2936, in the name of City Farm Biofuel Ltd.;

34. Any and all funds in Bank of Montreal account #XXX5322, in the name of City Farm Biofuel Ltd.;

35. Any and all funds in Bank of Montreal account #XXXXXX1226, account name unknown;

36. Any and all funds in Bank of Montreal account #XXX1242, account name uncertain, possibly in the name of 0858487 BC Ltd.;

37. Any and all funds in Bank of Montreal account #XXX9053, account name uncertain, possibly in the name of 0858487 BC Ltd.;

38. $942,016 in United States Currency;

39. $23,437.33 in United States Currency; and

40. $4,000,000 in United States Currency.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

50

1      The Clerk is hereby directed to send copies of this Order to all counsel of record and three

2  certified copies to the United States Attorney's Office.

3      DATED this 5ᵗʰ day of ~~April~~ August 2015.

4

5

6                        UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26