DANIEL G. BOGDEN
United States Attorney
Nevada Bar No. 2137
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada State Bar No. 1925
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
E-mail: Daniel.Hollingsworth@usdoj.gov
Counsel for the United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>JAMES I. "ASSI" JARIV and NATHAN "NATI" STOLIAR aka NATAN STOLIAR<br><br>   Defendants. | 2:14-CR-0006-APG-(GWF)<br><br>**ORDER** |

**GOVERNMENT'S UNOPPOSED MOTION TO DISTRIBUTE TO THE VICTIMS THE RESTITUTION AMOUNT AND THE RESTORATION AMOUNT FROM THE FORFEITURE ASSETS APPROVED BY THE DEPARTMENT OF JUSTICE, AND ORDER**

The United States respectfully moves this Court for an Order authorizing the Court Clerk for the District of Nevada to pay the victims from the restitution and the restoration. The Court Clerk told the government it needed a specific order from this Court stating which victim will be paid from restitution, restoration, or both, and how much. The victims' names and restitution amounts are listed in the Judgments in a Criminal Case (ECF Nos. 237, 238). This motion will state whether the payment to the victim will be paid from one or the other or both. The total amount of ordered restitution is $6,345,830.91. The amount of the restitution already paid to the Court Clerk is $1,471,008 plus James Jariv's payment of $82 on February 9,

2016. The restoration amount is $4,874,740.91. Any subsequent payments James Jariv (Jariv) makes after February 9, 2016, will be applied to the accruing interest under 18 U.S.C. § 3612(f).

The following restitution and restoration payments will be applied to the victims' principal amounts, not interest. The restitution amount will pay victim WRB Refining LP $1,176,526. The remaining amount of the restitution, $294,564, will be paid to Citgo Petroleum Corporation with an additional $2,024 from the restoration amount for a total of $296,588. The remaining victims' principals on the restitution list (ECF Nos. 237, 238) will be paid from the restoration amount. All of the victims' principals will be paid in full.

After the restoration is paid to the victims, the government steps in the shoes of the victims and Jariv will owe the government $4,874,740.91. *United States v. Bright*, 353 F.3d 1114, 1122 (9th Cir. 2004) (Even if the government paid the victims with forfeited assets, "Bright would not get an offset, because the government would step into the victims' shoes as a subrogee of their restitution claims against Bright.").

DATED: April 19, 2016.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/ Daniel D. Hollingsworth
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT
DATED: April 22, 2016

2